**EXHIBIT A**









# ONE GOAL.

**Every team has a goal. To rise above the competition. To hold the championship trophy high above their heads. To be the best that they can possibly be.**

At BetUS, our goal is no different. We strive to be the be the definitive American sportsbook, to provide our players with an unparalleled experience in which to indulge their passion for sports and sports wagering and to be the best in our business. And, just like any team bound for glory, we have a game plan. This is that plan.





# HISTORY & TRADITION

In an industry that is still relatively young, Bet US.com is considered a seasoned veteran. Our 13-year lineup makes us one of the oldest and most respected sportsbooks in the business. We are fully licensed in two gaming jurisdictions Costa Rica and Canada and have processed more than one billion wagers for more than 250,000 players since our launch.

Consequently, bettors trust that playing at Bet US.com is one of the safest bets they can make. Our credibility in the sports and sports wagering business is enhanced by the fact that both ESPN.com and Yahoo! Sports have made Bet US.com their featured sportsbook on their five lines feeds.

It is a testimony to all of our commitment to excellence, credibility and reputation that helped Bet US.com rise above the competition in 2006 to become rated the US's consistant #1 Offshore Sportsbook. We claim that success with our players and look forward to a long tradition of similar victories.

# THE TEAM

A winning team values that the secret to success is technology. And despite the vast technology inherent in operating an online sportsbook this requires a people business. The Bet US team is made up of hundreds of staff in four offices in two different continents, all working together towards one common goal.

The 24/7 Customer Service department employs more than any other online sportsbook, offering a higher level of personal service for our players. In fact, every one of our customers is entitled to a Personal Account Manager so that they can establish a long-lasting, 1-on-1 relationship. So then you get into the sports wagering game, you can rest assured that our team is behind you all the way.

*The Bet US team is made up of hundreds of staff in four offices in two different countries, all working together towards one common goal.*



# PUTTING A GREAT PRODUCT
# ON THE FIELD.



BetUS.com's state-of-the-art Web site has evolved into an exciting combination of wagering tools, informative articles and online entertainment. Odds are that you won't find a cleaner and easier-to-use Web site in the gaming industry.

Our innovative "My BetUS" section streamlines and focuses the site to each user's own preferences, giving you live odds on the teams you most often wager on, and automatically updating you on BetUS articles and promotions tailored specifically to your interests. It's the highest level of personalization that you'll experience in the online gaming industry.

Just like a team designs plays around its stars, we've designed BetUS.com around our own players – you. After all, while there's no 'I' in team there is a 'U' in BetUS.

FIG 01.
The new homepage is set up to get players quickly into the action.

FIG 02.
Your My BetUS page delivers lines and information specific tailored to your preferences.

FIG 03.
The updated BetUS.com Sportsbook interface allows you to easily make your picks, parlays and teasers.

# TRAINING







It's the strong and skilled players that remain standing at the end of a long season, and at BetUS we're always looking for new ways to help our players take their game to the next level.

In this game, knowledge is power so we publish a number of free betting guides and schedules throughout the year that offer our players advanced betting tools and strategies on every major sport.

We know that sports fans love sports talk radio and only BetUS.com produces a daily live radio show and podcast. The insightful analysis and interviews found on BetUS Radio and in the articles posted in the BetUS.com Locker Room are indispensable tools that can pay huge dividends to players that consult them on a regular basis.

Keep playing with BetUS and you'll be playing like a pro in no time.



# EXCITING PLAYS

The Flea-Flicker. The Hail Mary. The Double Reverse. These are the exotic plays that can change the game and get the fans on their feet.

Always striving to deliver the most exciting online gambling experience to our players, BetUS offers the widest variety of exotic bets and innovative props in the business. From if-bets to Round Robins to Action Point wagers, we offer our players more ways to get into the game than anyone else. BetUS.com is the home

of the industry-leading $5 Million Parlay—no company has ever offered a bet on sports with a payout this large.

BetUS is also known for our amazing selection of incredibly unique sports and entertainment props that have been featured everywhere from the New York Times to CNN to the Tonight Show with Jay Leno.



# WAYS TO WIN.

A championship team creates ways to win under any circumstances. At BetUS, we've created a number of free contests throughout the year that give our players more and more chances to rack up a "W".

