**EXHIBIT I**



Arizona Cardinals Odds, Lines & Betting

**NFL FOOTBALL**

NFL Betting Home

Matchups / Schedule

NFL Odds & Lines

Football Teams

NFL Resources

**Location:** Glendale, Arizona
**Stadium:** Cardinals Stadium
**Coach :** Dennis Green
**NFL Championships :** None

**Cardinals Team Info :** Some football fans may find it hard to believe that a team that toiled in mediocrity for so long is actually the oldest continuing professional football team in America: In 1901 the team changed their name to the Racine Cardinals. Later in 1920, the team became a charter member of the American Professional Football Association which eventually became the NFL in 1922.

Jumping ahead several decades the team moved to St. Louis in 1960, the Cardinals reached the playoffs in 1964 led by QB Jim Hart and WR Sonny Randle. It took another



Atlanta Falcons Odds, Lines & Betting

**NFL FOOTBALL**

NFL Betting Home
Matchups / Schedule
NFL Odds & Lines
Football Teams
NFL Resources

**Location:** Atlanta, Georgia
**Stadium:** Georgia Dome
**Coach:** Jim Mora
**NFL Championships:** None

**Eagles Team Info :** After being granted an NFL franchise by Pete Rozelle for the 1966 season, it would take 13 long years before the Atlanta Falcons made their first postseason appearance. In 1977, under head coach Leeman Bennett, the Falcons held opponents to just 129 points – the fewest ever allowed in a 14-game season, although the team still finished 7-7. The following year quarterback Steve Bartkowski and receiver Wallace Francis led them to their first playoff victory against the Philadelphia Eagles.

The Falcons won their first division title in 1980, but it wasn't until the next decade that



## Baltimore Ravens Betting

**NFL FOOTBALL**

NFL Betting Home
Matchups / Schedule
NFL Odds & Lines
Football Teams
NFL Resources

### Baltimore Ravens Odds, Lines & Betting

**Location:** Baltimore, Maryland
**Stadium :** M&T Bank Stadium
**Coach:** Brian Billick
**NFL Championships:** Super Bowl XXXV (2000)

**Ravens Team Info :** The Baltimore Ravens franchise was born out of controversy in 1996, when owner Art Modell decided he wanted to move the franchise he owned, the Cleveland Browns, to Baltimore. Representatives from Cleveland and the NFL head office reached an agreement that team would move to Baltimore, but that the Browns' name, colors, and franchise history would remain in Cleveland. This meant the team needed a new name, and a fan contest drawing 33,288 votes selected the name "Ravens".

In the team's inaugural season, quarterback Vinny Testaverde threw 33 touchdown





Carolina Panthers Odds, Lines & Betting

**Location:** Charlotte, North Carolina
**Stadium:** Bank of America Stadium
**Coach:** John Fox
**NFL Championships:** None

**Panthers Team Info:** On October 26, 1993 the league announced that NFL owners had unanimously decided to award a franchise to the city of Charlotte, North Carolina. A group led by former Baltimore Colt Jerry Richardson had lobbied hard to unite businessmen, politicians and citizens and they were rewarded for their efforts. Led by head coach Don Capers, the Carolina Panthers finished a respectable 7-9 in their inaugural season, but the big surprise came in 1996 when they outright won the NFC West. The Panthers drafted quarterback Kerry Collins in 1995 and strengthened their roster via free agents like linebacker Sam Mills



Chicago Bears

NFL FOOTBALL

NFL Betting Home
Matchups / Schedule
NFL Odds & Lines
Football Teams
NFL Resources

**Chicago Bears   Odds, Lines & Betting**

**Location:** Chicago, Illinois
**Stadium:** Soldier Field
**Coach:** Lovie Smith
**NFL Championships:** Super Bowl XX (1985)

**Bears Team Info :** The Bears are one of the oldest NFL franchises in the league today thanks to the early efforts of legendary football man George Halas. After purchasing the rights to the Chicago Staleys team in 1921, Halas changed their name to the more familiar Chicago Bears the next year. From 1940-47 great Bears' quarterback Sid Luckman led the team to victories in four out of five NFL Championship Games.

In the late 1960s and early '70s, high profile players like linebacker Dick Butkus and running back Gale Sayers paved the way. In 1975 the Bears drafted one of the greatest



Cincinnati Bengals Odds, Lines & Betting

**Location :** Cincinnati, Ohio
**Stadium :** Paul Brown Stadium
**Coach :** Marvin Lewis
**NFL Championships :** 0

**Browns Team Info :** The Cincinnati Bengals franchise began their play in the American Football League in 1968 under the ownership of Paul Brown. The team got its name from a Cincinnati pro football franchise that existed back in the 1930s and '40s.

In 1970, the Bengals claimed the AFC Central Division title to become the first expansion team to win a divisional championship in their first three years of play. Cincinnati went on to win its second AFC Central championship in 1973 and a Wild-Card berth in the 1975 postseason. The next five years were not as positive as the Bengals struggled, but again





Dallas Cowboys Odds, Lines & Betting

**Location:** Dallas, Texas
**Stadium:** Texas Stadium
**Coach:** Bill Parcells
**NFL Championships:** Super Bowl VI (1971), Super Bowl XII (1977), Super Bowl XXVII (1992), Super Bowl XXVIII (1993) & Super Bowl XXX (1995)

**Cowboys Team Info :** The Dallas Cowboys are one of the most successful teams in NFL history having appeared in a record eight Super Bowls while taking home five Vince Lombardi trophies in the process (a record they share with the San Francisco 49ers and the Pittsburgh Steelers). The team joined the league as an expansion club in 1960 and after struggling to establish a winning record for their first six seasons, the Cowboys went on a streak that saw them post an astonishing 20 consecutive winning



Denver Broncos, Lines & Betting

**Location:** Denver, Colorado
**Stadium:** INVESTCO Field at Mile High
**Coach:** Mike Shanahan
**NFL Championships:** Super Bowl XXXII (1997) & Super Bowl XXXIII (1998)

**Broncos Team Info :** The Denver Broncos began play as a charter member of the American Football League in 1960 where they struggled unsuccessfully to achieve a .500 record until the AFL-NFL merger a decade later. Broncos' stars from these early years include receiver Lionel Taylor who ranks second all-time in receptions as a Bronco with 543, and running back Floyd Little who was drafted in the 1st round in the 1967 draft.

Amazingly, the Broncos first ever postseason experience resulted in an appearance in



### Houston Texans Betting

**NFL FOOTBALL**

NFL Betting Home
Matchups / Schedule
NFL Odds & Lines
Football Teams
NFL Resources

#### Houston Texans Odds, Lines & Betting

**Location:** Houston, Texas
**Stadium:** Reliant Stadium
**Coach:** Gary Kubiak
**NFL Championships :**None

**Texans Team Info :**The dream to bring an NFL team back to the
city of Houston, Texas was fulfilled by owner Bob McNair when
the Houston Texans debuted in the 2002 AFC-NFC Hall of Fame
Game in Canton, Ohio. After posting a victory in their first regular season contest against
in-state rivals, the Dallas Cowboys, the franchise as gone through the growing pains most
NFL teams must endure, though their record did show marked improvement until last
season's miserable 2-14.

Heading into the 2006 season the Houston Texans are poised for a return to respectability



Detroit Lions Odds, Lines & Betting

**Location:** Detroit, Michigan
**Stadium:** Ford Field
**Coach:** Rod Marinelli
**NFL Championships:** 1935, 1952, 1953 & 1957

**Lions Team Info :**The Detroit Lions were founded in 1934 after the Portsmouth Spartans (Ohio) moved to the Motor City because of revenue problems caused by the Great Depression. The franchise had its first major taste of success in the 1950s when Texas stud quarterback Bobby Layne led them to League Championship victories in 1952, 1953 and 1957. The Lions succeeded in one of the greatest comeback victories in NFL postseason history. Trailing the 'Niners 27-7 in the 3rd quarter of the 1957 Western Conference Playoff game, Lions quarterback - Tobin Rote, rallied the team back with 24 unanswered points to beat





Indianapolis Colts Odds, Lines & Betting

**Location:** Indianapolis, Indiana
**Stadium:** RCA Dome
**Coach:** Tony Dungy
**NFL Championships:** 1958, 1959, 1968 & Super Bowl V (1970)

**Chargers Team Info :** In 1950, a Baltimore Colts team was founded in the All-America Football Conference, but this venture failed and the franchise disbanded after only one season. However, Baltimore was presented with a second opportunity to host a NFL team three years later when the Dallas Texans franchise was moved by the league, and the Colts were reborn in Baltimore in 1953.

The Colts' first NFL Championship win in 1958 was led by Hall of Famer Johnny Unitas, who many consider the greatest quarterback of all time. In what has been called "The Greatest



Jacksonville Jaguars Odds, Lines & Betting - BetUs.com Sportsbook - Microsoft Internet Explorer provided by Debevoise & Plimpton

File   Edit   View   Favorites   Tools   Help

Back      Search   Favorites

Address  http://www.betus.com/nfl-football/jaguars

Call toll free anytime: 1-800-973-6659   Contact

Forgot login info?