This year we launched our enormously popular Bettor Up baseball contest on the heels of our Million Dollar March Madness Bracket Contest. Football season will see a number of exciting opportunities for players to add to their bankroll including the Monday Night Quarters and the $25,000 Pick 'Em contests.

In the world of Poker, BetUS is launching the revolutionary "Win A Seat for Life" at the World Series of Poker contest.
BetUS is also known for handing out the most generous bonuses in the business, including 50% Sign-Up and Reload bonuses that put you ahead of the game even before your start playing.

11



# FAN APPRECIATION

**Every team knows how important the 12th man is, and no sportsbook rewards their customers for their loyalty and support like BetUS does.**

Our customers are used to seeing lots of free goodies in their mailbox, from the numerous free guides and schedules we send out every year to the famously hot BetUS swimsuit calendar and DVD. Our Rewards Program earns our customers points with every bet that they make and can be cashed in for Free Plays and lots of cool gear. We know that you're a big part of our success, and we'll take every opportunity we can to let you know that too.



# ALL-STAR APPEARANCES



# COMPLETE ROSTER



**Championship-caliber teams exhibit strength at every position and BetUS is no different.**

While we're known for being America's favorite sportsbook, we really have all of your wagering bases covered. Gamblers will find all of their favorite games in the BetUS Casino, and the life-like tables in our Poker room are always teeming with players. Bettors who like to get down on the ponies will find odds from over 100 tracks across North America, including fantastic wagering options for the Triple Crown. At BetUS.com, players are treated to a complete online gambling experience all under one virtual roof.

# MARKETABILITY

Great teams have great brands. Think about the instantly recognizable Yankee pinstripes, the Cowboys' star, or the Lakers' purple and gold. With the consistent image that we are building through our various marketing initiatives, BetUS is quickly becoming one of the strongest and most recognizable brands in the online gaming industry.





# MEDIA COVERAGE

**H**ot teams grab the spotlight of the media's attention. In 2006, BetUS was written and talked about everywhere from the New York Times to Fox News. Here are some recent highlights of the coverage that BetUS has been receiving:

### JAY LENO, THE TONIGHT SHOW

"This is really fun... BetUS.com is offering odds on whether the world will, and next Tuesday, the 6th of June, 2006. Lots of people are betting it might, but the question is, how do they expect to collect if they're right?"

### MIAMI HERALD

"BetUS.com is predicting QB Marcus Vick's fate with the Miami Dolphins. 80% of customers believed he'd get fined or released... More evidence that some people will bet on anything!"

### HOUSTON CHRONICLE

"...Every week betUS.com posts odds on reality TV shows and Americans are placing their bets in record numbers"

21



We do not win as individuals. We win as a team.

Thank you for your business this season.

To be the best, play with the best.

IF YOU'RE A SPORTS FAN,
WE'RE YOUR SPORTSBOOK.

BETUS.com

WE'VE GOT YOUR GAME

1-888-59-BETUS

**EXHIBIT B**

Int. Cl.: 28

Prior U.S. Cl.: 22

United States Patent and Trademark Office

Renewal

Reg. No. 846,056

Registered Mar. 12, 1968

OG Date May 9, 1989

## TRADEMARK
## SUPPLEMENTAL REGISTER

### SUPER BOWL

NATIONAL FOOTBALL LEAGUE (NEW YORK UNINC. ASSOCIATION)
410 PARK AVE.
NEW YORK, NY 10022, ASSIGNEE BY MESNE ASSIGNMENT AND CHANGE OF NAME FROM TUDOR METAL PRODUCTS CORPORATION (NEW YORK CORPORATION) BROOKLYN, NY

FOR: EQUIPMENT (OR APPARATUS) SOLD AS A UNIT FOR PLAYING A FOOTBALL-TYPE BOARD GAME, IN CLASS 22 (INT. CL. 28)

FIRST USE 12-6-1966; IN COMMERCE 12-6-1966.

SER. NO. 261,119, FILED P.R. 12-19-1966; AM. S.R. 12-20-1967.