JOIN BETUS.COM NOW AND
GET UP TO A 50% SIGN UP BONUS

WELCOME   SPORTSBOOK   RACEBOOK   CASINO   POKER   LOCKER ROOM   ABOUT BETUS

SPORTSBOOK   24/7 THE GAME STARTS HERE
REFERRAL BONUS   JOIN NOW

## Jacksonville Jaguars

NFL FOOTBALL

NFL Betting Home

Matchups / Schedule

NFL Odds & Lines

Football Teams

NFL Resources

### Jacksonville Jaguars Odds, Lines & Betting

**Location:** Jacksonville, Florida
**Stadium:** ALLTEL Stadium
**Coach:** Jack Del Rio
**NFL Championships:** None

**Jags Team Info :** The expansion Jacksonville Jaguars joined the NFL along with the Carolina Panthers for the 1995 season. The growing NFL Market had not expanded since 1976 when the league added the Seattle Seahawks and another Florida team – the Tampa Bay Buccaneers. The fact that there were already two NFL teams located in the state led the league to question whether the market could financially sustain another franchise. The Touchdown Jacksonville ownership group went through various contortions as early as 1991, until they were actually awarded a team on November 30th, 1993. Major

Done   Internet

Start   Inbox...   CDTr...   NFL I...   Docu...   DOCS...   Sport...   Kahn...   Jacks...   12:40 PM



Kansas City Chiefs Odds, Lines & Betting - BetUs.com Sportsbook - Microsoft Internet Explorer provided by Debevoise & Plimpton

File   Edit   View   Favorites   Tools   Help

Back ▾ | Search  Favorites

Address http://www.betus.com/nfl-football/chiefs

Call toll free anytime 1-800-973-6659 Contact

Account id | Password | LOGIN

forgot login info?

**BET US**
WE'VE GOT YOUR GAME

JOIN BETUS.COM NOW AND
GET UP TO A 50% SIGN UP BONUS

WELCOME | SPORTSBOOK | RACEBOOK | CASINO | POKER | LOCKER ROOM | ABOUT BETUS

SPORTSBOOK   The World   Online Sportsbook
24/7 THE GAME STARTS HERE
REFERRAL BONUS

JOIN NOW

**Kansas City Chiefs**

NFL FOOTBALL

NFL Betting Home
Matchups / Schedule
NFL Odds & Lines
Football Teams
NFL Resources

**Kansas City Chiefs  Odds, Lines & Betting**

**Location:** Kansas City, Missouri
**Stadium:** Arrowhead Stadium
**Coach:** Herm Edwards
**NFL Championships:** Super Bowl IV (1969)

**Chiefs Team Info :** The Kansas City Chiefs are still operated by
the team's original owner and the founder of the American
Football League, Lamar Hunt. Before the franchise moved to
Kansas City, the team was the Dallas Texans and they called the Cotton Bowl their home
stadium with the Dallas Cowboys. In their third season the team won the AFL
Championship in a dramatic double-overtime win over the Houston Oilers. The team

http://www.betus.com/join/

Internet

Start   Inbox... | CDTr... | NFL I... | Docu... | DOCS... | Sport... | Kahn... | Kans...   12:39 PM



Miami Dolphins Odds, Lines & Betting

**Location:** Miami Gardens, Florida
**Stadium:** Dolphin Stadium
**Coach:** Nick Saban
**NFL Championships:** Super Bowl VII (1972) & Super Bowl VIII (1973)

**Dolphins Team Info :** The Dolphins were founded by Joseph Robbie in 1966, as they began their pro football life as the ninth member of the American Football League. Six years later, Miami became the only NFL team ever to record a perfect season.

The Dolphins had little success early on, but the team's second head coach, Don Shula, made them a winning team in 1970, when they finished with a 10-4. Miami continued the drive with three straight AFC championships in 1971, 1972 and 1973. The 1972 season



## Minnesota Vikings Odds, Lines & Betting

**Location:** Minneapolis, Minnesota
**Stadium:** Hubert H. Humphrey Metrodome
**Coach:** Brad Childress
**NFL Championships:** SuperBowl 1969

**Vikings Team Info :** The Minnesota Vikings joined the NFL as its 14th expansion club in 1961. In their first year, they drafted fleet-footed, scrambling quarterback Fran Tarkenton who would go on to play 13 seasons in Minnesota. In 1968 the powerful defense known as the Purple People Eaters led by Alan Page, Carl Eller, Gary Larson and Jim Marshall led the Vikings to their first postseason appearance. The team went on to play in Super Bowl IV (1969), VIII (1973), IX (1974) and XI (1976) but was a disappointing 0-4 when it counted in a big game







New York Giants Odds, Lines & Betting

**Location:** East Rutherford, New Jersey
**Stadium:** Giants Stadium
**Coach:** Tom Coughlin
**NFL Championships:** 1927, 1934, 1938, 1956, 1986, 1990

**Giants Team Info :** The New York Giants debut in the NFL came in 1925 against the Frankford Yellow Jackets after Tim Mara purchased the team for a reported $500. After winning their first NFL Championship in 1933, the following year the Giants returned to the title game now called the 'Sneakers Game'. Trailing the Bears 10-3 midway through the third quarter, Giants' head coach Tim Owen provided his players with basketball sneakers for better traction: the team scored 27 unanswered points in the fourth quarter to win their second championship. The giants also won championships in 1938 and 1956. In the 1950s stars



New York Jets Odds, Lines & Betting

**Location:** East Rutherford, New Jersey
**Stadium:** The Meadowlands
**Coach:** Eric Mangini
**NFL Championships:** AFL-NFL Super Bowl III (1968)

**Jets Team Info :**New York City's football Jets were originally
called the New York Titans when they were granted a charter
American Football League franchise in 1959 under the ownership
of Harry Wismer. When the Jets signed Alabama quarterback Joe Namath, their future
changed for the better as they became the most popular team in football.

After leading the team to an 11-3 regular record, the Jets defeated Oakland in the AFL
Championship and then Broadway Joe made is infamous prediction that his Jets would win
the Super Bowl – the Jets went on to stun the sports world with a 16-7 victory over the



## Oakland Raiders Betting

### Oakland Raiders Odds, Lines & Betting

NFL FOOTBALL

NFL Betting Home
Matchups / Schedule
NFL Odds & Lines
Football Teams
NFL Resources

**Location:** Oakland, California
**Stadium:** McAfee Stadium
**Coach:** Art Shell
**NFL Championships:** Super Bowl XI (1976), Super Bowl XV (1980) & Super Bowl XVIII (1983)

**Raiders Team Info :** The Oakland Raiders joined the American Football League and played there first home game at Kezar Stadium on September 11, 1960. Oakland was originally granted a franchise when Barron Hilton, the owner of the Los Angeles Chargers, threatened to pull the plug on his new franchise if there wasn't a second club on the West Coast. The Raiders were hobos their first three seasons hosting games at Kezar Stadium, Candlestick Park and finally Frank Youell Field



Philadelphia Eagles Odds, Lines & Betting - BetUS.com Sportsbook - Microsoft Internet Explorer provided by Debevoise & Plimpton



## Pittsburgh Steelers

### Pittsburgh Steelers Odds, Lines & Betting

**Location :** Pittsburgh, Pennsylvania
**Stadium:** Heinz Field
**Coach :** Bill Cowher
**NFL Championships:** Super Bowl IX (1974), Super Bowl X (1975), Super Bowl XIII (1978), Super Bowl XIV (1979) & Super Bowl XL (2005)

**Steelers Team Info :** The Pittsburgh Pirates were founded by Art Rooney bought the franchise in 1933. The Steelers struggled for their first 40 years, making the playoffs once in 1947 and then not winning a championship until they won the AFC Central division title in 1972.

In 1969, the Steelers hired Chuck Noll as their head coach. Noll had a gift for evaluating talent and started drafting talented players like "Mean" Joe Greene, Terry Bradshaw, Mel Blount, Jack Ham and Franco Harris in the early 1970s. Bradshaw led the offense and the menacing Steel Curtain Defense clamped down on opponents. The Steelers then began one of the greatest streaks in NFL history earning eight consecutive playoff berths, seven AFC Central titles and four AFC Championships from 1972-1979. The team became the first

- NFL FOOTBALL
- NFL Betting Home
- Matchups / Schedule
- NFL Odds & Lines
- Football Teamz
- NFL Resources





San Francisco 49ers

**San Francisco 49ers Odds, Lines & Betting**

NFL FOOTBALL

NFL Betting Home
Matchups / Schedule
NFL Odds & Lines
Football Teams
NFL Resources

**Location:** San Francisco, California
**Stadium:** Monster Park "Candlestick Park"
**Coach:** Mike Nolan
**NFL Championships:** Super Bowl XVI (1981), Super Bowl XIX
(1984), Super Bowl XXIII (1988), Super Bowl XXIV (1989) & Super
Bowl XXIX (1994)

**49ers Team Info :** The San Francisco 49ers were the first NFL
team to win a record five Super Bowls, and are a perfect 5-0 in the big game. Originally
entering professional football in the All-America Football conference in 1946, the team
joined the NFL ranks in 1950. The team's name came from the surge of gold miners that
arrived in the Bay area around 1849. In 1957 the 49ers made their first playoff
appearance, but then hovered around .500 until the arrival of new head coach Dick Nolan.