RENEWED FOR 20 YEARS

1 2 MAR 1988

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 9, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 41

Prior U.S. Cl.: 107

Reg. No. 882,283

United States Patent and Trademark Office

Registered Dec. 9, 1969

Renewal Approved Nov. 27, 1989

10 Year Renewal

## SERVICE MARK
## PRINCIPAL REGISTER

### SUPER BOWL

NATIONAL FOOTBALL LEAGUE (NEW YORK UNINC. ASSOCIATION)
410 PARK AVENUE
NEW YORK, NY 10022, ASSIGNEE OF NATIONAL FOOTBALL LEAGUE AND AMERICAN FOOTBALL LEAGUE (NEW YORK CITIZEN) NEW YORK, NY

FOR: ENTERTAINMENT SERVICES IN THE NATURE OF FOOTBALL EXHIBITIONS, IN CLASS 107 (INT. CL. 41).

FIRST USE 1-15-1967; IN COMMERCE 1-15-1967.

SER. NO. 72-321,005, FILED 3-7-1969.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Jan. 9, 1990.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 42

Prior U.S. Cl.: 100

**United States Patent and Trademark Office**

Reg. No. 886,055
Registered Feb. 10, 1970

10 Year Renewal

Renewal Approved Nov. 27, 1989

## SERVICE MARK
## PRINCIPAL REGISTER

### NFL

NATIONAL FOOTBALL LEAGUE (NEW YORK UNINC. ASSOCIATION)
410 PARK AVE.
NEW YORK, NY 10022

OWNER OF U.S. REG. NO. 841,001.

FOR: ASSOCIATION SERVICES— NAMELY, PROMOTING THE INTER-

ESTS OF MEMBER FOOTBALL CLUBS, SCHEDULING GAMES, AND PROMOT- ING INTEREST IN FOOTBALL, IN CLASS 100 (INT. CL. 42).

FIRST USE 6-1-1941; IN COMMERCE 6-30-1941.

SER. NO. 72-322,528, FILED 3-24-1969.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Jan. 9, 1990.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 42

Prior U.S. Cl.: 100

Reg. No. 1,056,303

## United States Patent Office

Registered Jan. 11, 1977

## SERVICE MARK
### Principal Register



The National Football League (association)
410 Park Ave.
New York, N.Y.

For: ASSOCIATION SERVICES—NAMELY, PRO-
MOTING THE INTERESTS OF MEMBER FOOTBALL
CLUBS, SCHEDULING GAMES, AND PROMOTING
INTEREST IN FOOTBALL—in CLASS 42 (U.S. CL.
100).

First use June 1, 1941; in commerce June 1, 1941.
Owner of Reg. No. 886,055.

Ser. No. 65,090, filed Oct. 6, 1975.

D. M. SOROKA, Examiner

---

| REGISTRATION NO. | | ISSUED | Jan. 11, 1977 |
|---|---|---|---|
| 1056303 | | 12-C PUB | |

RECEIPT IS HEREBY ACKNOWLEDGED OF THE AFFIDAVIT FILED
BY National Football League

ON Mar. 16, 1982                                              pe

    [X] SEC. 8 - AFFIDAVIT ACCEPTED
    [X] SEC. 15 - AFFIDAVIT FILED
    BY DIRECTION OF THE COMMISSIONER
MAY 12 1982

        DIRECTOR, TRADEMARK EXAMINING OPERATION

FORM PTOL-135 A
(REV. 8-78)
AFFIDAVIT
ACKNOWLEDGMENT

Jerome A. Donella
Towneley & Updike
405 Lexington Ave.
New York, N.Y.  10174

U.S. DEPARTMENT OF COMMERCE · PATENT AND TRADEMARK OFFICE

---

Renewed — 12/23/96
    Good until 12/23/06

Int. Cl.: 42

Prior U.S. Cl.: 100

Reg. No. 1,079,096

**United States Patent and Trademark Office**

Registered Dec. 6, 1977

10 Year Renewal

Renewal Term Begins Dec. 6, 1997

## SERVICE MARK
## PRINCIPAL REGISTER

## AFC

NATIONAL FOOTBALL LEAGUE, THE
(NEW YORK UNINC. ASSOCIATION)
280 PARK AVENUE
NEW YORK, NY 10017

OWNER OF U.S. REG. NO. 886,055.

FOR: ASSOCIATION SERVICES—NAMELY, PROMOTING THE INTER-ESTS OF MEMBER FOOTBALL CLUBS, SCHEDULING GAMES, AND PROMOTING INTEREST IN FOOTBALL, IN CLASS 42 (U.S. CL. 100).

FIRST USE 1-0-1970; IN COMMERCE 1-0-1970.