Seattle Seahawks Betting

**Seattle Seahawks Odds, Lines & Betting**

**Location:** Seattle, Washington
**Stadium:** Qwest Field
**Coach:** Mike Holmgren
**NFL Championships :**None

**Seahawks Team Info :**The Seattle Seahawks saw their first league action in the 1976 season after the city was awarded a franchise a year earlier by Commissioner Pete Rozelle. This was the same year the expansion Tampa Bay Buccaneers joined the NFL ranks. After several losing seasons, the Seahawks hired head coach Chuck Knox who led them to their first postseason berth in 1983; the 'Hawks beat Denver and Miami before losing to Oakland in the Conference Championship. The next season QB Dave Krieg and WR Steve Largent led the Seahawks to a postseason victory over Oakland, but they were beat by Dan Marino



St Louis Rams Betting

St. Louis Rams Odds, Lines & Betting

**NFL FOOTBALL**

NFL Betting Home
Matchups / Schedule
NFL Odds & Lines
Football Teams
NFL Resources

**Location:** St. Louis, Missouri
**Stadium:** Edward Jones Dome
**Coach:** Scott Linehan
**NFL Championships:** League Champions in 1945 & 1951, Super Bowl XXXIV (1999)

**Rams Team Info :** The Cleveland Rams were the second American Football League franchise founded in 1936, but following their inaugural year they joined the NFL. After several forgettable seasons, they won the League Championship in 1945 before moving to Los Angeles the very next year. In 1951, QB Norm Van Brocklin and WR Elroy Hirsch led the team to another NFL Championship victory.

In the 1960s the Rams were led by a powerful defense featuring Hall of Famers' Merlin





Tennessee Titans Odds, Lines & Betting - BetUs.com Sportsbook - Microsoft Internet Explorer provided by Debevoise & Plimpton

File   Edit   View   Favorites   Tools   Help

Back        Search   Favorites

Address   http://www.betus.com/nfl-football/titans

## Tennessee Titans Betting

### Tennessee Titans Odds, Lines & Betting

**NFL FOOTBALL**

NFL Betting Home
Matchups / Schedule
NFL Odds & Lines
Football Teams
NFL Resources

**Location:** Nashville, Tennessee
**Stadium:** LP Field
**Coach:** Jeff Fisher
**NFL Championships:** None

**Titans Team Info :** The Houston Oilers franchise began their history on a high note when they won the first two AFL Championships in 1960 and '61. The team featured a prolific offense led by Heisman Trophy quarterback George Blanda, Charlie Hennigan, Charlie Tolar and Bob Talamini. In 1967, the Oilers became the first team ever to play in a domed stadium when they moved to the Houston Astrodome.

After the AFL-NFL merger in 1970 the Oilers struggled to maintain their winning ways finishing 1-13 two years in a row in 1972 and '73. In 1978 the team made it back to the



Washington Redskins Betting

Washington Redskins Odds, Lines & Betting

**Location:** Landover, Maryland
**Stadium:** FedEx Field
**Coach:** Joe Gibbs
**NFL Championships:** 1937, 1942, Super Bowl XVII (1982), Super Bowl XXII (1987) & Super Bowl XXVI (1991)

**Ravens Team Info :**The roots of this celebrated football franchise were born in an entirely different city - beginning as an expansion NFL team called the Boston Braves in 1932. The name 'Redskins' was chosen in honor of their head coach William 'Lonestar' Dietz. After moving to Washington D.C. in 1937, the team responded by winning their first NFL Championship against the Chicago Bears guided by rookie quarterback 'Slingin' Sammy Baugh who led the league in passing. Baugh remained with the team for 16 seasons until he retired after the 1952 season.

NFL FOOTBALL
NFL betting Home
Matchups / Schedule
NFL Odds & Lines
Football Teams
NFL Resources

The End Zone Issue 66 - Microsoft Internet Explorer provided by Debevoise & Plimpton LLP

File   Edit   View   Favorites   Tools   Help

Back   Search   Favorites

Address   http://www.betus.com/sports-betting/The_End_Zone_Issue_66-2872.aspx   Go   Links

Welcome to **The End Zone**- Time to score your winning bets and celebrate by winning some more. Check out the latest BetUS specials and sports info.

### NFL Preseason Week 1



Last Sunday, NFL Preseason kicked off with the **Raiders** beating the **Eagles**. The games for **Week 1** are set to begin. Thursday, the Eagles again strap it up to take on the **Browns** in Philly and the **Rams** host the **Colts**.

There are also five games on Friday, a full card on Saturday, action Sunday, and this year's first Monday Night Football game is going to get underway. Are you ready for some football? It's a big weekend of action, and BetUS.com invites you aboard to **kick off your football season now**. Don't miss it! **Check out our NFL odds now!**

ICE

Done                                                                Internet

Start                                                In...  CD...  NF...  Be...  DO...  Sp...  Ka...  Th...  Ya...  Z...   1:07 PM



NFL Football AFC & NFC Teams

**NFL FOOTBALL**

NFL Betting Home

Matchups / Schedule

NFL Odds & Lines

Football Teams

NFL Resources

NFL Team Pages

Stats, Schedule, Roster, Injuries, Transactions, Draft & News. Everything you need to gain the competitive edge when gambling on NFL Football.

**AFC Conference**

| | | | |
|---|---|---|---|
| Baltimore Ravens | Denver Broncos | Kansas City Chiefs | Oakland Raiders |
| Buffalo Bills | Houston Texans | Miami Dolphins | Pittsburgh Steelers |
| Cincinnati Bengals | Indianapolis Colts | New England Patriots | San Diego Chargers |
| Cleveland Browns | Jacksonville Jaguars | New York Jets | Tennessee Titans |

**NFC Conference**

| | | | |
|---|---|---|---|
| Arizona Cardinals | Dallas Cowboys | New Orleans Saints | Seattle Seahawks |
| Atlanta Falcons | Detroit Lions | New York Giants | St. Louis Rams |
| Carolina Panthers | Green Bay Packers | Philadelphia Eagles | Tampa Bay Buccaneers |
| Chicago Bears | Minnesota Vikings | San Francisco 49ers | Washington Redskins |

WELCOME | SPORTSBOOK | RACEBOOK | CASINO | POKER | LOCKER ROOM | ABOUT BETUS

Contact | FAQ's | Feedback | Refer a Friend | Webmaster Resources | Privacy Policy | Rules & Regulations | Terms & Conditions
About BetUS | Affiliate Program | Press Kit

The End Zone Issue 39 - Microsoft Internet Explorer provided by Debevoise & Plimpton LLP

File   Edit   View   Favorites   Tools   Help

Back ▾                    Search   Favorites

Address  http://www.betus.com/sports-betting/The_End_Zone_Issue_39-1651.aspx            Go    Links

entry, it could be worth an incredible 5,000 Loyalty Points in your account!

Email your account **F** and your winning caption to FaceOff@BetUS.com and you could be the lucky winner. Visit the Captions Contest section today to see our previous winning captions.

BetUS.com 5 best things to bet on for
the Super Bowl



**5. Wacky Props**- We've got everything from the first replay challenge to the coin toss. Pick your favorite offbeat props and enjoy the game that much more.

**4. Player performances**- Select the players you believe will come out on top in various offensive and defensive categories on Sunday and win big.

**3. Old School**- You've always got the point spread, money line and total to fall back on. Start with these betting staples and branch out to the sublime.

**2. Non-football**- BetUS.com lets you to bet on the Super Bowl commercials to truly make every single second between the kickoff and the final gun count.

**1. Top Gun**- The MVP of the world's biggest game is one of the most highly anticipated announcements following the Super Bowl. Turn your prediction into payday now.

Internet

Start    6:19 PM



This is your All Access Pass to the best in online sports writing. Featuring articles and commentaries from regular BetUS.com columnists and bona fide sports nuts, All Access Pass is your ticket to the field, court, diamond, rink, racetrack or course of your choice.

**Add this section to your favorite RSS reader with the links below:**

## NFL Picks: Week 1

Although it's been quite a few years since I've dropped any of my own money on any NFL games, I still get a big kick out of picking each week's winners.

Having said that, when I was a gambling man, I took my "work" quite seriously and won nearly $1,000 three consecutive years, wagering small amounts on a couple of my best picks each week.

Why I stopped gambling, I'll never know (especially since I won most of the time). However, I haven't stopped making my picks and checking them each week – and kicking myself in the rear for not putting any money down on the games.

Personal gambling tales aside, here are my selections for week one.

Now, before I go any further, let me say that, when I was a gambling man, I used to always tell people not to bet much on week one games. My preference was to just sit back and enjoy the first week of the season as a spectator. My rule of thumb says that week one usually serves up quite a few upsets, so be wary of any pick that you don't consider a "lock."

Okay, now that I'm through giving out gambling tips, away we go.

**Miami PK at Pittsburgh**
Take the Dolphins for the outright win. The Fish have a chip the size of Mount Rushmore on their collective shoulders and would literally run through a wall for head coach Nick



NFL: Fantasy Football Players Match-ups - Microsoft Internet Explorer provided by Debevoise & Plimpton LLP

File   Edit   View   Favorites   Tools   Help

Address http://www.betus.com/sports-betting/NFL_Fantasy_Football_Players_Matchups-3059.aspx

**ARTICLES**
Face Off
The Benchwarmers
The Winning Edge
The End Zone
All Access Pass

**COMMUNICATION**
Forum
Ask The Bookie
BetUS.com Radio
RSS Feeds

**ENTERTAINMENT**
Prop Talk
BetUS Laugh Lines

**MISS BETUS**
Meet the Girls

**CONTESTS**
Free Contests
Captions Contests

**SHOPPING**
BetUS Mall

## THE BENCHWARMERS

From the sidelines, The Benchwarmers brings a daily fix of sports news and information and up-to-date betting lines that promise to keep both the sports betting enthusiast and the novice alike, in the game.