SER. NO. 73-097,010, FILED 8-18-1976.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Feb. 24, 1998.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Prior U.S. Cl.: 100

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 1,079,097

Registered Dec. 6, 1977

Renewal Term Begins Dec. 6, 1997

## SERVICE MARK
## PRINCIPAL REGISTER

## NFC

NATIONAL FOOTBALL LEAGUE, THE (NEW YORK UNINC. ASSOCIATION) 280 PARK AVENUE NEW YORK, NY 10017

OWNER OF U.S. REG. NO. 886,055.
FOR: ASSOCIATION SERVICES— NAMELY, PROMOTING THE INTER-ESTS OF MEMBER FOOTBALL CLUBS, SCHEDULING GAMES, AND PROMOTING INTEREST IN FOOTBALL, IN CLASS 42 (U.S. CL. 100).

FIRST USE 1–0–1970; IN COMMERCE 1–0–1970.

SER. NO. 73–097,014, FILED 8–18–1976.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Feb. 3, 1998.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: **41**

Prior U.S. Cl.: **107**

**United States Patent and Trademark Office**

Reg. No. 1,226,261

Registered Feb. 1, 1983

### SERVICE MARK
#### Principal Register



*Sections 8 & 15*
*Affidavit filed*
*& accepted*

National Football League (New York association)
410 Park Ave.
New York, N.Y. 10022

For: PROMOTING INTEREST, EXCEL-
LENCE AND SPORTSMANSHIP IN PROFES-
SIONAL FOOTBALL THROUGH THE MEDIUM
OF AN ANNUAL AWARD, in CLASS 41 (U.S. Cl.
107).

First use May 7, 1974; in commerce May 7, 1974.
Owner of U.S. Reg. Nos. 882,055, 1,092,963 and

others.

No claim is made to the exclusive right to use
"Trophy" and "Bowl", apart from the mark as
shown.

The lining in the drawing is for shading purposes.

"Vince Lombardi" identifies a famous football
coach who is now deceased.

Sec. 2(f) as to trophy design only.

Ser. No. 356,536, filed Mar. 25, 1982.

JAMES GROSSMAN, Examining Attorney

Int. Cl.: 41

Prior U.S. Cl.: 107

## United States Patent and Trademark Office

Reg. No. 1,436,771
Registered Apr. 14, 1987

### SERVICE MARK
### PRINCIPAL REGISTER

## PRO BOWL

NATIONAL FOOTBALL LEAGUE (NEW YORK
  UNINC. ASSOCIATION)
410 PARK AVENUE
NEW YORK, NY 10022

  FOR: ENTERTAINMENT SERVICES IN THE
FORM OF PROFESSIONAL FOOTBALL
GAMES AND EXHIBITIONS, IN CLASS 41 (U.S.
CL. 107).

  FIRST USE 1-0-1971; IN COMMERCE
1-0-1971.
  NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BOWL", APART FROM THE
MARK AS SHOWN.
  SEC. 2(F).

  SER. NO. 582,254, FILED 2-10-1986.