Add this section to your favorite RSS reader with the links below:

### NFL: Fantasy Football Players Match-ups

There are few things better than NFL football but Scarlett Johansson in a thin bathing suit is one of them. For now, we'll keep that sweet thought in the back of our minds and deal with what is in front of us and that is the upcoming opening week of NFL action.

BetUS.com was kind enough to post some **fantasy football player match-ups** and here are the groupings along with some observations.

**Quarterbacks:**

Total Passing Yards:
Peyton Manning
Eli Manning

Matt Hasselbeck
Carson Palmer

The Sunday night contest will be the first ever Manning Bowl and will pit two brother quarterbacks against each other for the first time. Peyton seems like an obvious choice from this foursome but the Colts may be out to prove that they have a functional running game on national television while the Giants may be out to prove that their secondary is upgraded. Carson Palmer takes his prolific passing attack to Kansas City and Matt Hasselbeck faces off against a soft defense on the road.

**Pick: Carson Palmer**

**Running Backs**



NFL Betting: 2006 Minnesota Vikings Preview - Microsoft Internet Explorer provided by Debevoise & Plimpton LLP

File   Edit   View   Favorites   Tools   Help

Search   Favorites

Address http://www.betus.com/sports-betting/NFL_Betting_2006_Minnesota_Vikings_Preview-3056.aspx

The Winning Edge
The End Zone
All Access Pass

☎ COMMUNICATION
Forum
Ask The Bookie
BetUS.com Radio
RSS Feeds

⚫ ENTERTAINMENT
Prop Talk
BetUS Laugh Lines

♥ MISS BETUS
Meet the Girls

♣ CONTESTS
Free Contests
Caption Contests

🛍 SHOPPING
BetUS Mail

from BetUS.com resident handicappers and industry insiders. With so much insight and amazing daily betting tips, sports betting enthusiasts are sure to get the winning edge.

Add this section to your favorite RSS reader with the links below:

MY YAHOO!   Add to Google

## NFL Betting: 2006 Minnesota Vikings Preview

I am already on record as saying that the **Minnesota Vikings** have made one of the best offseason additions in the entire league by selecting former Philadelphia Eagles offensive coordinator, Brad Childress to become their next head coach.

Childress has already begun altering the erratic personality of a team that has perennially had plenty of talent, but has lacked direction and leadership for quite some time.

I undoubtedly believe that Childress will be successful, however, when that success will begin, is another story altogether. Nevertheless, I don't expect it to be too far into the future, as the Vikings have brought in 10 veteran free agents to help speed up the process.

Here is my NFL 2006 preview of the Minnesota Vikings.

**Quarterback**
Brad Johnson proved last season that he could still be effective when he gets adequate pass protection in the pocket. The 38-year-old veteran is one of the smartest quarterbacks in the league and still has enough arm left to make the tough throws as well. Johnson also has a firm grasp of the west coast offense that Childress will install. If Johnson goes down though, the Vikes could be in trouble. Backup quarterback, Mike McMahon has may be one of the most mobile quarterbacks in the league, it's too bad the man has a football IQ that's in single digits.

**Running Back**
The Vikings' running back situation has miraculously "whizzed" itself clean. Minnesota will start veterans, Chester Taylor at tailback and Tony Richardson at fullback. Neither of the pair is what I would call a "threat" to score from anywhere on the field, but both players

Done                                                                            Internet

Start    Inb...   CDT...   NFL...   Bet...   DO...   Yah...   Yah...   NFL...   NFL...        12:45 PM

NFL Betting: 2006 New England Patriots Preview - Microsoft Internet Explorer provided by Debevoise & Plimpton LLP

File   Edit   View   Favorites   Tools   Help

Back   •   Search   Favorites

Address  http://www.betus.com/sports-betting/NFL%20_Betting_2006_New_England_Patriots_Preview-2915.aspx

The Winning Edge

The End Zone

All Access Pass

**COMMUNICATION**

Forum

Ask The Bookie

BetUS.com Radio

RSS Feeds

**ENTERTAINMENT**

Prop Talk

BetUS Laugh Lines

**MISS BETUS**

Meet the Girls

**CONTESTS**

Free Contests

Captions Contests

**SHOPPING**

BetUS Mall

from BetUS.com resident handicappers and industry insiders. With so much insight and amazing daily betting tips, sports betting enthusiasts are sure to get the winning edge.

**Add this section to your favorite RSS reader with the links below:**

MY YAHOO!   Add to Google

## NFL Betting: 2006 New England Patriots Preview



Points taken off!

I know the Patriots have lost some key players to free agency this past off-season, but until both, Tom Brady and Bill Belichick are no longer part of the Patriots organization, I'm not prepared to count them out of anything.

Having said that, I realize that a lot of people are enamored right now with the Miami Dolphins prospective return to the upper echelon of the NFL, but until the 'Fins forcefully take away, at least the AFC East division title, I am going on record to say that the Patriots will once again find a way to conjure up a double-digit win season.

Here is my 2006 preview for the New England Patriots.

**Quarterback**

Tom Brady may have led the NFL in passing yards in 2005 (4,110 yards), but I actually believe less of Brady's arm – and a better mix of positive rushing yards – would produce better results for the Patriots in 2006 than they did in 2005.

However, it's hard to argue with a guy who threw for 26 touchdowns last season; however he did mix in an un-Brady-like 14 interceptions.

One thing I will say though is that, should Brady go down at some point in the regular season, the Patriots can absolutely kiss their season goodbye. Second-year man, Matt Cassel is nowhere ready to take over, so this position could become a problem for the Patriots at some point, as idiotic as that may sound for a team with a three-time Super Bowl winning quarterback calling at the helm.

Start   ...Inb...   CDT...   NFL ...   Bet...   DO...   Spo...   Kah...   NFL...   NFL ...   12:49 PM



In the Huddle: NFL Picks and Predictions - Microsoft Internet Explorer provided by Debevoise & Plimpton LLP

File   Edit   View   Favorites   Tools   Help

Search      Favorites

Address   http://www.betus.com/sports-betting/In_the_Huddle_NFL_Picks_and_Predictions-3065.aspx      Go   Links

The Winning Edge

The End Zone

All Access Pass

☎ COMMUNICATION

Forum

Ask The Bookie

BetUS.com Radio

RSS Feeds

● ENTERTAINMENT

Prop Talk

BetUS Laugh Lines

♥ MISS BETUS

Meet the Girls

♣ CONTESTS

Free Contests

Captions Contests

🛒 SHOPPING

BetUS Mall

No matter how controversial, opinionated or simply entertaining your views and ideas are, BetUS Sportsbook will post as many member comments as possible.

Add this section to your favorite RSS reader with the links below:

MY YAHOO!   Add to Google

## In the Huddle: NFL Picks and Predictions

**Get into the huddle with football experts: Anthony Oxley, Blake Butterfield and Marc Reichertz as they go head-to-head every week with their NFL picks and predictions. Follow them through the NFL 2006 season right up to the Superbowl as they each try to pick winners on the spread!**

People, I've been waiting seven long painful months for this moment, and now it is finally here. What am I talking about? I'm talking about **NFL Opening Weekend**, baby! To me, this is better than a holiday, because holidays last what... when we talking about Christmas, it lasts pretty much until New Year's... so about a week. Opening Weekend tells me that I will be in good spirits for at least the next 5 months! It don't get no better than this. The NFL season starts this weekend! Let's rock and roll!

**ATLANTA +6 AT CAROLINA -6**
All I can say is that I hope I get to watch this game on the tele; talk about a barnburner to kick things off on a sunny Sunday. The Falcons boast one of the league's most dynamic players in QB Michael Vick and one of the brashest in CB DeAngelo Hall. The **Panthers** have their best offensive player, WR Steve Smith, listed as questionable with hammy problems, but their defense is bad, bad and triple-bad to the bone with 6'7", 285-pound DE Julius Peppers leading the ferocy. Atlanta has a good team, but this is the definition of a hostile environment. Opening day in Carolina! Strap 'em up!

PREDICTION: **PANTHERS to cover**

**SAN FRANCISCO +7.5 AT ARIZONA -7.5**
I'll come right out and say it. Why waste time, eh? Time is precious to many of us... a precious commodity. So here it is. The 49ers have no chance in this game; no chance whatsoever. They are going into **Cardinal** land to face an Arizona team that has

🖥 Internet

Start    snb...   CDT...   NFL...   Bet...   DO...   Spo...   Kah...   NFL...   Int...    12:45 PM



Sports Betting News, Online Gambling Predictions and Tips - BetUS.com Sportsbook - Microsoft Internet Explorer provided by...