SHARON R. MARSH, EXAMINING ATTORNEY

*Sections 8 & 15 Affidavit
filed & accepted*

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

Reg. No. 2,919,270

## United States Patent and Trademark Office

Registered Jan. 18, 2005

## TRADEMARK
### PRINCIPAL REGISTER

### NFL

NATIONAL FOOTBALL LEAGUE (NEW YORK
UNINC. ASSOCIATION)
280 PARK AVENUE
NEW YORK, NY 10017

FOR: TOYS AND SPORTING GOODS, NAMELY,
PLUSH TOYS, STUFFED ANIMALS, PLAY FIG-
URES, GOLF BALLS, GOLF BAGS, GOLF CLUBS,
GOLF CLUB COVERS, BOWLING BALLS, BOWL-
ING BAGS, FOOTBALLS, TOY BANKS, HAND
HELD UNIT FOR PLAYING ELECTRONIC GAMES;
HAND HELD UNIT FOR PLAYING VIDEO GAMES;
BOARD GAMES RELATING TO FOOTBALL,
CHECKER SETS, CHESS SETS, DOMINOES,
CHRISTMAS TREE ORNAMENTS, BALLOONS, JIG-
SAW PUZZLES, WINDSOCKS, KITES, TOY
TRUCKS, FOOTBALL SHOULDER PADS, SHIN,
ELBOW, HAND AND KNEE PADS, ALL FOR ATH-
LETIC USE; BILLIARD GAME PLAYING EQUIP-
MENT, EXERCISE EQUIPMENT, NAMELY,
ROWING MACHINES, STAIR-STEPPING MA-
CHINES, ABDOMINAL BOARDS, CHEST EXPAN-
DERS, EXERCISE BOARDS, AND MANUALLY-
OPERATED EXERCISE EQUIPMENT, EXERCISE
WEIGHTS, EXERCISE BENCHES AND EXERCISE
RACKS, WEIGHT LIFTING BELTS, STATIONARY
EXERCISE BICYCLES, BICYCLE GLOVES, BODY
BOARDS, BOXING BAGS, BOXING GLOVES,
CHEST PROTECTORS FOR SPORTS, PLAY-
GROUND EQUIPMENT, NAMELY CLIMBING
UNITS, DART BOARDS AND DART BOARD

CASES, EXERCISE ELASTIC BANDS FOR ATHLET-
IC USE, EXERCISE TREADMILLS, EXERCISE
TRAMPOLINES, VOLLEYBALL EQUIPMENT,
NAMELY, VOLLEYBALLS AND VOLLEYBALL
NETS, FISHING EQUIPMENT, NAMELY, FISHING
LURES AND FISHING RODS, HANDLE GRIPS FOR
SPORTING EQUIPMENT, JUMP ROPES, VIDEO
GAME INTERACTIVE CONTROL FLOOR MATS,
ATHLETIC EQUIPMENT, NAMELY, PERSONAL
FLOOR MATS, STRIKING BAGS AND STRIKING
SHIELDS, MOUTH GUARDS, REFEREE PROTEC-
TION EQUIPMENT, ATHLETIC SPORTS WRAPS
AND ATHLETIC TAPE, ROLLERSKATES, SKIS,
SNOWBOARDS, SNOW SLEDS FOR RECREATION
USE, PROTECTIVE SPORTS GOGGLES FOR USE IN
ATHLETIC TRAINING AND ATHLETIC COMPETI-
TION, SWIM BOARDS FOR RECREATION USE,
RACKETS, NAMELY, TENNIS, BADMINTON AND
SQUASH RACKETS, TOY VEHICLES, TOY MODEL
TRAIN SETS, YO-YOS, IN CLASS 28 (U.S. CLS. 22, 23,
38 AND 50).

FIRST USE 9-1-1960; IN COMMERCE 9-30-1960.

OWNER OF U.S. REG. NOS. 886,055, 1,843,729,
AND OTHERS.

SN 76-185,859, FILED 12-22-2000.

BRENDAN MCCAULEY, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,941,347
Registered Apr. 19, 2005

## TRADEMARK
### PRINCIPAL REGISTER



NATIONAL FOOTBALL LEAGUE (NEW YORK UNINC. ASSOCIATION)
280 PARK AVENUE
NEW YORK, NY 10017

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY, FLEECE TOPS AND BOTTOMS, CAPS, HEADWEAR, T-SHIRTS, SWEATSHIRTS, SHORTS, TANK TOPS, JEANS, SWEATERS, PANTS, JACKETS, TURTLENECKS, JUMPSUITS, GOLF SHIRTS, WOVEN SHIRTS, KNIT SHIRTS, JERSEYS, WRISTBANDS, WARM UP SUITS, WIND RESISTANT JACKETS, RAINCOATS, PARKAS, PONCHOS, GLOVES, TIES, SUSPENDERS, CLOTH BIBS, SLEEPWEAR, NAMELY, ROBES, NIGHT SHIRTS AND PAJAMAS, MITTENS, KNIT HATS AND CAPS, SCARVES, APRONS, HEAD-

BANDS, EAR MUFFS, UNDERWEAR, SNEAKERS AND SLIPPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-15-1941; IN COMMERCE 10-15-1941.

OWNER OF U.S. REG. NOS. 886,055, 1,422,850 AND OTHERS.

THE MARK CONSISTS OF THE STYLIZED LETTERS NFL BENEATH A FOOTBALL AND STARS, ALL CONTAINED WITHIN A SHIELD.

SER. NO. 76-572,703, FILED 1-29-2004.