File   Edit   View   Favorites   Tools   Help

Search   Favorites

Address http://www.betus.com/sports-betting/default.aspx

**CONTESTS**
Free Contests
Captions Contests

**SHOPPING**
BetUS Mall

I don't know what else to say about the **Atlanta Falcons** except that this is a team that could literally go either 10-6 or 6-10. ...more

### NFL Betting: 2006 Carolina Panthers Preview

Needless to say, the **Carolina Panthers** are one of the best teams in the NFC and a legitimate contender to reach the **2006 Super Bowl**. The Panthers have made several wise acquisitions this offseason and will be primed to make another strong run at the Super Bowl. ...more

### NFL Betting: 2006 Arizona Cardinals Preview

This will be head coach, Dennis Green's third season in Arizona and the timing couldn't be better for Green to lead the **Cardinals** back to the land of the respectable. ...more

Latest Article(s)

The End Zone Issue 69 - Microsoft Internet Explorer provided by Debevoise & Plimpton LLP

File   Edit   View   Favorites   Tools   Help

Back    Search   Favorites

Address http://www.betus.com/sports-betting/The_End_Zone_Issue_69-2985.aspx          Go   Links

| | |
|---|---|
| 01. Welcome to the End Zone | 05. BetUS Casino Specials |
| 02. Reloading for NFL Regular Season Action | 06. Get up to $2,000 For Winning! |
| 03. BetUS NFL Contests are back! | 07. Captions Contest |
| 04. California Dreamin' NASCAR Style | |

**CONTESTS**

Free Contests

Captions Contests

**SHOPPING**

BetUS Mall

### 01. Welcome to the End Zone

Welcome to **The End Zone** - Score **BIG** with our week previews, specials and contests. BetUS.com has got your game throughout the pro and college football campaigns.



#### 02. Reloading for NFL Regular Season Action

Friday, the final games of NFL preseason will be played, as teams gear up for regular season action. If you have not yet taken advantage of our many **futures/props**, now is the time to do so.

Futures/props provide bettors with the best bang for their buck as they will have weekly action **throughout the entire NFL season**. That alone is why futures/props are so popular and considered by many football gamblers to be the strongest on the board.

**Reload your account today** and receive up to a **50% bonus!**

Done                                                                                    Internet

Start



Address http://www.betus.com/nfl football/matchups

Call toll free anytime: 1-800-973-6659  Contact

# BET US
WE'VE GOT YOUR GAME

JOIN BETUS.COM NOW AND
GET UP TO A 50% SIGN UP BONUS

| WELCOME | SPORTSBOOK | RACEBOOK | CASINO | POKER | LOCKER ROOM | ABOUT BETUS |

24/7 THE GAME STARTS HERE
REFERRAL BONUS

JOIN NOW

## NFL Matchups & Schedule

**NFL FOOTBALL**

NFL Betting Home

Matchups / Schedule

NFL Odds & Lines

Football Teams

NFL Resources

### 2006/07 Season

1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  Playoffs  Super Bowl  Pro Bowl

| Date, Time | Team @ Team | Score | Odds |
|---|---|---|---|
| 07-Sep-06, 8:30 pm | Miami Dolphins @ Pittsburgh Steelers | 0  0 | N/A |
| 10-Sep-06, 1:00 pm | Atlanta Falcons @ Carolina Panthers | 0  0 | N/A |
| 10-Sep-06, 1:00 pm | Baltimore Ravens @ Tampa Bay Buccaneers | 0  0 | N/A |
| 10-Sep-06, 1:00 pm | Buffalo Bills @ New England Patriots | 0  0 | N/A |
| 10-Sep-06, 1:00 pm | Cincinnati Bengals @ Kansas City Chiefs | 0  0 | N/A |



NFL Betting - Football Gambling - NFL Matchups and NFL Season Schedule - BetUS.com Sportsbook - Microsoft Internet Explorer pro

File   Edit   View   Favorites   Tools   Help

Back   Search   Favorites

Address   http://www.betus.com/nfl-footballmatchups

**NFL FOOTBALL**

**2006/07 Season**

NFL Betting Home   1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17   Playoffs   Super Bowl   Pro Bowl

Matchups / Schedule

NFL Odds & Lines

Football Teams

NFL Resources

SIGN-UP BONUS

> JOIN BETUS NOW

| Date, Time | Team @ Team | Score | Odds |
|---|---|---|---|
| 07-Sep-06, 8:30 pm | Miami Dolphins @ Pittsburgh Steelers | 0  0 | N/A |
| 10-Sep-06, 1:00 pm | Atlanta Falcons @ Carolina Panthers | 0  0 | N/A |
| 10-Sep-06, 1:00 pm | Baltimore Ravens @ Tampa Bay Buccaneers | 0  0 | N/A |
| 10-Sep-06, 1:00 pm | Buffalo Bills @ New England Patriots | 0  0 | N/A |
| 10-Sep-06, 1:00 pm | Cincinnati Bengals @ Kansas City Chiefs | 0  0 | N/A |
| 10-Sep-06, 1:00 pm | Denver Broncos @ St Louis Rams | 0  0 | N/A |
| 10-Sep-06, 1:00 pm | New Orleans Saints @ Cleveland Browns | 0  0 | N/A |
| 10-Sep-06, 1:00 pm | New York Jets @ Tennessee Titans | 0  0 | N/A |
| 10-Sep-06, 1:00 pm | Philadelphia Eagles @ Houston Texans | 0  0 | N/A |
| 10-Sep-06, 1:00 pm | Seattle Seahawks @ Detroit Lions | 0  0 | N/A |
| 10-Sep-06, 4:15 pm | Chicago Bears @ Green Bay Packers | 0  0 | N/A |
| 10-Sep-06, 4:15 pm | Dallas Cowboys @ Jacksonville Jaguars | 0  0 | N/A |
| 10-Sep-06, 4:15 pm | San Francisco 49ers @ Arizona Cardinals | 0  0 | N/A |
| 10-Sep-06, 8:15 pm | Indianapolis Colts @ New York Giants | 0  0 | N/A |
| 11-Sep-06, 7:00 pm | Minnesota Vikings @ Washington Redskins | 0  0 | N/A |
| 11-Sep-06, 10:15 pm | San Diego Chargers @ Oakland Raiders | 0  0 | N/A |

**WELCOME | SPORTSBOOK | RACEBOOK | CASINO | POKER | LOCKER ROOM | ABOUT BETUS**

Contact | FAQ's | Feedback | Refer a Friend | Webmaster Resources | Privacy Policy | Rules & Regulations | Terms & Conditions
About BetUS | Affiliate Program | Press Kit

Internet

Start   1...   C...   N...   O...   G...   ...   L...   H...   J...   H...   N...   A...   B...   6:25 PM

**EXHIBIT J**















**EXHIBIT K**



**EXHIBIT L**



**EXHIBIT M**

Transcript of BetUS Radio Advertisement

<u>Announcer</u>: BetUS.net presents former Minnesota governor Jesse Ventura.

<u>Jesse Ventura</u>: That's right, sports fans, it's governor Jesse Ventura here to tell you about my very good friends over at BetUS. If you're getting down on football this year, then there's only one place to play, and that's BetUS. At BetUS, you'll get free picks from all the nation's top handicappers all season long. At BetUS, you'll get free scores, odds, match-up reports and more. The BetUS expert insiders will assist you in everything you need to know to get your action down this season. So call 1-888-69-BET-US. That's 1-888-69-BET-US. You know me to tell it like it is. And I'm telling you there's only one place to go this season. And that's BetUS. So listen, call BetUS now at 1-888-69-BET-US. And sign up with the only site governor Jesse Ventura endorses, BetUS.

<u>Announcer</u>: If you're a sports fan, we're your sportsbook. Join now to win Super Bowl seats for life. BetUS.net. Improve your game.

**EXHIBIT N**

D E B E V O I S E  &  P L I M P T O N  LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
www.debevoise.com

Lorin L. Reisner
Partner
Tel 212 909 6191
Fax 212 909 6836
llreisner@debevoise.com

February 2, 2006

BY FEDERAL EXPRESS & EMAIL

Mr. Mike Foreman
betus.com
Oficentro Ejecutivo Sabana Sur
Edificio 2, Piso 3
San Jose, Costa Rica
marketing@BetUS.com

### Unauthorized Use of NFL Intellectual Property

Dear Mr. Foreman:

      Our firm represents NFL Properties LLC ("NFL Properties"), the exclusive licensee and representative of the National Football League (the "NFL") and its member clubs for various commercial licenses and the protection of their names, logos, symbols and other identifying marks (collectively, the "NFL Trademarks").

      NFL Properties recently learned that you are making unauthorized use of various NFL Trademarks on a web site located at www.betus.com, including, but not limited to, the specially-designed SUPER BOWL XL logo, the SUPER BOWL mark, the Vince Lombardi Trophy and the famous logos, uniform designs and helmet designs of various NFL member clubs. In addition, NFL Properties has learned that you are making unauthorized use of various NFL Trademarks, including logos of NFL member clubs, in the 2005-2006 Swimsuit Calendar (the "Calendar") marketed by betus.com.

      These unauthorized uses of the NFL Trademarks have caused serious and irreparable harm to the NFL and its member clubs because consumers are likely mistakenly to believe that your website and/or the services or promotions offered on your site, as well as the Calendars, are sponsored, endorsed or licensed by, or otherwise affiliated with, the NFL or the member clubs. These activities are, therefore, unlawful pursuant to Sections 32 and 43(a) of the Lanham Act, 15 U.S.C. §§ 1114, 1125(a).