MATTHEW KLINE, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,954,420

United States Patent and Trademark Office      Registered May 24, 2005

## TRADEMARK
## PRINCIPAL REGISTER

# SUPER BOWL

NATIONAL FOOTBALL LEAGUE (NEW YORK UNINC. ASSOCIATION)
280 PARK AVENUE
NEW YORK, NY 10017

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY, FLEECE TOPS AND BOTTOMS, CAPS, HEADWEAR, T-SHIRTS, SWEATSHIRTS, SHORTS, TANK TOPS, JEANS, SWEATERS, PANTS, JACKETS, TURTLENECKS, JUMPSUITS, GOLF SHIRTS, WOVEN SHIRTS, KNIT SHIRTS, JERSEYS, WRISTBANDS, WARM UP SUITS, WIND RESISTANT JACKETS, RAINCOATS, PARKAS, PONCHOS, GLOVES, TIES, SUSPENDERS, CLOTH BIBS, SLEEPWEAR, NAMELY, ROBES, NIGHT SHIRTS AND PAJAMAS, MITTENS, KNIT HATS AND CAPS, SCARVES, APRONS, HEAD-

BANDS, EAR MUFFS, UNDERWEAR, SNEAKERS AND SLIPPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-30-1971; IN COMMERCE 1-30-1971.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 846,056, 1,226,261 AND OTHERS.

SER. NO. 76-572,704, FILED 1-29-2004.

KELLEY WELLS, EXAMINING ATTORNEY

Int. Cls.: 9, 14, 16 and 28

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 27, 28, 29, 36, 37, 38 and 50

Reg. No. 3,138,589

## United States Patent and Trademark Office

Registered Sep. 5, 2006

### TRADEMARK
#### PRINCIPAL REGISTER



NATIONAL FOOTBALL LEAGUE (NEW YORK UNINCORPORATED ASSOCIATION)
280 PARK AVENUE
NEW YORK, NY 10017

FOR: FOOTBALL HELMETS, TELEPHONES, CELL PHONE COVERS, CELL PHONE STRAPS, SPECIAL HOLSTERS AND ACCESSORIES IN CONNECTION THEREOF FOR CARRYING CELLULAR TELEPHONES, CELL PHONE FACE PLATES, MAGNETIC CODED CHARGE CARDS, DECORATIVE MAGNETS, PRERECORDED COMPACT DISCS, AUDIO TAPES, VIDEOTAPES AND DVDS FEATURING THE SPORT OF FOOTBALL, COMPUTER GAME SOFTWARE AND DISKS AND VIDEO GAME CARTRIDGES, COMPUTER MOUSE PADS, SUNGLASSES, EYEGLASS CASES, BINOCULARS, LIGHT SWITCH COVERS; HARD HATS, CD STORAGE CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-1-1970; IN COMMERCE 1-1-1970.

FOR: JEWELRY, WATCHES, CLOCKS, PINS, EARRINGS, NECKLACES, BRACELETS, BELT BUCKLES MADE PRIMARILY OF PRECIOUS METALS, CHARMS, MONEY CLIPS MADE PRIMARILY OF PRECIOUS METALS, TIE PINS, RINGS, COLLECTIBLE COINS, COMMEMORATIVE COINS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-1-1980; IN COMMERCE 1-1-1980.

FOR: POSTERS, CALENDARS, TRADING CARDS, SERIES OF BOOKS RELATING TO FOOT-

BALL, MAGAZINES RELATING TO FOOTBALL, NEWSLETTERS RELATING TO FOOTBALL, NOTEPADS, STICKERS, BUMPER STICKERS, PAPER PENNANTS AND GREETING CARDS; PRINTED TICKETS TO SPORTS GAMES AND EVENTS; PENS AND PENCILS, PENCIL CASES, RUB ON DECORATIVE TRANSFERS, NOTE PAPER, PICTORIAL PRINTS, PICTURE POSTCARDS, ART PICTURES, STATIONERY, ENVELOPES, STATIONERY-TYPE PORTFOLIOS, PHOTO ALBUMS, SCRAPBOOK ALBUMS, RING BINDERS, CHECKBOOK COVERS, TISSUE PAPER, WRAPPING PAPER, PAPER TABLE CLOTHS, PAPER NAPKINS, PAPER PARTY INVITATIONS, PAPER GIFT CARDS; PAPER GIFT BAGS, PAPER DECORATIONS, COLLECTIBLE CARDS; COLLECTIBLE CARD AND MEMORABILIA HOLDERS, SOUVENIR PROGRAMS FOR SPORTS EVENTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-1-1970; IN COMMERCE 1-1-1970.