      These unauthorized uses also dilute the NFL Trademarks in violation of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c). In addition, your conduct constitutes

Mr. Mike Foreman                           2                        February 2, 2006

unfair competition, deceptive acts and practices and misappropriation of the valuable
goodwill, reputation and business property of the NFL and the member clubs.

Please be further advised that your operation of a business using the Internet for
the transmission of bets or wagers on NFL games violates federal criminal law. *See, e.g.*,
18 U.S.C. § 1084 (person "engaged in the business of betting or wagering" that uses a
"wire communication . . . for the transmission . . . of bets or wagers . . . on any sporting
event or contest" commits a crime); *United States v. Cohen*, 260 F.3d 68 (2d Cir. 2001).
The NFL and NFL Properties strongly object to the content and nature of your site.

Finally, we understand you have an arrangement with Mr. Alan Bachand of
TailgateUS.com whereby you compensate him in exchange for advertising space on his
website and on buses that travel to various NFL stadiums on and around the days NFL
games are played, including before and during Super Bowl XL in Detroit. The NFL
objects strongly to this arrangement, and considers it particularly egregious in light of the
NFL's strong stance against gambling activities.

The NFL and its member clubs take these violations extremely seriously.
Accordingly, we demand that you immediately cease any and all uses of any NFL
Trademarks, or any marks confusingly similar thereto, on your website, in your Calendar,
and in connection with any goods, services or promotions offered by betus.com. In
addition, we demand that you cease advertising on any bus or other promotional vehicle
that travels in or around the property surrounding any stadium at which NFL games are
played, including buses in the vicinity of Ford Field at or near the time of Super Bowl
XL.

Should you refuse to cooperate, NFL Properties and the Member Clubs reserve
the right to take appropriate steps to enforce and protect the NFL's and the Member
Clubs' trademark rights.

Please call me directly at (212) 909-6191 if you have any questions.

Very truly yours,

Lorin L. Reisner

cc:      Anastasia Danias, Esq. (NFL Properties LLC)

**EXHIBIT O**

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
www.debevoise.com

Lorin L. Reisner
Partner
Tel 212 909 6191
Fax 212 909 6836
llreisner@debevoise.com

February 17, 2006

BY FEDERAL EXPRESS & EMAIL

Mr. Mike Foreman
betus.com
Oficentro Ejecutivo Sabana Sur
Edificio 2, Piso 3
San Jose, Costa Rica
marketing@BetUS.com

## Unauthorized Use of NFL Intellectual Property

Dear Mr. Foreman:

We have not received a response to our letter dated February 2, 2006 on behalf of NFL Properties. Please be advised that unless we receive prompt confirmation that betus.com is prepared to comply fully with the requests set forth in our letter, appropriate legal action will be taken. You may contact me directly if you have any questions. This letter is written without waiver of or prejudice to any legal rights of NFL Properties, all of which are hereby expressly reserved.

Very truly yours,

Lorin L. Reisner

cc:     Anastasia Danias, Esq. (NFL Properties LLC)

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai

**EXHIBIT P**

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

August 25, 2006

BY FEDERAL EXPRESS & EMAIL

Mr. Mike Foreman
bctus.com
Oficentro Ejecutivo Sabana Sur
Edificio 2, Piso 3
San Jose, Costa Rica
marketing@BetUS.com

**Unauthorized Giveaway of Tickets**

Dear Mr. Foreman:

As you know, we are counsel to NFL Properties LLC ("NFL Properties"), which represents the National Football League (the "NFL") and its member clubs in the enforcement of their intellectual property rights. We previously contacted you in February regarding your unauthorized use of various NFL trademarks.

It has come to our attention that betus.com is engaged in the unauthorized giveaway of Super Bowl tickets. Specifically, betus.com is running advertisements which offer listeners the opportunity to win Super Bowl tickets for life. Such a giveaway violates the express terms set forth on the back of Super Bowl tickets, which prohibit the use of game tickets in connection with "advertising, promotion or any other commercial purposes (including contests, sweepstakes and giveaways)" without the express written consent of the NFL. This violation is particularly egregious given the NFL's strong stance against gambling activities.

Please be advised that the NFL has the right, and hereby expressly reserves the right, to refuse to honor any tickets you purport to award to anyone entering your contests. You are therefore on notice that the NFL reserves the right to eject from the stadium anyone occupying the seats corresponding to any tickets you award, as well as to refuse entry to any contest winners. *See Transworld Airlines, Inc. v. American Coupon Exchange, Inc.*, 913 F.2d 676 (9th Cir. 1990) (enforcing airline's tariff restricting the transfer of frequent flyer coupons against holder of brokered coupons); *Collister v. Hayman*, 183 N.Y. 250 (1905) (upholding theater's decision to refuse admission to those who purchased tickets from a ticket broker who violated the terms and conditions of the

Mr. Mike Foreman                           2                        August 25, 2006

ticket); *Levine v. Brooklyn Nat'l League Baseball Club, Inc.*, 179 Misc. 22, 36 N.Y.S.2d 474 (Kings Co. 1942) (upholding the right of the Dodgers to restrict the re-sale of Dodgers tickets and to refuse all tickets transferred in violation thereof). This, of course, would render literally false and unlawful the statements made by you claiming that contest winners will be able to attend the Super Bowl game.

In addition, your unauthorized use of the SUPER BOWL® mark (the "Mark") in connection with the unauthorized giveaway is causing serious and irreparable harm to the NFL because consumers are likely mistakenly to believe that your unauthorized giveaway of Super Bowl game tickets is sponsored, endorsed or licensed by, or otherwise affiliated with, the NFL. These activities are, therefore, unlawful pursuant to Sections 32 and 43(a) of the Lanham Act, 15 U.S.C. §§ 1114, 1125(a).

Your unauthorized use of the Mark also dilutes it in violation of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c). In addition, your conduct constitutes unfair competition, deceptive acts and practices and misappropriation of the valuable goodwill, reputation and business property of the NFL.

Please confirm in writing by 3:00 P.M. on Friday, September 1, 2006 that betus.com has discontinued permanently all uses of NFL tickets as promotional items, including as part of any giveaways, and has ceased any and all use of the Mark in any related advertising or marketing materials. If we do not hear from you by that time, we will assume you are uninterested in resolving this matter amicably.

You may contact me directly at (212) 909-6118 if you have any questions. This letter is written without waiver of or prejudice to any legal rights of NFL Properties, all of which are hereby expressly reserved.

Very truly yours,

Bruce P. Keller

cc:     Anastasia Danias, Esq. (NFL Properties LLC)

**EXHIBIT Q**

| NFL/Member Club | Registration Number | Exhibit |
|---|---|---|
| NFL | 846,056 (SUPER BOWL) | Exhibits G, H, I, J |
| | 882,283 (SUPER BOWL) | Exhibits G, H, I, J |
| | 886,055 (NFL) | Exhibits G, H, I |
| | 1,056,303 (NFL Shield Logo) | Exhibits H, I, J |
| | 1,079,096 (AFC) | Exhibits H, I |
| | 1,079,097 (NFC) | Exhibits H, I |
| | 1,226,261 (Vince Lombardi Trophy) | Exhibits A, I |
| | 1,436,771 (PRO BOWL) | Exhibits G, H |
| | 2,919,270 (NFL) | Exhibits G, H, I |
| | 2,941,347 (NFL Shield Logo) | Exhibits H, I, J |
| | 2,954,420 (SUPER BOWL) | Exhibits G, H, I, J |
| | 3,138,589 (NFL Shield Logo) | Exhibits H, I, J |
| | 3,138,590 (SUPER BOWL) | Exhibits G, H, I, J |

| NFL/Member Club | Registration Number | Exhibit |
|---|---|---|
| Arizona Cardinals | 870,653 (Helmet Design) | Exhibits F, I |
| | 1,209,145 (CARDINALS) | Exhibits F, I |
| | 1,674,588 (Uniform Design) | Exhibit F |
| | 1,810,720 (Helmet Design) | Exhibits F, I |
| | 2,125,896 (ARIZONA CARDINALS) | Exhibits F, I |
| | 3,058,382 (Uniform Design) | Exhibit F |

2

| NFL/Member Club | Registration Number | Exhibit |
|---|---|---|
| Atlanta Falcons | 826,565 (ATLANTA FALCONS) | Exhibits F, I |
| | 1,164,961 (FALCONS) | Exhibits F, I |
| | 1,190,252 (Helmet Design) | Exhibits F, I |
| | 1,708,819 (Helmet Design) | Exhibits F, I |
| | 1,796,103 (Uniform Design) | Exhibit F |
| | 1,921,887 (ATLANTA FALCONS) | Exhibits F, I |
| | 1,925,375 (Helmet Design) | Exhibits F, I |
| | 2,953,278 (Logo) | Exhibits F, G |

3

| NFL/Member Club | Registration Number | Exhibit |
|---|---|---|
| Baltimore Ravens | 2,177,214 (BALTIMORE RAVENS) | Exhibits F, I |
|  | 2,497,192 (Logo) | Exhibits F, G, I |