FOR: TOYS AND SPORTING GOODS, NAMELY, PLUSH TOYS, STUFFED ANIMALS, PLAY FIGURES, GOLF BALLS, GOLF BAGS, GOLF CLUBS, GOLF CLUB COVERS, FOOTBALLS, TOY BANKS, BOARD GAMES RELATING TO FOOTBALL, PLAYING CARDS, CHRISTMAS TREE ORNAMENTS, BALLOONS, JIGSAW PUZZLES, TOY AND DECORATIVE WINDSOCKS, KITES, TOY CARS AND TRUCKS, BILLIARD BALLS, DART BOARDS, PLAYING CARDS, MINIATURE HELMETS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1-1-1970; IN COMMERCE 1-1-1970.

OWNER OF U.S. REG. NOS. 1,056,303, 2,941,347 AND OTHERS.

SER. NO. 78-688,864, FILED 8-9-2005.

JUDITH HELFMAN, EXAMINING ATTORNEY

Int. Cls.: 9, 14, 16 and 28

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 27, 28, 29, 36, 37, 38 and 50

Reg. No. 3,138,590

## United States Patent and Trademark Office

Registered Sep. 5, 2006

## TRADEMARK
## PRINCIPAL REGISTER

# SUPER BOWL

NATIONAL FOOTBALL LEAGUE (NEW YORK UNINCORPORATED ASSOCIATION)
280 PARK AVENUE
NEW YORK, NY 10017

FOR: FOOTBALL HELMETS, CELL PHONE COVERS, CELL PHONE STRAPS, SPECIAL HOLSTERS AND ACCESSORIES IN CONNECTION THEREOF FOR CARRYING CELLULAR TELEPHONES, CELL PHONE FACE PLATES, DECORATIVE MAGNETS, PRERECORDED COMPACT DISCS, AUDIO TAPES, VIDEOTAPES AND DVDS ALL FEATURING THE SPORT OF FOOTBALL, COMPUTER MOUSE PADS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-1-1980; IN COMMERCE 1-1-1980.

FOR: JEWELRY, WATCHES, CLOCKS, PINS, EARRINGS, NECKLACES, BRACELETS, BELT BUCKLES MADE PRIMARILY OF PRECIOUS METALS, CHARMS, MONEY CLIPS MADE PRIMARILY OF PRECIOUS METALS, TIE PINS, RINGS, COLLECTIBLE COINS, COMMEMORATIVE COINS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-1-1980; IN COMMERCE 1-1-1980.

FOR: POSTERS, TRADING CARDS, SERIES OF BOOKS RELATING TO FOOTBALL, MAGAZINES RELATING TO FOOTBALL, NEWSLETTERS RELATING TO FOOTBALL, NOTEPADS, STICKERS, BUMPER STICKERS, PAPER PENNANTS AND GREETING CARDS; PRINTED TICKETS TO SPORTS GAMES AND EVENTS; PENS AND PEN-CILS, RUB ON DECORATIVE TRANSFERS, NOTE PAPER, PICTORIAL PRINTS, PICTURE POSTCARDS, ART PICTURES, WRAPPING PAPER, PAPER TABLE CLOTHS, PAPER NAPKINS, PAPER PARTY INVITATIONS, PAPER GIFT CARDS; PAPER GIFT BAGS, PAPER DECORATIONS, COLLECTIBLE CARDS; COLLECTIBLE CARD AND MEMORABILIA HOLDERS, SOUVENIR PROGRAMS FOR SPORTS EVENTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-1-1975; IN COMMERCE 1-1-1975.

FOR: TOYS AND SPORTING GOODS, NAMELY, PLUSH TOYS, STUFFED ANIMALS, PLAY FIGURES, GOLF BALLS, GOLF CLUB COVERS, FOOTBALLS, TOY BANKS, PLAYING CARDS, CHRISTMAS TREE ORNAMENTS, BALLOONS, JIGSAW PUZZLES, MINIATURE HELMETS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1-1-1975; IN COMMERCE 1-1-1975.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 846,056, 2,954,420 AND OTHERS.

SER. NO. 78-688,906, FILED 8-9-2005.

JUDITH HELFMAN, EXAMINING ATTORNEY