4

| NFL/Member Club | Registration Number | Exhibit |
|---|---|---|
| Buffalo Bills | 953,350 (BUFFALO BILLS) | Exhibits F, I |
| | 1,079,082 (BILLS) | Exhibits F, I |
| | 1,224,587 (Uniform Design) | Exhibit F |
| | 1,842,999 (BUFFALO BILLS) | Exhibits F, I |
| | 1,888,392 (Helmet Design) | Exhibit I |
| | 2,571,410 (Logo) | Exhibit F |
| | 2,793,903 (Uniform Design) | Exhibit F |

| NFL/Member Club | Registration Number | Exhibit |
|---|---|---|
| Carolina Panthers | 2,010,429 (Logo) | Exhibits F, G, I |
| | 2,120,117 (CAROLINA PANTHERS) | Exhibits F, I |
| | 2,130,948 (Uniform Design) | Exhibit F |

| NFL/Member Club | Registration Number | Exhibit |
|---|---|---|
| Chicago Bears | 952,439 (Logo) | Exhibits A, F, G |
| | 952,441 (BEARS) | Exhibits F, I |
| | 960,131 (CHICAGO BEARS) | Exhibits F, I |
| | 1,072,395 (Helmet Design) | Exhibits A/L, F, I |
| | 1,217,892 (Uniform Design) | Exhibits A/L, F |
| | 1,598,956 (Uniform Design) | Exhibits A/L, F |
| | 1,747,093 (Helmet Design) | Exhibits A/L, F, I |
| | 1,803,222 (CHICAGO BEARS) | Exhibits F, I |

7

| NFL/Member Club | Registration Number | Exhibit |
|---|---|---|
| Cincinnati Bengals | 940,763 (BENGALS) | Exhibits F, I |
| | 1,071,979 (CINCINNATI BENGALS) | Exhibits F, I |
| | 1,207,680 (Helmet Design) | Exhibits F, I |
| | 1,225,466 (Uniform Design) | Exhibit J |
| | 1,231,427 (Uniform Design) | Exhibit F |
| | 1,861,765 (CINCINNATI BENGALS) | Exhibits F, I |
| | 1,969,197 (Helmet Design) | Exhibits F, I |
| | 3,130,659 (Logo) | Exhibits F, J |
| | 3,130,660 (Logo) | Exhibits F, J |
| | 3,130,661 (Logo) | Exhibits F, J |
| | 3,130,662 (Logo) | Exhibits F, J |

| NFL/Member Club | Registration Number | Exhibit |
|---|---|---|
| Cleveland Browns | 1,217,893 (Uniform Design) | Exhibit F |
| | 1,224,596 (Uniform Design) | Exhibit J |
| | 1,226,244 (BROWNS) | Exhibits F, I |
| | 1,262,689 (Helmet Design) | Exhibits F, I |
| | 1,863,677 (CLEVELAND BROWNS) | Exhibits F, I |
| | 2,012,986 (Helmet Design) | Exhibits F, I |

9

| NFL/Member Club | Registration Number | Exhibit |
| --- | --- | --- |
| Dallas Cowboys | 841,044 (DALLAS COWBOYS) | Exhibits F, I |
| | 893,942 (Helmet Design) | Exhibits F, I |
| | 897,133 (COWBOYS) | Exhibits F, I |
| | 1,246,625 (Uniform Design) | Exhibit F |
| | 1,398,001 (Helmet Design) | Exhibits F, I |
| | 1,930,385 (DALLAS COWBOYS) | Exhibits F, I |
| | 2,358,931 (Helmet Design) | Exhibits F, I |
| | 2,984,690 (Logo) | Exhibits F, G |
| | 2,996,639 (Logo) | Exhibits F, G |
| | 3,094,659 (Logo) | Exhibits F, G |
| | 3,097,072 (Logo) | Exhibits F, G |

10

| NFL/Member Club | Registration Number | Exhibit |
|---|---|---|
| Denver Broncos | 921,748 (DENVER BRONCOS) | Exhibits F, I |
| | 921,750 (BRONCOS) | Exhibits F, I |
| | 1,807,452 (DENVER BRONCOS) | Exhibits F, I |
| | 2,175,702 (Logo) | Exhibits F, G, I |
| | 2,177,555 (Logo) | Exhibits F, G, I |
| | 2,177,558 (Logo) | Exhibits F, G, I |
| | 2,177,559 (Logo) | Exhibits F, G, I |
| | 2,369,832 (Uniform Design) | Exhibit F |
| | 2,454,969 (BRONCOS) | Exhibits F, I |
| | 2,600,031 (BRONCOS) | Exhibits F, I |

11

| NFL/Member Club | Registration Number | Exhibit |
|---|---|---|
| Detroit Lions | 943,810 (DETROIT LIONS) | Exhibits F, I |
| | 972,622 (Helmet Design) | Exhibit I |
| | 1,224,582 (Uniform Design) | Exhibit F |
| | 1,850,662 (Helmet Design) | Exhibit I |
| | 1,899,292 (LIONS) | Exhibits F, I |
| | 2,692,088 (DETROIT LIONS) | Exhibits F, I |

12

| NFL/Member Club | Registration Number | Exhibit |
|---|---|---|
| Green Bay Packers | 1,100,375 (PACKERS) | Exhibits F, I |
| | 1,107,558 (Helmet Design) | Exhibits A/L, F, I |
| | 1,109,722 (GREEN BAY PACKERS) | Exhibits F, I |
| | 1,224,594 (Uniform Design) | Exhibits A/L |
| | 1,224,595 (Uniform Design) | Exhibit F |
| | 1,810,704 (GREEN BAY PACKERS) | Exhibits F, I |
| | 1,850,663 (Helmet Design) | Exhibits A/L, F, I |

13

| NFL/Member Club | Registration Number | Exhibit |
|---|---|---|
| Houston Texans | 2,811,006 (Logo) | Exhibits F, I |
| | 2,811,007 (Logo) | Exhibits F, I |
| | 2,811,008 (Logo) | Exhibits F, I |

14

| NFL/Member Club | Registration Number | Exhibit |
|---|---|---|
| Indianapolis Colts | 934,700 (Logo) | Exhibits F, G |
| | 943,027 (COLTS) | Exhibits F, I |
| | 943,028 (Helmet Design) | Exhibits F, I |
| | 979,851 (COLTS) | Exhibits F, I |
| | 1,217,896 (Uniform Design) | Exhibit F |
| | 1,809,131 (INDIANAPOLIS COLTS) | Exhibits F, I |
| | 1,810,715 (Helmet Design) | Exhibits F, I |
| | 1,920,290 (INDIANAPOLIS COLTS) | Exhibits F, I |

15

| NFL/Member Club | Registration Number | Exhibit |
|---|---|---|
| Jacksonville Jaguars | 2,019,500 (JACKSONVILLE JAGUARS) | Exhibits F, I |
| | 2,103,809 (Uniform Design) | Exhibit F |
| | 2,167,854 (Logo) | Exhibits F, G |
| | 2,169,821 (Helmet Design) | Exhibit I |
| | 2,274,675 (JACKSONVILLE JAGUARS) | Exhibits F, I |

| NFL/Member Club | Registration Number | Exhibit |
|---|---|---|
| Kansas City Chiefs | 1,085,091 (CHIEFS) | Exhibits F, I |
| | 1,224,590 (Uniform Design) | Exhibit F |
| | 1,807,453 (KANSAS CITY CHIEFS) | Exhibits F, I |
| | 1,849,868 (Helmet Design) | Exhibits F, I |
| | 3,019,465 (Logo) | Exhibits F, G |
| | 3,023,228 (KANSAS CITY CHIEFS) | Exhibits F, I |

17

| NFL/Member Club | Registration Number | Exhibit |
|---|---|---|
| Miami Dolphins | 991,671 (MIAMI DOLPHINS) | Exhibits F, I |
| | 991,673 (Helmet Design) | Exhibits F, I |
| | 1,032,558 (Logo) | Exhibits F, G |
| | 1,224,591 (Uniform Design) | Exhibit F |
| | 1,857,632 (MIAMI DOLPHINS) | Exhibits F, I |
| | 1,864,650 (Helmet Design) | Exhibits F, I |
| | 2,915,713 (MIAMI DOLPHINS) | Exhibits F, I |
| | 3,019,020 (Logo) | Exhibits F, G |

| NFL/Member Club | Registration Number | Exhibit |
|---|---|---|
| Minnesota Vikings | 997,179 (Logo) | Exhibits F, G |
| | 997,180 (VIKINGS) | Exhibits F, I, J |
| | 997,181 (Helmet Design) | Exhibits F, I |
| | 997,182 (MINNESOTA VIKINGS) | Exhibits F, I |
| | 1,230,476 (Uniform Design) | Exhibits F, J |
| | 1,850,664 (Helmet Design) | Exhibits F, I |
| | 1,878,590 (MINNESOTA VIKINGS) | Exhibits F, I |
| | 2,876,746 (Logo) | Exhibits F, G |
| | 2,959,064 (MINNESOTA VIKINGS) | Exhibits F, I |

| NFL/Member Club | Registration Number | Exhibit |
|---|---|---|
| New England Patriots | 948,574 (PATRIOTS) | Exhibits F, I, J |
| | 949,536 (PATRIOTS) | Exhibits F, I, J |
| | 995,095 (NEW ENGLAND PATRIOTS) | Exhibits F, I |
| | 1,230,456 (Uniform Design) | Exhibit K |
| | 1,884,852 (NEW ENGLAND PATRIOTS) | Exhibits F, I |
| | 2,029,693 (Helmet Design) | Exhibits A, F, I |
| | 2,043,973 (Uniform Design) | Exhibit I |
| | 2,043,974 (Uniform Design) | Exhibits A/L, F, J |
| | 2,755,546 (Logo) | Exhibits F, G, J |
| | 2,766,441 (NEW ENGLAND PATRIOTS) | Exhibits F, I |

| NFL/Member Club | Registration Number | Exhibit |
|---|---|---|
| New Orleans Saints | 844,767 (NEW ORLEANS SAINTS) | Exhibits F, I |
| | 992,210 (Logo) | Exhibits F, G |
| | 992,211 (Helmet Design) | Exhibits F, I |
| | 1,534,701 (Uniform Design) | Exhibit F |
| | 1,854,605 (Helmet Design) | Exhibits F, I |
| | 1,887,084 (NEW ORLEANS SAINTS) | Exhibits F, I |
| | 3,135,839 (Logo) | Exhibits F, G |

21

| NFL/Member Club | Registration Number | Exhibit |
|---|---|---|
| New York Giants | 1,174,596 (GIANTS) | Exhibits F, H, I |
| | 1,174,597 (NEW YORK GIANTS) | Exhibits F, I |
| | 1,217,891 (Uniform Design) | Exhibit J |
| | 1,228,988 (Uniform Design) | Exhibits A, F |
| | 1,843,003 (NEW YORK GIANTS) | Exhibits F, I |
| | 1,927,075 (NEW YORK GIANTS) | Exhibits F, I |
| | 2,774,776 (Logo) | Exhibits F, G, I |
| | 2,790,408 (Logo) | Exhibits F, G, I |
| | 2,790,409 (Logo) | Exhibits F, G, I |
| | 2,804,140 (Logo) | Exhibits F, G, I |
| | 3,005,335 (Logo) | Exhibits F, G, I |

22

| NFL/Member Club | Registration Number | Exhibit |
|---|---|---|
| New York Jets | 827,037 (JETS) | Exhibits F, H, I |
| | 830,380 (NEW YORK JETS) | Exhibits F, I |
| | 1,230,455 (Uniform Design) | Exhibit F |
| | 1,243,885 (Uniform Design) | Exhibit J |
| | 1,815,849 (NEW YORK JETS) | Exhibits F, I |
| | 2,315,786 (Logo) | Exhibits F, G, I, J |

23

| NFL/Member Club | Registration Number | Exhibit |
|---|---|---|
| Oakland Raiders | 731,309 (RAIDERS) | Exhibits F, I |
| | 974,730 (Helmet Design) | Exhibits F, I |
| | 975,685 (Logo) | Exhibits F, G |
| | 1,228,996 (Uniform Design) | Exhibit F |
| | 1,771,383 (Logo) | Exhibits F, G |
| | 1,919,846 (OAKLAND RAIDERS) | Exhibits F, I |

24

| NFL/Member Club | Registration Number | Exhibit |
|---|---|---|
| Philadelphia Eagles | 1,041,475 (PHILADELPHIA EAGLES) | Exhibits F, I |
| | 1,086,152 (EAGLES) | Exhibits F, I, J |
| | 1,807,444 (PHILADELPHIA EAGLES) | Exhibits F, I |
| | 1,889,819 (Helmet Design) | Exhibits A, F, I |
| | 2,114,816 (Logo) | Exhibits F, G |
| | 2,461,199 (Uniform Design) | Exhibits F, J |

25

| NFL/Member Club | Registration Number | Exhibit |
| --- | --- | --- |
| Pittsburgh Steelers | 870,257 (PITTSBURGH STEELERS) | Exhibits F, I |
| | 881,474 (Logo) | Exhibits F, G |
| | 1,109,723 (STEELERS) | Exhibits F, I |
| | 1,223,083 (Uniform Design) | Exhibits A, F |
| | 1,812,089 (PITTSBURGH STEELERS) | Exhibits F, I |
| | 1,889,820 (Helmet Design) | Exhibits A, I |
| | 3,023,804 (STEELERS) | Exhibits F, I |
| | 3,050,049 (PITTSBURGH STEELERS) | Exhibits F, I |
| | 3,050,051 (Logo) | Exhibits F, G |
| | 3,050,054 (Logo) | Exhibits F, G |

26

| NFL/Member Club | Registration Number | Exhibit |
|---|---|---|
| San Diego Chargers | 1,101,759 (Helmet Design) | Exhibits F, I |
| | 1,217,890 (Uniform Design) | Exhibit F |
| | 1,807,451 (SAN DIEGO CHARGERS) | Exhibits F, I |
| | 1,810,711 (Helmet Design) | Exhibits F, I |
| | 2,914,141 (CHARGERS) | Exhibits F, I |
| | 2,914,142 (SAN DIEGO CHARGERS) | Exhibits F, I |
| | 2,956,462 (Logo) | Exhibits F, G |

| NFL/Member Club | Registration Number | Exhibit |
|---|---|---|
| San Francisco 49ers | 1,079,541 (Helmet Design) | Exhibits F, I |
| | 1,238,823 (Uniform Design) | Exhibit F |
| | 1,809,130 (Helmet Design) | Exhibits F, I |
| | 1,810,714 (SAN FRANCISCO 49ERS) | Exhibit F, I |
| | 2,189,722 (Uniform Design) | Exhibit F |

| NFL/Member Club | Registration Number | Exhibit |
|---|---|---|
| Seattle Seahawks | 1,064,675 (SEAHAWKS) | Exhibits F, I |
| | 1,065,459 (Helmet Design) | Exhibits A, F, I |
| | 1,065,460 (SEATTLE SEAHAWKS) | Exhibits F, I |
| | 1,817,892 (Helmet Design) | Exhibits A, F, I |
| | 2,719,989 (Logo) | Exhibits F, G |
| | 2,719,990 (Logo) | Exhibits F, G |
| | 2,778,386 (Logo) | Exhibits F, G |
| | 2,778,387 (Logo) | Exhibits F, G |
| | 2,939,172 (Logo) | Exhibits F, G |
| | 2,999,626 (SEATTLE SEAHAWKS) | Exhibits F, I |

29

| NFL/Member Club | Registration Number | Exhibit |
|---|---|---|
| St. Louis Rams | 969,844 (Helmet Design) | Exhibits F, I |
| | 971,048 (RAMS) | Exhibit F |
| | 1,861,767 (Helmet Design) | Exhibits F, I |
| | 2,443,393 (Logo) | Exhibits F, G |
| | 2,541,067 (Logo) | Exhibits F, G |
| | 2,565,679 (Logo) | Exhibits F, G |
| | 2,808,932 (Logo) | Exhibits F, G |
| | 2,824,202 (ST. LOUIS RAMS) | Exhibits F, I |
| | 2,893,650 (ST. LOUIS RAMS) | Exhibits F, I |
| | 3,010,425 (Helmet Design) | Exhibits F, I |
| | 3,052,567 (ST. LOUIS RAMS) | Exhibits F, I |
| | 3,052,568 (Logo) | Exhibits F, G |

| NFL/Member Club | Registration Number | Exhibit |
|---|---|---|
| Tampa Bay Buccaneers | 1,085,102 (TAMPA BAY BUCCANEERS) | Exhibits F, I |
| | 1,085,103 (BUCCANEERS) | Exhibits F, I |
| | 1,809,129 (TAMPA BAY BUCCANEERS) | Exhibits F, I |
| | 2,202,167 (Logo) | Exhibit F |
| | 2,202,176 (Helmet Design) | Exhibits F, I |
| | 2,202,177 (Helmet Design) | Exhibits F, I |
| | 2,203,280 (Logo) | Exhibit F |
| | 2,203,282 (Logo) | Exhibit F |
| | 2,203,286 (Helmet Design) | Exhibits F, I |
| | 2,204,474 (Logo) | Exhibit F |
| | 2,290,940 (Uniform Design) | Exhibit F |
| | 2,357,954 (Helmet Design) | Exhibits F, I |

| NFL/Member Club | Registration Number | Exhibit |
|---|---|---|
| Tennessee Titans | 2,390,403 (Logo) | Exhibits A, F, I |
| | 2,392,185 (Logo) | Exhibits A, F, I |
| | 2,392,186 (Logo) | Exhibits A, F, I |
| | 2,431,099 (Uniform Design) | Exhibits A, F |
| | 2,439,028 (TENNESSEE TITANS) | Exhibits F, I |
| | 2,439,029 (TENNESSEE TITANS) | Exhibits F, I |
| | 2,472,018 (Logo) | Exhibits A, F, I |
| | 2,493,049 (TENNESSEE TITANS) | Exhibits F, I |
| | 2,643,212 (TENNESSEE TITANS) | Exhibits F, I |

32

| NFL/Member Club | Registration Number | Exhibit |
|---|---|---|
| Washington Redskins | 978,824 (WASHINGTON REDSKINS) | Exhibits F, I |
| | 1,085,092 (REDSKINS) | Exhibits F, I |
| | 1,086,644 (Logo) | Exhibits F, G |
| | 1,228,991 (Uniform Design) | Exhibit F |
| | 1,861,766 (Helmet Design) | Exhibits F, I |
| | 2,902,746 (Logo) | Exhibits F, G |

33