**EXHIBIT C**
**(Part 1 of 4)**

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**

Renewal

Reg. No. 870,653
Registered June 3, 1969
OG Date July 4, 1989

## SERVICE MARK
## PRINCIPAL REGISTER



B & B HOLDINGS, INC. (ARIZONA COR-
PORATION)
51 WEST THIRD ST., SUITE 500
TEMPE, AZ 85281, DBA PHOENIX CAR-
DINALS. . ASSIGNEE OF CHICAGO
CARDINALS FOOTBALL CLUB (ILLI-
NOIS CORPORATION), DBA ST.
LOUIS FOOTBALL CARDINALS, ST.
LOUIS, MO

THE FOOTBALL HELMET IS DIS-
CLAIMED APART FROM THE MARK
AS A WHOLE

THE DRAWING IS LINED FOR THE
COLORS RED AND YELLOW.

FOR: ENTERTAINMENT SERVICES—
NAMELY, FOOTBALL EXHIBITIONS
RENDERED LIVE IN STADIA AND
THROUGH THE MEDIA OF RADIO
AND TELEVISION BROADCASTS, IN
CLASS 107 (INT. CL. 41).

FIRST USE 0-0-1960; IN COMMERCE
0-0-1960.

SER. NO. 302,554, FILED 7-12-1968.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on July 4, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 41

Prior U.S. Cl.: 107

## United States Patent and Trademark Office

Reg. No. 1,209,145
Registered Sep. 14, 1982

## SERVICE MARK
### Principal Register

# CARDINALS

St. Louis Football Cardinals, Inc. (Missouri corporation)
200 Stadium Plz.
St. Louis, Mo. 63102

For: ENTERTAINMENT SERVICES RENDERED IN THE FORM OF PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, in CLASS 41 (U.S. Cl. 107).

First use Mar. 13, 1960; in commerce Mar. 13, 1960.

Ser. No. 333,251, filed Oct. 19, 1981.

R. M. FEELEY, Primary Examiner

PETER T. GELISSEN, Examiner

Int. Cl.: 41

Prior U.S. Cl.: 107

Reg. No. 1,674,588

**United States Patent and Trademark Office**   Registered Feb. 4, 1992

## SERVICE MARK
## PRINCIPAL REGISTER



B & B HOLDINGS, INC. (ARIZONA CORPORA-
TION), DBA PHOENIX CARDINALS
51 WEST THIRD STREET, SUITE 500
TEMPE, AZ 85281

FOR: ENTERTAINMENT SERVICES IN THE
FORM OF PROFESSIONAL FOOTBALL
GAMES AND EXHIBITIONS, IN CLASS 41 (U.S.
CL. 107).

FIRST USE 8-0-1989; IN COMMERCE
8-0-1989.

OWNER OF U.S. REG. NOS. 1,224,593 AND
1,228,995.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "7", APART FROM THE MARK
AS SHOWN.

THE DRAWING IS LINED FOR THE
COLORS RED AND BLUE.

THE DRAWING IS A TWO-DIMENSIONAL
REPRESENTATION OF THE MARK, WHICH
CONSISTS OF THE DESIGN ELEMENTS AND
COLOR COMBINATIONS APPEARING ON A
THREE-DIMENSIONAL FOOTBALL UNIFORM
WORN BY PLAYERS IN GAMES AND EXHIBI-
TIONS.

SER. NO. 74-121,636, FILED 12-7-1990.

JESSIE B. WARMAN, EXAMINING ATTORNEY

Int. Cls.: **16 and 25**

Prior U.S. Cls.: **2, 37, 38 and 39**

Reg. No. **1,810,720**

## United States Patent and Trademark Office

Registered Dec. 14, 1993

### TRADEMARK
### PRINCIPAL REGISTER



B&B HOLDINGS, INC. (ARIZONA CORPORA-
TION), DBA PHOENIX CARDINALS
51 WEST THIRD STREET, SUITE 500
TEMPE, AZ 85281

FOR: TRADING CARDS, POSTERS, FOOT-
BALL MAGAZINES, POSTCARDS, CALEN-
DARS, WRAPPING PAPER, PAPER GIFT
BOXES, PAPER STICKERS, PAPER NAPKINS,
PAPER TOWELS, SERIES OF BOOKS ABOUT
FOOTBALL, POSTERBOOKS, NOTEPADS,
PAPER HATS AND GREETING CARDS, IN
CLASS 16 (U.S. CLS. 2, 37 AND 38).
FIRST USE 9-0-1963; IN COMMERCE
9-0-1963.
FOR: MEN'S, WOMEN'S AND CHILDREN'S
CLOTHING AND FOOTWEAR; NAMELY,
COACHES CAPS, WOOL HATS, PAINTERS
CAPS, BASEBALL CAPS, VISORS, HEAD-

BANDS, EAR MUFFS, KNIT FACE MASKS,
BELTS, WRISTBANDS, T-SHIRTS, TANK TOPS,
PAJAMAS, GOLF SHIRTS, SWEATERS,
SWEATSHIRTS, JACKETS, NECKTIES,
BRACES, BIBS, JERSEYS, NIGHT SHIRTS,
COATS, ROBES, RAINCOATS, PARKAS, PON-
CHOS, SNEAKERS, GLOVES, SCARVES, SNOW
SUITS, MITTENS, APRONS, DOWN JACKETS,
LEATHER JACKETS, SHORTS, SWEATPANTS,
JEANS, PANTS, KNICKERS, SOCKS, UNDER-
WEAR, BATHING SUITS AND LEG WARM-
ERS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 9-0-1963; IN COMMERCE
9-0-1963.
OWNER OF U.S. REG. NO. 870,653.

SER. NO. 74-314,640, FILED 9-17-1992.

CHERYL BUTLER, EXAMINING ATTORNEY

Int. Cls.: 16, 25, 28, and 41

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 39, 50, 100, 101, and 107

## United States Patent and Trademark Office

Reg. No. 2,125,896
Registered Dec. 30, 1997

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER

## ARIZONA CARDINALS

B&B HOLDINGS. INC. (ARIZONA CORPORATION)
8701 SOUTH HARDY DRIVE
P.O. BOX 888
TEMPE, AZ 85284280

FOR: POSTERS, CALENDARS, TRADING CARDS, BOOKS RELATING TO FOOTBALL, MAGAZINES RELATING TO FOOTBALL, NOTEPADS, STICKERS, AND BUMPER STICKERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 3-17-1994; IN COMMERCE 6-0-1994.

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY, FLEECE TOPS AND BOTTOMS, CAPS, T-SHIRTS, SWEATSHIRTS, SHORTS, TANK TOPS, SWEATERS, PANTS, JACKETS, TURTLENECKS, JUMPSUITS, JERSEYS, WARM UP SUITS, SWIMWEAR, WIND RESISTANT JACKETS, PARKAS, SLEEPWEAR, NAMELY, ROBES AND PAJAMAS, GLOVES, SCARVES, APRONS, BOOTS AND SNEAKERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-0-1994; IN COMMERCE 6-0-1994.

FOR: GOLF BAGS, BOWLING BALLS, GOLF BALLS, BOWLING BAGS, FOOTBALLS, GOLF CLUB COVERS, AND GOLF CLUBS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 6-0-1994; IN COMMERCE 6-0-1994.

FOR: ENTERTAINMENT SERVICES, NAMELY, PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 8-5-1994; IN COMMERCE 8-5-1994.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ARIZONA", APART FROM THE MARK AS SHOWN.

SN 74-500,880, FILED 3-16-1994.

JUDITH GRUNDY, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 3,058,382

Registered Feb. 14, 2006

## SERVICE MARK
### PRINCIPAL REGISTER



B & B HOLDINGS, INC. (ARIZONA CORPORA-
TION)
8701 SOUTH HARDY DRIVE
P.O. BOX 888
TEMPE, AZ 852842800

FOR: EDUCATION AND ENTERTAINMENT
SERVICES IN THE NATURE OF PROFESSIONAL
FOOTBALL GAMES AND EXHIBITIONS; PROVID-
ING SPORTS AND ENTERTAINMENT INFORMA-
TION VIA A GLOBAL COMPUTER NETWORK OR
A COMMERCIAL ON-LINE SERVICE, IN CLASS 41
(U.S. CLS. 100, 101 AND 107).

FIRST USE 9-0-1996; IN COMMERCE 9-0-1996.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "THE NUMERAL 9", APART FROM
THE MARK AS SHOWN.

THE DRAWING IS LINED FOR THE COLORS
RED AND BLACK.

THE MARK CONSISTS OF THE DESIGN ELE-
MENTS AND COLOR COMBINATIONS APPEAR-
ING ON A THREE-DIMENSIONAL FOOTBALL
UNIFORM WORN BY PLAYERS IN APPLICANT'S
GAMES AND EXHIBITIONS.

SEC. 2(F).

SER. NO. 76-436,399, FILED 7-31-2002.

SHARI SHEFFIELD, EXAMINING ATTORNEY

# United States Patent Office

826,565

Registered Mar. 28, 1967

## PRINCIPAL REGISTER
### Service Mark

COMB. AFF. SEC 8 & 15

Ser. No. 241,134, filed Mar. 16, 1966

## ATLANTA FALCONS

The Five Smiths, Inc. (Georgia corporation)   —
P.O. Box 6207, Station "H"
Atlanta, Ga.

For: FURNISHING ENTERTAINMENT SERVICES IN THE NATURE OF PROFESSIONAL FOOTBALL EXHIBITIONS, in CLASS 107.

First use no later than Oct. 28, 1965; in commerce no later than Oct. 28, 1965.

Applicant disclaims the word "Atlanta" apart from the mark as shown.

M. H. MARKS, *Examiner.*

Renewed for 20 years from   Mar. 28, 1987

COMB. AFF. SEC. 8 & 15

**Attest**

DEC 10 1992

**Attesting Officer**

CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION WHICH IS IN FULL FORCE AND EFFECT WITH NOTATION OF ALL STATUTORY ACTIONS TAKEN THEREON, AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE. SAID RECORDS SHOW TITLE TO BE IN: Registrant

Acting Commissioner of Patents and Trademarks

Int. Cl.: 41

Prior U.S. Cl.: 107

## United States Patent and Trademark Office

**Reg. No. 1,164,961**
Registered Aug. 11, 1981

### SERVICE MARK
### Principal Register

## FALCONS

The Five Smiths. Inc. (Georgia corporation)
521 Capitol Ave., SW.
Atlanta. Ga. 30312

For: ENTERTAINMENT SERVICES IN THE FORM OF PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, in CLASS 41 (U.S. Cl. 107).

First use Aug. 1, 1966; in commerce Aug. 1, 1966.
Owner of U.S. Reg. Nos. 826,565, 826,566 and 830,138.

Ser. No. 189,711, filed Apr. 6, 1979.

DAVID SOROKA, Primary Examiner

DAVID A. HERDMAN, Examiner

REGISTERED FOR A TERM OF 20 YEARS FROM Aug. 11, 1981

COMB. AFF. SEC. 8 & 15

CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION WHICH IS IN FULL FORCE AND EFFECT WITH NOTATION OF ALL STATUTORY ACTIONS TAKEN THEREON, AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE. SAID RECORDS SHOW TITLE TO BE IN: Registrant

**Attest**

DEC 1 0 1992

Attesting Officer

Acting Commissioner of Patents and Trademarks

Int. Cl.: 41

Prior U.S. Cl.: 107

## United States Patent and Trademark Office

**Reg. No. 1,190,252**
Registered Feb. 16, 1982

### SERVICE MARK
#### Principal Register





The Five Smiths, Inc. (Georgia corporation)
521 Capitol Ave., SW.
Atlanta, Ga. 30312

For: ENTERTAINMENT SERVICES IN THE
FORM OF PROFESSIONAL FOOTBALL
GAMES AND EXHIBITIONS, in CLASS 41 (U.S.
Cl. 107).

First use Aug. 1, 1966; in commerce Aug. 1, 1966.
Owner of U.S. Reg. No. 826,566.

No claim is made to exclusive use of the outline of
a football helmet design apart from the mark as
shown.

The drawing is lined for the color red.

Ser. No. 279,137, filed Sep. 24, 1980.

B. H. VERTIZ, Primary Examiner

BRUCE A. TASSAN, Examiner

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**

Reg. No. 1,708,819
Registered Aug. 18, 1992

### SERVICE MARK
### PRINCIPAL REGISTER



FIVE SMITHS, INC., THE (GEORGIA CORPO-
RATION)
SUWANEE ROAD AT I-85
SUWANEE, GA 30174

FOR: ENTERTAINMENT SERVICES IN THE
FORM OF PROFESSIONAL FOOTBALL
GAMES AND EXHIBITIONS, IN CLASS 41 (U.S.
CL. 107).
FIRST USE 9-0-1990; IN COMMERCE
9-0-1990.

OWNER OF U.S. REG. NO. 1,190,252.
NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE THE REPRESENTATION OF
THE OUTLINE OF A FOOTBALL HELMET
DESIGN, APART FROM THE MARK AS
SHOWN.

SER. NO. 74-203,150, FILED 9-13-1991.

JOAN LESLIE BISHOP, EXAMINING ATTOR-
NEY

Int. Cl.: 41

Prior U.S. Cl.: 107

Reg. No. 1,796,103

## United States Patent and Trademark Office   Registered Sep. 28, 1993

### SERVICE MARK
### PRINCIPAL REGISTER



FIVE SMITHS, INC., THE (GEORGIA CORPO-RATION)
SUWANEE ROAD AT I-85
SUWANEE, GA 30174

FOR: ENTERTAINMENT SERVICES IN THE FORM OF PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, IN CLASS 41 (U.S. CL. 107).

FIRST USE 8-0-1990; IN COMMERCE 8-0-1990.

OWNER OF U.S. REG. NOS. 826,566 AND 1,228,989.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "7" OR THE OUTLINE OF THE UNIFORM, APART FROM THE MARK AS SHOWN.

THE MARK IS LINED FOR THE COLORS RED AND SILVER.

THE DRAWING IS A TWO-DIMENSIONAL REPRESENTATION OF THE MARK, WHICH CONSISTS OF THE DESIGN ELEMENTS AND COLOR COMBINATION APPEARING ON A

Int. Cls.: **16 and 25**

Prior U.S. Cls.: **2, 5, 22, 23, 29, 37, 38 and 50**

**Reg. No. 1,921,887**

## United States Patent and Trademark Office   Registered Sep. 26, 1995

### TRADEMARK
#### PRINCIPAL REGISTER

### ATLANTA FALCONS   —

FIVE SMITHS, INC., THE (GEORGIA CORPO-
RATION)
SUWANEE ROAD AT I-85
SUWANEE, GA 30174

FOR: MAGAZINES AND BOOKS RELATING
TO PROFESSIONAL FOOTBALL, TRADING
CARDS, POSTERS, POSTCARDS, CALEN-
DARS, WRAPPING PAPER, PAPER GIFT
BOXES, PAPER STICKERS, PAPER NAPKINS,
PAPER TOWELS, POSTERBOOKS, NOTEPADS,
PAPER PLATES, PAPER CUPS, PAPER HATS,
AND GREETING CARDS, IN CLASS 16 (U.S.
CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
FIRST USE 8-0-1966; IN COMMERCE
8-0-1966.
FOR: MEN'S, WOMEN'S AND CHILDREN'S
CLOTHING AND FOOTWEAR; NAMELY,
COACHES CAPS, WOOL HATS, PAINTERS
CAPS, BASEBALL CAPS, VISORS, HEAD-
BANDS, EAR MUFFS, CLOTH BIBS AND KNIT
SKI MASKS, BELTS, WRISTBANDS, T-SHIRTS,
TANK TOPS, PAJAMAS, GOLF SHIRTS,

SWEATERS, SWEATSHIRTS, JACKETS, NECK-
TIES, SUSPENDERS, BIBS, JERSEYS, NIGHT
SHIRTS, COATS, ROBES, RAINCOATS,
PARKAS, PONCHOS, SNEAKERS, GLOVES,
SCARVES, SNOW SUITS, MITTENS, APRONS,
DOWN JACKETS, LEATHER JACKETS,
SHORTS, SWEATPANTS, JEANS, PANTS,
KNICKERS, SOCKS, UNDERWEAR, BATHING
SUITS AND LEG WARMERS, IN CLASS 25
(U.S. CL. 29).
FIRST USE 8-0-1966; IN COMMERCE
8-0-1966.
OWNER OF U.S. REG. NOS. 826,565, 830,138
AND OTHERS.
NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "ATLANTA", APART FROM
THE MARK AS SHOWN.
SEC. 2(F).

SER. NO. 74-275,102, FILED 5-13-1992.

CHERYL LYNN BLACK, EXAMINING ATTOR-
NEY

Int. Cls.: 16 and 25

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 39 and 50

## United States Patent and Trademark Office

Reg. No. 1,925,375
Registered Oct. 10, 1995

## TRADEMARK
## PRINCIPAL REGISTER



FIVE SMITHS, INC., THE (GEORGIA CORPO-
RATION)
SUWANEE ROAD AT I-85
SUWANEE, GA 30174

FOR: TRADING CARDS, POSTERS, MAGA-
ZINES AND BOOKS RELATING TO PROFES-
SIONAL FOOTBALL, POSTCARDS, CALEN-
DARS, WRAPPING PAPER, PAPER GIFT
BOXES, PAPER STICKERS, PAPER NAPKINS,
PAPER TOWELS, POSTERBOOKS, NOTEPADS,
PAPER HATS AND GREETING CARDS, IN
CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND
50).

FIRST USE 8-0-1966; IN COMMERCE
8-0-1966.

FOR: MEN'S, WOMEN'S AND CHILDREN'S
CLOTHING AND FOOTWEAR; NAMELY,
COACHES CAPS, WOOL HATS, PAINTERS
CAPS, BASEBALL CAPS, VISORS, HEAD-
BANDS, EAR MUFFS, KNIT SKI MASKS,
BELTS, WRISTBANDS, T-SHIRTS, TANK TOPS,
PAJAMAS, GOLF SHIRTS, SWEATERS,
SWEATSHIRTS, JACKETS, NECKTIES, SUS-

PENDERS, CLOTH BIBS, JERSEYS, NIGHT
SHIRTS, COATS, ROBES, RAINCOATS,
PARKAS, PONCHOS, SNEAKERS, GLOVES,
SCARVES, SNOW SUITS, MITTENS, APRONS,
DOWN JACKETS, LEATHER JACKETS,
SHORTS, SWEATPANTS, JEANS, PANTS,
KNICKERS, SOCKS, UNDERWEAR, BATHING
SUITS AND LEG WARMERS, IN CLASS 25
(U.S. CL. 39).

FIRST USE 8-0-1966; IN COMMERCE
8-0-1966.

OWNER OF U.S. REG. NOS. 826,566, 1,190,252,
AND 1,207,570.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE THE PICTORIAL REPRESEN-
TATION OF A FOOTBALL HELMET, APART
FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 74-275,111, FILED 5-13-1992.

CHERYL LYNN BLACK, EXAMINING ATTOR-
NEY

Int. Cls.: 9, 16, 25, 28, and 41

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 39, 50, 100, 101, and 107

**Reg. No. 2,953,278**

# United States Patent and Trademark Office

Registered May 17, 2005

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



ATLANTA FALCONS FOOTBALL CLUB, LLC (GEORGIA LIMITED LIABILITY JOINT STOCK COMPANY)
4400 FALCON PARKWAY
FLOWERY BRANCH, GA 30542

FOR: FOOTBALL HELMETS, TELEPHONES, CELL PHONE COVERS NOT MADE OF PAPER, CELL PHONE STRAPS, MAGNETICALLY ENCODED PREPAID TELEPHONE CALLING CARDS, MAGNETICALLY ENCODED CHARGE CARDS, DECORATIVE MAGNETS, PRERECORDED COMPACT DISCS, AUDIO TAPES, VIDEOTAPES AND DVD'S FEATURING THE SPORT OF FOOTBALL, COMPUTER GAME SOFTWARE AND DISKS AND VIDEO GAME CARTRIDGES, COMPUTER MOUSE PADS, CAMERA CASES, SUNGLASSES, EYEGLASS CASES, EYEGLASS CHAINS, BINOCULARS, LIGHT SWITCH PLATES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-30-2003; IN COMMERCE 4-30-2003.

FOR: POSTERS, CALENDARS, TRADING CARDS, SERIES OF BOOKS RELATING TO FOOTBALL, MAGAZINES RELATING TO FOOTBALL, NEWSLETTERS RELATING TO FOOTBALL, NOTEPADS, STICKERS, BUMPER STICKERS, CREDIT CARDS WITHOUT MAGNETIC CODING, PAPER PENNANTS AND GREETING CARDS; PRINTED TICKETS TO SPORTS GAMES AND EVENTS; NON-MAGNETICALLY CODED PREPAID PHONE CARDS, PENS AND PENCILS, PENCIL CASES, RUB ON DECORATIVE TRANSFERS, NOTE PAPER, PICTORIAL PRINTS, PICTURE POSTCARDS, ART PICTURES, STATIONERY , ENVELOPES, STATIONERY-TYPE PORTFOLIOS, PHOTO ALBUMS, SCRAPBOOK ALBUMS, RING BINDERS, CHECKBOOK COVERS, TISSUE PAPER, WRAPPING PAPER, PAPER TABLE CLOTHS, PAPER NAPKINS, PAPER PARTY HATS, PAPER PARTY INVITATIONS, PAPER GIFT CARDS; PAPER GIFT BAGS, PAPER GIFT BOXES, PAPER DECORATIONS, COLLECTIBLE SPORTS CARDS; COLLECTIBLE CARD AND MEMORABILIA HOLDERS, SOUVENIR PROGRAMS FOR SPORTS EVENTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-15-2003; IN COMMERCE 4-15-2003.

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY, FLEECE TOPS AND BOTTOMS, CAPS, HEADWEAR, T-SHIRTS, SWEATSHIRTS, SHORTS, TANK TOPS, JEANS, SWEATERS, PANTS, JACKETS, TURTLENECKS, JUMPSUITS, GOLF SHIRTS, WOVEN SHIRTS, KNIT SHIRTS, JERSEYS, WRISTBANDS, WARM UP SUITS, SWIMWEAR, WIND RESISTANT JACKETS, RAINCOATS, PARKAS, PONCHOS, GLOVES, TIES, SUSPENDERS, CLOTH BABY BIBS, SLEEPWEAR,

NAMELY, ROBES, NIGHT SHIRTS, AND PAJAMAS, MITTENS, KNIT HATS AND CAPS, SCARVES, APRONS, HEADBANDS, EAR MUFFS, UNDER-WEAR, SNEAKERS AND SLIPPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-19-2003; IN COMMERCE 3-30-2003.

FOR: TOYS AND SPORTING GOODS, NAMELY, PLUSH TOYS, STUFFED TOY ANIMALS, PLAY FIGURES, GOLF BALLS, GOLF BAGS, GOLF CLUBS, GOLF CLUB COVERS, , FOOTBALLS, TOY BANKS, BOARD GAMES RELATING TO FOOT-BALL, CHRISTMAS TREE ORNAMENTS, BAL-LOONS, JIGSAW PUZZLES, TOY AND DECORATIVE WINDSOCKS, KITES, TOY TRUCKS, BILLIARD BALLS, DART BOARDS, TOY REPLICA MINIATURE FOOTBALL HELMETS, AND PLAY-ING CARDS , IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 4-1-2003; IN COMMERCE 4-15-2003.

FOR: EDUCATIONAL AND ENTERTAINMENT SERVICES IN THE NATURE OF ORGANIZING PROFESSIONAL FOOTBALL GAMES AND EXHIBI-TIONS; PROVIDING SPORTS AND COMMUNITY EVENT INFORMATION VIA A GLOBAL COMPU-TER NETWORK; ORGANIZATION OF COMMU-NITY SPOTS EVENTS; FAN CLUB SERVICES; EDUCATIONAL SERVICES, NAMELY, CONDUCT-ING PHYSICAL EDUCATION PROGRAMS AND SEMINARS IN THE FIELD OF FOOTBALL; PRO-DUCTION OF RADIO AND TELEVISION PRO-GRAMS; ENTERTAINMENT IN THE NATURE OF FOOTBALL GAMES AND EXHIBITIONS IN THE NATURE OF FOOTBALL AND GOLF; COMPETI-TIONS IN THE FIELD OF SPORTS; ENTERTAIN-MENT IN THE NATURE OF LIVE MUSICAL, COMEDY AND DANCE PERFORMANCES; ENTER-TAINMENT, NAMELY, A CONTINUING SPORTS SHOW BROADCAST VIA TELEVISION, CABLE TELEVISION, SATELLITE TELEVISION AND RADIO BROADCAST; PRODUCTION AND DISTRI-BUTION OF TELEVISION PROGRAMS AND MO-TION PICTURE FILMS REGARDING THE SPORT OF FOOTBALL VIA A GLOBAL COMMUNICATION NETWORK , IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 3-19-2003; IN COMMERCE 3-19-2003.

SN 78-216,956, FILED 2-20-2003.

JOHN GARTNER, EXAMINING ATTORNEY

Int. Cls.: **16, 25, 28, and 41**

Prior U.S. Cls.: **2, 5, 22, 23, 29, 37, 38, 39, 50, 100, 101, and 107**

Reg. No. 2,177,214

## United States Patent and Trademark Office

Registered July 28, 1998

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER

## BALTIMORE RAVENS

BALITMORE RAVENS, INC. (DELAWARE CORPORATION)
200 ST. PAUL PLACE
SUITE 2400
BALTIMORE, MD 21202 BY CHANGE OF NAME FROM CLEVELAND BROWNS, INC. (DELAWARE CORPORATION) BEREA, OH 44017 CLEVELAND BROWNS, INC. (DELAWARE CORPORATION)

80 FIRST AVENUE
P.O. BOX 679
BEREA, OH 44017

BY CHANGE OF NAME FROM CLEVELAND BROWNS, INC. (DELAWARE CORPORATION) BEREA, OH 44017 CLEVELAND BROWNS, INC. (DELAWARE CORPORATION) BEREA, OH 44017

FOR: POSTERS, CALENDARS, TRADING CARDS, BOOKS RELATING TO FOOTBALL, MAGAZINES RELATING TO FOOTBALL, NOTEPADS, STICKERS, AND BUMPER STICKERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-0-1996; IN COMMERCE 4-0-1996.

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING USED IN THE PROMOTION OF A PROFESSIONAL FOOTBALL TEAM BY THE NAME OF THE BALTIMORE RAVENS, NAMELY, FLEECE TOPS AND BOTTOMS, CAPS, T-SHIRTS, SWEATSHIRTS, SHORTS, TANK TOPS, SWEATERS, PANTS, JACKETS, TURTLENECKS, JUMPSUITS, JERSEYS, WARM UP SUITS, SOTHING USED IN THE PROMOTION OF A PROFESSIONAL FOOTBALL TEA ROBES AND PAJAMAS; GLOVES, SCARVES, APRONS, BOOTS AND SNEAKERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-0-1996; IN COMMERCE 4-0-1996.

FOR: ATHLETIC BAGS SOLD EMPTY, GOLF BAGS, BOWWIMWEAR, WIND RESISTANT JACKETS, PARKAS; SLEEPWEAR, NAMELY, ROBES AND PAJAMAS; GLOVES, SCARVES, APRONS, BOOTS AND SNEAKERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-0-1996; IN COMMERCE 4-0-1996.

FOR: ATHLETIC BAGS SOLD EMPTY, GOLF BAGS, BOWLING BALLS, GOLF BALLS, BOWLING BAGS, FOOTBALLS, GOLF CLUB COVERS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 4-0-1996; IN COMMERCE 4-0-1996.

FOR: ENTERTAINMENT SERVICES, NAMELY, PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9-1-1996; IN COMMERCE 9-1-1996.

2               2,177,214

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BALTIMORE", APART FROM
THE MARK AS SHOWN.

SN 75-075,597, FILED 3-20-1996.

ANGELA M. MICHELI, EXAMINING ATTOR-
NEY

Int. Cls.: 16, 25, 28, and 41

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 39, 50, 100, 101, and 107

## United States Patent and Trademark Office

Reg. No. 2,497,192
Registered Oct. 9, 2001

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

—



BALTIMORE RAVENS, INC. (DELAWARE CORPORATION)
1101 OWINGS MILLS BOULEVARD
OWINGS MILLS, MD 21117

FOR: POSTERS, CALENDARS, TRADING CARDS, BOOKS RELATING TO FOOTBALL, MAGAZINES RELATING TO FOOTBALL, STICKERS, BUMPER STICKERS, PENS AND PENCILS, CREDIT CARDS, NOTE PADS, PAPER PENNANTS AND GREETING CARDS; PRINTED TICKETS TO SPORTS GAMES AND EVENTS, NON-MAGNETICALLY CODED PREPAID PHONE CARDS, PENCIL CASES, RUB ON DECORATIVE TRANSFERS, NOTE PAPER, PICTORIAL PRINTS, PICTURE POSTCARDS, ART PICTURES, STATIONERY, ENVELOPES, STATIONERY-TYPE PORTFOLIOS, PHOTO ALBUMS, SCRAPBOOK ALBUMS, RING BINDERS, CHECKBOOK COVERS, TISSUE PAPER, WRAPPING PAPER, PLAYING CARDS, PAPER TABLE CLOTHS, PAPER NAPKINS, PAPER PARTY HATS, PAPER PARTY INVITATIONS, PAPER GIFT CARDS; PAPER GIFT BAGS, PAPER GIFT BOXES, COLLECTIBLE CARDS; COLLECTIBLE CARD AND MEMORABILIA HOLDERS, SOUVENIR PROGRAMS FOR SPORTS EVENTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-15-1999; IN COMMERCE 8-15-1999.

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY, FLEECE TOPS AND BOTTOMS, CAPS, HEADWEAR, T-SHIRTS, SWEATSHIRTS, SHORTS, TANK TOPS, JEANS, SWEATERS, PANTS, JACKETS, TURTLENECKS, JUMPSUITS, GOLF SHIRTS, WOVEN SHIRTS, KNIT SHIRTS, JERSEYS, WRISTBANDS, WARM UP SUITS, SWIMWEAR, WIND RESISTANT JACKETS, RAINCOATS, PARKAS, PONCHOS, GLOVES, TIES,

SUSPENDERS, CLOTH BIBS, SLEEPWEAR, NAMELY, ROBES, NIGHT SHIRTS AND PAJAMAS, MITTENS, KNIT HATS AND CAPS, SCARVES, APRONS, HEADBANDS, EAR MUFFS AND UNDERWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-15-1999; IN COMMERCE 8-15-1999.

FOR: TOYS AND SPORTING GOODS, PLUSH TOYS, STUFFED ANIMALS, PLAY FIGURES, GOLF BALLS, GOLF BAGS, GOLF CLUBS, GOLF CLUB COVERS, BOWLING BALLS, BOWLING BAGS, FOOTBALLS, TOY BANKS, HAND HELD UNIT FOR PLAYING ELECTRONIC GAMES; HAND HELD UNIT FOR PLAYING VIDEO GAMES; BOARD GAMES RELATING TO FOOTBALL, CHRISTMAS TREE ORNAMENTS, BALLOONS, JIGSAW PUZZLES, WINDSOCKS FOR TOY AND DECORATIVE PURPOSES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 8-15-1999; IN COMMERCE 8-15-1999.

FOR: ARRANGING AND CONDUCTING ATHLETIC COMPETITIONS, NAMELY PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS; PROVIDING ON-LINE SPORTS AND ENTERTAINMENT INFORMATION VIA WEBSITES ON GLOBAL COMPUTER NETWORKS; FAN CLUBS, ENTERTAINMENT SERVICES, NAMELY, MUSICAL AND DANCE PERFORMANCES PROVIDED DURING INTERVALS AT SPORTS EVENTS; EDUCATIONAL SERVICES, NAMELY, PHYSICAL EDUCATION CLASSES; PRODUCTION OF RADIO AND TELEVISION PROGRAMS, LIVE SHOWS FEATURING FOOTBALL GAMES, EXHIBITIONS, COMPETITIONS AND MUSICAL, COMEDY AND DANCE PERFORMANCES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 8-15-1999; IN COMMERCE 8-15-1999.          SN 76-035,798, FILED 6-11-1999.

JEFFREY S. MOLINOFF, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 953,350

Registered Feb. 13, 1973

Renewal Term Begins Feb. 13, 1993

## SERVICE MARK
## PRINCIPAL REGISTER

### BUFFALO BILLS

BUFFALO BILLS, INC. (NEW YORK CORPORATION)
ONE BILLS DRIVE
ORCHARD PARK, NY 14127, ASSIGNEE OF HIGHWOOD SERVICE, INC. (MICHIGAN CORPORATION), DBA BUFFALO BILLS, PONTIAC, MI

FOR: ENTERTAINMENT SERVICES—NAMELY, FOOTBALL EXHIBITIONS



RENDERED LIVE IN STADIA AND THROUGH THE MEDIA OF RADIO AND TELEVISION BROADCASTS, IN CLASS 107 (INT. CL. 41).

FIRST USE 12-0-1959; IN COMMERCE 12-0-1959.

SER. NO. 72-412,756, FILED 1-17-1972.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 1, 1993.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 1,079,082

Registered Dec. 6, 1977

Renewal Term Begins Dec. 6, 1997

### SERVICE MARK
### PRINCIPAL REGISTER

## BILLS

BUFFALO BILLS, INC. (NEW YORK CORPORATION)
1 BILLS' DRIVE
ORCHARD PARK, NY 14127

OWNER OF U.S. REG. NO. 953,350.

FOR: EDUCATIONAL AND ENTERTAINMENT SERVICES IN THE FORM OF PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, IN CLASS 41 (U.S. CL. 107).

FIRST USE 11-30-1959; IN COMMERCE 11-30-1959.

SER. NO. 73-102,232, FILED 10-6-1976.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Mar. 17, 1998.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 41

Prior U.S. Cl.: 107

Reg. No. 1,224,587
Registered Jan. 18, 1983

## United States Patent and Trademark Office

### SERVICE MARK
#### Principal Register



*[handwritten annotations]*

Buffalo Bills, Inc. (New York corporation)
One Bills Dr.
Orchard Park, N.Y. 14127

For: ENTERTAINMENT SERVICES IN THE FORM OF PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, in CLASS 41 (U.S. Cl. 107).

First use Aug. 15, 1975; in commerce Aug. 15, 1975.

Owner of U.S. Reg. Nos. 953,350, 1,041,484, 1,079,082 and others.

No claim is made to the exclusive use of the numeral "7" or the outline of the uniform apart the mark as shown.

The mark is lined for the colors blue and red.

The drawing is a two-dimensional represen of the mark, which consists of the design ele and color combinations appearing on a dimensional football uniform worn by play applicant's games and exhibitions.

Sec. 2(f).

Ser. No. 336,711, filed Nov. 12, 1981.

PETER T. GELISSEN, Examiner

Int. Cl.: 25

Prior U.S. Cl.: 39 

## United States Patent and Trademark Office

Reg. No. 1,842,999

Registered July 5, 1994

### TRADEMARK
#### PRINCIPAL REGISTER

## BUFFALO BILLS

BUFFALO BILLS, INC. (NEW YORK CORPO-
RATION)
ONE BILLS DRIVE
ORCHARD PARK, NY 14127

FOR: MEN'S, WOMEN'S AND CHILDREN'S
CLOTHING AND FOOTWEAR; NAMELY,
COACHES CAPS, WOOL HATS, PAINTERS
CAPS, BASEBALL CAPS, VISORS, HEAD-
BANDS, EAR MUFFS, KNIT FACE MASKS,
BELTS, WRISTBANDS, T-SHIRTS, TANK TOPS,
PAJAMAS, GOLF SHIRTS, SWEATERS,
SWEATSHIRTS, JACKETS, NECKTIES, SUS-
PENDERS, BIBS, JERSEYS, NIGHT SHIRTS,
COATS, ROBES, RAINCOATS, PARKAS, PON-

CHOS, SNEAKERS, GLOVES, SCARVES, SNOW
SUITS, MITTENS, APRONS, DOWN JACKETS,
LEATHER JACKETS, SHORTS, SWEATPANTS,
JEANS, PANTS, KNICKERS, SOCKS, UNDER-
WEAR, BATHING SUITS AND LEG WARM-
ERS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 2-0-1970; IN COMMERCE
2-0-1970.

OWNER OF U.S. REG. NOS. 953,350 AND
1,079,082.

SER. NO. 74-276,864, FILED 5-15-1992.

W. A. CONN, EXAMINING ATTORNEY

Int. Cls.: **16 and 25**

Prior U.S. Cls.: **37, 38 and 39**

## United States Patent and Trademark Office

Reg. No. 1,888,392

Registered Apr. 11, 1995

## TRADEMARK
### PRINCIPAL REGISTER



BUFFALO BILLS, INC. (NEW YORK CORPO-
RATION)
ONE BILLS DRIVE
ORCHARD PARK, NY 14127

FOR: TRADING CARDS, POSTERS, MAGA-
ZINES AND BOOKS RELATING TO PROFES-
SIONAL FOOTBALL, POSTCARDS, CALEN-
DARS, WRAPPING PAPER, PAPER GIFT
BOXES, PAPER STICKERS, PAPER NAPKINS,
PAPER TOWELS, POSTERBOOKS, NOTEPADS,
PAPER HATS AND GREETING CARDS, IN
CLASS 16 (U.S. CLS. 37 AND 38).
FIRST USE 9-0-1970; IN COMMERCE
9-0-1970.
FOR: MEN'S, WOMEN'S AND CHILDREN'S
CLOTHING AND FOOTWEAR; NAMELY,
COACHES CAPS, WOOL HATS, PAINTERS
CAPS, BASEBALL CAPS, VISORS, HEAD-
BANDS, EAR MUFFS, KNIT FACE MASKS,
BELTS, WRISTBANDS, T-SHIRTS, TANK TOPS,
PAJAMAS, GOLF SHIRTS, SWEATERS,
SWEATSHIRTS, JACKETS, NECKTIES, SUS-
PENDERS, BIBS, JERSEYS, NIGHT SHIRTS,
COATS, ROBES, RAINCOATS, PARKAS, PON-
CHOS, SNEAKERS, GLOVES, SCARVES, SNOW
SUITS, MITTENS, APRONS, DOWN JACKETS,
LEATHER JACKETS, SHORTS, SWEATPANTS,
JEANS, PANTS, KNICKERS, SOCKS, UNDER-
WEAR, BATHING SUITS AND LEG WARM-
ERS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 2-0-1970; IN COMMERCE
2-0-1970.
OWNER OF U.S. REG. NOS. 1,041,483 AND
1,041,484.

SER. NO. 74-276,865, FILED 5-15-1992.

W. A. CONN, EXAMINING ATTORNEY

Int. Cls.: 16, 25, 28 and 41

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 39, 50, 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,571,410
Registered May 21, 2002

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER



BUFFALO BILLS, INC. (NEW YORK CORPORA-
TION)
ONE BILLS DRIVE
ORCHARD PARK, NY 14127

FOR: POSTERS, CALENDARS, TRADING CARDS, SERIES OF BOOKS RELATING TO FOOT-BALL, MAGAZINES RELATING TO FOOTBALL, NEWSLETTERS RELATING TO FOOTBALL, NOTE-PADS, STICKERS, BUMPER STICKERS, CREDIT CARDS WITHOUT MAGNETIC CODING, NOTE PADS, PAPER PENNANTS AND GREETING CARDS; PRINTED TICKETS TO SPORTS GAMES AND EVENTS; NON-MAGNETICALLY CODED PREPAID PHONE CARDS, PENS AND PENCILS, PENCIL CASES, RUB ON DECORATIVE TRANS-FERS, NOTE PAPER, PICTORIAL PRINTS, PIC-TURE POSTCARDS, ART PICTURES, STATIONERY, ENVELOPES, STATIONERY-TYPE PORTFOLIOS, PHOTO ALBUMS, SCRAPBOOK AL-BUMS, RING BINDERS, CHECKBOOK COVERS, TISSUE PAPER, WRAPPING PAPER, PLAYING CARDS, PAPER TABLE CLOTHS, PAPER NAPKINS, PAPER PARTY HATS, PAPER PARTY INVITA-TIONS, PAPER GIFT CARDS; PAPER GIFT BAGS, PAPER GIFT BOXES, PAPER DECORATIONS, COL-LECTIBLE CARDS; COLLECTIBLE CARD AND MEMORABILIA HOLDERS, SOUVENIR PRO-GRAMS FOR SPORTS EVENTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-6-1974; IN COMMERCE 4-6-1974.

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY, FLEECE TOPS AND BOT-

TOMS, CAPS, HEADWEAR, T-SHIRTS, SWEAT-SHIRTS, SHORTS, TANK TOPS, JEANS, SWEATERS, PANTS, JACKETS, TURTLENECKS, JUMPSUITS, GOLF SHIRTS, WOVEN SHIRTS, KNIT SHIRTS, JERSEYS, WRISTBANDS, WARM UP SUITS, SWIMWEAR, WIND RESISTANT JACKETS, RAINCOATS, PARKAS, PONCHOS, GLOVES, TIES, SUSPENDERS, CLOTH BIBS, SLEEPWEAR, NAME-LY, ROBES, NIGHT SHIRTS AND PAJAMAS, MIT-TENS, KNIT HATS AND CAPS, SCARVES, APRONS, HEADBANDS, EAR MUFFS, UNDERWEAR, SNEA-KERS AND SLIPPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-6-1974; IN COMMERCE 4-6-1974.

FOR: TOYS AND SPORTING GOODS, NAMELY, PLUSH TOYS, STUFFED ANIMALS, PLAY FIG-URES, GOLF BALLS, GOLF BAGS, GOLF CLUBS, GOLF CLUB COVERS, BOWLING BALLS, BOWL-ING BAGS, FOOTBALLS, TOY BANKS, HAND HELD UNIT FOR PLAYING ELECTRONIC GAMES; HAND HELD UNIT FOR PLAYING VIDEO GAMES; BOARD GAMES RELATING TO FOOTBALL, CHRISTMAS TREE ORNAMENTS, BALLOONS, JIG-SAW PUZZLES, TOY AND DECORATIVE WIND-SOCKS, KITES, TOY TRUCKS, BILLIARD BALLS, DART BOARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 4-6-1974; IN COMMERCE 4-6-1974.

FOR: EDUCATION AND ENTERTAINMENT SERVICES IN THE NATURE OF PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS; PROVID-

ING SPORTS AND ENTERTAINMENT INFORMA-
TION VIA A GLOBAL COMPUTER NETWORK OR
A COMMERCIAL ON-LINE SERVICE; ORGANIZA-
TION OF SPORTS EVENTS; FAN CLUB SERVICES;
EDUCATIONAL SERVICES, NAMELY, PHYSICAL
EDUCATION PROGRAMS; ARRANGING AND
CONDUCTING ATHLETIC COMPETITIONS,
NAMELY PROFESSIONAL FOOTBALL GAMES
AND EXHIBITIONS; ENTERTAINMENT SERVICES,
NAMELY, MUSICAL AND DANCE PERFORMAN-
CES PROVIDED DURING INTERVALS AT SPORTS
EVENTS; EDUCATIONAL SERVICES, NAMELY,
PHYSICAL EDUCATION PROGRAMS; PRODUC-
TION OF RADIO AND TELEVISION PROGRAMS,
LIVE SHOWS FEATURING FOOTBALL GAMES,
EXHIBITIONS, COMPETITIONS AND MUSICAL,
COMEDY AND DANCE PERFORMANCES, IN
CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 4-6-1974; IN COMMERCE 4-6-1974.

SER. NO. 76-311,534, FILED 9-10-2001.

RICHARD DONNELL, EXAMINING ATTORNEY

Int. Cls.: 25 and 41

Prior U.S. Cls.: 22, 39, 100, 101 and 107

Reg. No. 2,793,903

## United States Patent and Trademark Office

Registered Dec. 16, 2003

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



BUFFALO BILLS, INC. (NEW YORK CORPORA-
TION)
ONE BILLS DRIVE
ORCHARD PARK, NY 14127

FOR: MEN'S, WOMEN'S AND CHILDREN'S
CLOTHING, NAMELY, JERSEYS, IN CLASS 25
(U.S. CLS. 22 AND 39).

FIRST USE 6-30-2002; IN COMMERCE 6-30-2002.

FOR: EDUCATION AND ENTERTAINMENT
SERVICES IN THE NATURE OF PROFESSIONAL
FOOTBALL GAMES AND EXHIBITIONS; PROVID-
ING SPORTS AND ENTERTAINMENT INFORMA-
TION VIA A GLOBAL COMPUTER NETWORK OR
A COMMERCIAL ON-LINE SERVICE, IN CLASS 41
(U.S. CLS. 100, 101 AND 107).

FIRST USE 8-24-2002; IN COMMERCE 8-24-2002.

THE DRAWING IS A TWO-DIMENSIONAL RE-
PRESENTATION OF THE MARK, WHICH CON-
SISTS OF THE DESIGN ELEMENTS AND COLOR
COMBINATIONS APPEARING ON A THREE-DI-
MENSIONAL FOOTBALL JERSEY. THE DRAWING
IS LINED FOR THE COLORS RED AND BLUE. THE
MARK CONSISTS OF A PATTERNED DESIGN
SCHEME INCLUDING A DARK BLUE BODY WITH
A RED COLLAR AND RED SIDE PANEL INSERTS;
DARK BLUE SLEEVES WITH MEDIUM BLUE
SLEEVE BANDING OUTLINED WITH WHITE;
THERE ARE WHITE NUMBERS OUTLINED IN
MEDIUM BLUE AND GREY APPEARING ON THE
CHEST, BACK AND EACH SLEEVE OF THE JER-
SEY.

SER. NO. 76-418,408, FILED 6-7-2002.

ROBERT C. CLARK JR., EXAMINING ATTORNEY

Int. Cls.: **16, 25, 28 and 41**

Prior U.S. Cls.: **2, 5, 22, 23, 29, 37, 38, 39, 50, 100, 101 and 107**

**United States Patent and Trademark Office**

Reg. No. 2,010,429
Registered Oct. 22, 1996

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



RICHARDSON SPORTS LIMITED PARTNER-SHIP (PARTNERSHIP)
1901 ROXBOROUGH ROAD, SUITE 21
CHARLOTTE, NC 28211 ASSIGNEE OF NATIONAL FOOTBALL LEAGUE (NEW YORK UNINC. ASSOCIATION) NEW YORK, NY 10022

FOR: POSTERS, CALENDARS, TRADING CARDS, NOTEPADS, STICKERS, AND BUMPER STICKERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
FIRST USE 11-0-1993; IN COMMERCE 11-0-1993.
FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING; NAMELY, FLEECE TOPS AND BOTTOMS, CAPS, T-SHIRTS, SWEATSHIRTS, SHORTS, TANK TOPS, SWEATERS, PANTS, JACKETS, TURTLENECKS, JERSEYS, WARM UP SUITS, WIND-RESISTANT JACKETS,

PARKAS, SLEEPWEAR; NAMELY, ROBES AND PAJAMAS, GLOVES, SCARVES AND APRONS, IN CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 10-26-1993; IN COMMERCE 10-26-1993.
FOR: BOWLING BAGS AND FOOTBALLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).
FIRST USE 11-0-1993; IN COMMERCE 11-0-1993.
FOR: ENTERTAINMENT SERVICES, NAMELY, PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).
FIRST USE 7-29-1995; IN COMMERCE 7-29-1995.

SN 74-449,206, FILED 10-21-1993.

CHARLES WEIGELL, EXAMINING ATTORNEY

Int. Cls.: **16, 25, 28, and 41**

Prior U.S. Cls.: **2, 5, 22, 23, 29, 37, 38, 39, 50, 100, 101, and 107**

Reg. No. 2,120,117

## United States Patent and Trademark Office

Registered Dec. 9, 1997

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER

## CAROLINA PANTHERS

RICHARDSON SPORTS LIMITED PARTNER-SHIP (NORTH CAROLINA LIMITED PART-NERSHIP)
1901 ROXBOROUGH ROAD
SUITE 211
CHARLOTTE, NC 28211

FOR: POSTERS, CALENDARS, TRADING CARDS, SPORTS BOOKS, SPORTS MAGA-ZINES, NOTEPADS, STICKERS AND BUMPER STICKERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
FIRST USE 7-14-1995; IN COMMERCE 7-14-1995.
FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY, FLEECE TOPS AND BOTTOMS, CAPS, T-SHIRTS, SWEATSHIRTS, SHORTS, TANK TOPS, SWEATERS, PANTS, JACKETS, TURTLENECKS, JUMPSUITS, JER-SEYS, SWEATSUITS, SWIMWEAR, PARKAS, SLEEPWEAR, NAMELY, ROBES AND PAJA-MAS, GLOVES, SCARVES, APRONS, BOOTS AND SNEAKERS, AND WINDWEAR,

NAMELY, JACKETS, PANTS AND HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 7-14-1995; IN COMMERCE 7-14-1995.
FOR: BOWLING BALLS, BOWLING BAGS, FOOTBALLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).
FIRST USE 7-29-1995; IN COMMERCE 7-29-1995.
FOR: ENTERTAINMENT SERVICES, NAMELY, PROFESSIONAL FOOTBALL GAMES AND EXHIBITION GAMES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).
FIRST USE 7-29-1995; IN COMMERCE 7-29-1995.
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CAROLINA", APART FROM THE MARK AS SHOWN.

SN 74-270,164, FILED 4-28-1992.

JILL C. ALT, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101, and 107

## United States Patent and Trademark Office

Reg. No. 2,130,948
Registered Jan. 20, 1998

## SERVICE MARK
### PRINCIPAL REGISTER



RICHARDSON SPORTS LIMITED PARTNER-
SHIP (PARTNERSHIP)
227 W. TRADE STREET
SUITE 1600
CHARLOTTE, NC 28202

FOR: ENTERTAINMENT SERVICES,
NAMELY, PROFESSIONAL FOOTBALL
GAMES AND EXHIBITIONS, IN CLASS 41 (U.S.
CLS. 100, 101 AND 107).
FIRST USE 7–29–1995; IN COMMERCE
7–29–1995.
NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "7", APART FROM THE MARK
AS SHOWN.

THE DRAWING IS LINED FOR THE
COLORS OF BLUE AND SILVER.

THE DRAWING IS A TWO-DIMENSIONAL
REPRESENTATION OF THE MARK, WHICH
CONSISTS OF THE DESIGN ELEMENTS AND
COLOR COMBINATIONS APPEARING ON A
THREE-DIMENSIONAL FOOTBALL UNIFORM
WORN BY PLAYERS IN GAMES AND EXHIBI-
TIONS.

SN 74–703,286, FILED 7–19–1995.

KEVIN PESKA, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cl.: 107

United States Patent and Trademark Office

Reg. No. 952,439
Registered Jan. 30, 1973

10 Year Renewal

Renewal Term Begins Jan. 30, 1993

**SERVICE MARK**
**PRINCIPAL REGISTER**



CHICAGO BEARS FOOTBALL CLUB, INC. (ILLINOIS CORPORATION) 250 NORTH WASHINGTON ROAD LAKE FOREST, IL 60045

FOR: ENTERTAINMENT SERVICES IN THE NATURE OF FOOTBALL EXHIBITIONS SOME OF WHICH ARE REN-

DERED THROUGH THE MEDIA OF RADIO AND TELEVISION BROADCASTS; IN CLASS 107 (INT. CL. 41).

FIRST USE 8-10-1963; IN COMMERCE 8-10-1963.

SER. NO. 72-409,180, FILED 12-2-1971.



*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 1, 1993.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 952,441
Registered Jan. 30, 1973
Renewal Term Begins Jan. 30, 1993

## SERVICE MARK
## PRINCIPAL REGISTER

## BEARS

CHICAGO BEARS FOOTBALL CLUB, INC. (ILLINOIS CORPORATION)
250 NORTH WASHINGTON ROAD
LAKE FOREST, IL 60045

FOR: ENTERTAINMENT SERVICES IN THE NATURE OF FOOTBALL EXHIBITIONS SOME OF WHICH ARE REN-

DERED THROUGH THE MEDIA OF RADIO AND TELEVISION BROADCASTS, IN CLASS 107 (INT. CL. 41).

FIRST USE 1-28-1922; IN COMMERCE 1-28-1922.

SER. NO. 72-409,184, FILED 12-2-1971.



*...mony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 25, 1993.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 41

Prior U.S. Cl.: 107

United States Patent and Trademark Office

10 Year Renewal

Reg. No. 960,131

Registered May 29, 1973

Renewal Term Begins May 29, 1993

## SERVICE MARK
## PRINCIPAL REGISTER

### CHICAGO BEARS

CHICAGO BEARS FOOTBALL CLUB, INC. (ILLINOIS CORPORATION) 250 N. WASHINGTON ROAD LAKE FOREST, IL 60045

WITHOUT WAIVING ITS COMMON LAW RIGHTS IN THE MARK SHOWN IN THE APPENDED DRAWING, APPLICANT DISCLAIMS THE EXCLUSIVE RIGHT TO THE USE OF THE TERM "CHICAGO" APART FROM ITS USE IN THE MARK AS SHOWN.

FOR: ENTERTAINMENT SERVICES IN THE NATURE OF FOOTBALL EXHIBITIONS, SOME OF WHICH ARE RENDERED THROUGH THE MEDIA OF RADIO AND TELEVISION BROADCASTS, IN CLASS 107 (INT. CL. 41).

FIRST USE 1-28-1922; IN COMMERCE 1-28-1922.

SER. NO. 72-409,178, FILED 12-2-1971.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Dec. 14, 1993.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 41

Prior U.S. Cl.: 107

United States Patent and Trademark Office

Reg. No. 1,072,395

10 Year Renewal

Registered Aug. 30, 1977

Renewal Term Begins Aug. 30, 1997

## SERVICE MARK
## PRINCIPAL REGISTER



CHICAGO BEARS FOOTBALL CLUB,
INC. (DELAWARE CORPORATION)
1000 FOOTBALL DRIVE
LAKE FOREST, IL 60045

FOR: ENTERTAINMENT SERVICES
IN THE FORM OF PROFESSIONAL

FOOTBALL GAMES AND EXHIBI-
TIONS, IN CLASS 41 (U.S. CL. 107).

FIRST USE 8-15-1973; IN COMMERCE
8-15-1973.

SER. NO. 73-097,092, FILED 8-19-1976.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Feb. 24, 1998.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 41
Prior U.S. Cl.: 107

United States Patent and Trademark Office

· Corrected

Reg. No. 1,217,892
Registered Nov. 23, 1982
OG Date Sep. 16, 1997

## SERVICE MARK
## PRINCIPAL REGISTER



CHICAGO BEARS FOOTBALL CLUB INC. (DELAWARE CORPORATION)
250 N. WASHINGTON RD.
LAKE FOREST, IL 60045

OWNER OF U.S. REG. NOS. 952,440, 962,291 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE USE OF THE NUMERAL "7" OR THE OUTLINE OF THE UNIFORM APART FROM THE MARK AS SHOWN.

THE MARK IS LINED FOR THE COLORS NAVY BLUE AND ORANGE.

THE DRAWING IS A TWO-DIMENSIONAL REPRESENTATION OF THE MARK, WHICH CONSISTS OF THE DESIGN ELEMENTS AND COLOR COMBINATIONS APPEARING ON A THREE-DIMENSIONAL FOOTBALL UNIFORM WORN BY PLAYERS IN APPLICANT'S GAMES AND EXHIBITIONS. SEC. 2(F)

FOR: ENTERTAINMENT SERVICES IN THE FORM OF PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, IN CLASS 41 (U.S. CL. 107).

FIRST USE 9-8-1961; IN COMMERCE 9-8-1961.

SER. NO. 73-336,709, FILED 11-12-1981.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Sep. 16, 1997.*

Bruce Lehman

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 41

Prior U.S. Cl.: 107

Reg. No. 1,598,956

## United States Patent and Trademark Office

Registered May 29, 1990

### SERVICE MARK
### PRINCIPAL REGISTER



CHICAGO BEARS FOOTBALL CLUB, INC. (IL-
LINOIS CORPORATION)
250 NORTH WASHINGTON ROAD
LAKE FOREST, IL 60045

FOR: ENTERTAINMENT SERVICES IN THE
FORM OF PROFESSIONAL FOOTBALL
GAMES AND EXHIBITIONS, IN CLASS 41 (U.S.
CL. 107).

FIRST USE 11–0–1983; IN COMMERCE
11–0–1983.

OWNER OF U.S. REG. NO. 1,217,892.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "7" AND THE OUTLINE OF

THE UNIFORM, APART FROM THE MARK AS
SHOWN.

THE DRAWING IS LINED FOR THE
COLORS NAVY BLUE AND ORANGE.

THE DRAWING IS A TWO-DIMENSIONAL
REPRESENTATION OF THE MARK, WHICH
CONSISTS OF THE DESIGN ELEMENTS AND
COLOR COMBINATIONS APPEARING ON A
THREE-DIMENSIONAL FOOTBALL UNIFORM
WORN BY PLAYERS IN APPLICANT'S GAMES
AND EXHIBITIONS.

SER. NO. 73–786,262, FILED 3–13–1989.

TERRY ELLEN HOLTZMAN, EXAMINING AT-
TORNEY

Int. Cls.: 16 and 25

Prior U.S. Cls.: 37, 38 and 39

**United States Patent and Trademark Office**

Reg. No. 1,747,093
Registered Jan. 19, 1993

## TRADEMARK
### PRINCIPAL REGISTER



CHICAGO BEARS FOOTBALL CLUB, INC. (IL-LINOIS CORPORATION)
250 N. WASHINGTON ROAD
LAKE FOREST, IL 60045

FOR: TRADING CARDS, POSTERS, MAGA-ZINES, POSTCARDS, CALENDARS, WRAP-PING PAPER, PAPER GIFT BOXES, PAPER STICKERS, PAPER NAPKINS, PAPER TOWELS, BOOKS, POSTERBOOKS, NOTE-PADS, PAPER PLATES, PAPER CUPS, PAPER HATS AND GREETING CARDS, IN CLASS 16 (U.S. CLS. 37 AND 38).
FIRST USE 9-0-1963; IN COMMERCE 9-0-1963.
FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING AND FOOTWEAR; NAMELY, COACHES CAPS, WOOL HATS, PAINTERS CAPS, BASEBALL CAPS, VISORS, HEAD-BANDS, EAR MUFFS, KNIT FACE MASKS, BELTS, WRISTBANDS, T-SHIRTS, TANK TOPS, PAJAMAS, GOLF SHIRTS, SWEATERS, SWEATSHIRTS, JACKETS, NECKTIES, BRACES, BIBS, JERSEYS, NIGHT SHIRTS, COATS, ROBES, RAINCOATS, PARKAS, PON-CHOS, SNEAKERS, GLOVES, SCARVES, SNOW SUITS, MITTENS, APRONS, DOWN JACKETS, LEATHER JACKETS, SHORTS, SWEATPANTS, JEANS, PANTS, KNICKERS, SOCKS, UNDER-WEAR, BATHING SUITS AND LEG WARM-ERS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 9-0-1963; IN COMMERCE 9-0-1963.
OWNER OF U.S. REG. NOS. 952,439, 960,133, AND 1,072,395.

SER. NO. 74-276,867, FILED 5-15-1992.

DOMINICK J. SALEMI, EXAMINING ATTOR-NEY

Int. Cls.: 16 and 25

Prior U.S. Cls.: 37, 38 and 39

Reg. No. 1,803,222

**United States Patent and Trademark Office**    Registered Nov. 9, 1993

## TRADEMARK
### PRINCIPAL REGISTER

## CHICAGO BEARS

CHICAGO BEARS FOOTBALL CLUB, INC. (IL-
LINOIS CORPORATION)
250 N. WASHINGTON ROAD
LAKE FOREST, IL 60045

FOR: TRADING CARDS, POSTERS, MAGA-
ZINES, POSTCARDS, CALENDARS, WRAP-
PING PAPER, PAPER GIFT BOXES, PAPER
STICKERS, PAPER NAPKINS, PAPER
TOWELS, BOOKS, POSTERBOOKS, NOTE-
PADS, PAPER PLATES, PAPER CUPS, PAPER
HATS AND GREETING CARDS, IN CLASS 16
(U.S. CLS. 37 AND 38).
FIRST USE 9-0-1963; IN COMMERCE
9-0-1963.
FOR: MEN'S, WOMEN'S AND CHILDREN'S
CLOTHING AND FOOTWEAR; NAMELY,
COACHES CAPS, WOOL HATS, PAINTERS
CAPS, BASEBALL CAPS, VISORS, HEAD-
BANDS, EAR MUFFS, KNIT FACE MASKS,
BELTS, WRISTBANDS, T-SHIRTS, TANK TOPS,

PAJAMAS, GOLF SHIRTS, SWEATERS,
SWEATSHIRTS, JACKETS, NECKTIES,
BRACES, BIBS, JERSEYS, NIGHT SHIRTS,
COATS, ROBES, RAINCOATS, PARKAS, PON-
CHOS, SNEAKERS, GLOVES, SCARVES, SNOW
SUITS, MITTENS, APRONS, DOWN JACKETS,
LEATHER JACKETS, SHORTS, SWEATPANTS,
JEANS, PANTS, KNICKERS, SOCKS, UNDER-
WEAR, BATHING SUITS AND LEG WARM-
ERS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 9-0-1963; IN COMMERCE
9-0-1963.
OWNER OF U.S. REG. NOS. 952,441 AND
960,131.
SEC. 2(F) AS TO "CHICAGO".

SER. NO. 74-276,866, FILED 5-15-1992.

DOMINICK J. SALEMI, EXAMINING ATTOR-
NEY

Int. Cl.: 41

Prior U.S. Cl.: 107

Reg. No. 940,763

**United States Patent and Trademark Office**

Registered Aug. 8, 1972

10 Year Renewal

Renewal Term Begins Aug. 8, 1992

## SERVICE MARK
## PRINCIPAL REGISTER

### BENGALS

CINCINNATI BENGALS, INC. (OHIO CORPORATION)
200 RIVERFRONT STADIUM
CINCINNATI, OH 45202

FOR: ENTERTAINMENT SERVICES IN THE FORM OF PROFESSIONAL

FOOTBALL GAME COMPETITION, IN CLASS 107 (INT. CL. 41).

FIRST USE 9-27-1967; IN COMMERCE 9-27-1967.

SER. NO. 72-392,213, FILED 5-17-1971.



*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 11, 1993.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 41

Prior U.S. Cl.: 107

Reg. No. 1,071,979

**United States Patent and Trademark Office**

Registered Aug. 23, 1977

**10 Year Renewal**

**Renewal Term Begins Aug. 23, 1997**

## SERVICE MARK
## PRINCIPAL REGISTER

## CINCINNATI BENGALS

CINCINNATI BENGALS, INC. (OHIO CORPORATION)
ONE BENGALS DRIVE
CINCINNATI, OH 45204

OWNER OF U.S. REG. NOS. 940,763 AND 940,764.

WITHOUT WAIVING ITS COMMON LAW RIGHTS, APPLICANT DISCLAIMS THE RIGHT TO THE EXCLUSIVE USE OF THE GEOGRAPHICALLY DESCRIP-TIVE WORD "CINCINNATI" APART FROM THE MARK AS SHOWN.

FOR: EDUCATIONAL AND ENTER-TAINMENT SERVICES IN THE FORM OF PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, IN CLASS 41 (U.S. CL. 107).

FIRST USE 9-27-1967; IN COMMERCE 9-27-1967.

SER. NO. 73-106,056, FILED 11-10-1976.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Feb. 17, 1998.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 41

Prior U.S. Cl.: 107

Reg. No. 1,207,680

## United States Patent and Trademark Office

Registered Sep. 7, 1982

### SERVICE MARK
#### Principal Register



REGISTERED FOR A TERM OF 20 YEARS FROM    Sep. 7, 1982

COMB. AFF. SEC. 8 & 15

Cincinnati Bengals, Inc. (Ohio corporation)
200 Riverfront Stadium
Cincinnati, Ohio 45202

For: ENTERTAINMENT SERVICES IN THE
FORM OF PROFESSIONAL FOOTBALL
GAMES AND SERVICES, in CLASS 41 (U.S. Cl.
107)
First use Dec. 15, 1980; in commerce Dec. 15,
1980.
Owner of U.S. Reg. Nos. 940,763, 940,764 and

1,071,979.
No claim is made to exclusive use of the design of
a helmet apart from the mark as shown.
The drawing is lined for the colors orange and
black.

Ser. No. 306,426, filed Mar. 9, 1981.

MARTIN MARKS, Primary Examiner

WILLIAM WEINSTEIN, Examiner

CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION
WHICH IS IN FULL FORCE AND EFFECT WITH NOTATION
OF ALL STATUTORY ACTIONS TAKEN THEREON, AS DIS-
CLOSED BY THE RECORDS OF THE UNITED STATES PATENT
AND TRADEMARK OFFICE. SAID RECORDS SHOW TITLE
TO BE IN:    Registrant

Attest

DEC 22 1992

Attesting Officer    Acting Commissioner of Patents and Trademarks

Int. Cl.: 41

Prior U.S. Cl.: 107

**Reg. No. 1,225,466**
Registered Jan. 25, 1983

## United States Patent and Trademark Office

## SERVICE MARK
### Principal Register



*Sections 8 & 15 filed & accepted*

Cincinnati Bengals, Inc. (Ohio corporation)
200 Riverfront Stadium
Cincinnati, Ohio 45202

For: ENTERTAINMENT SERVICES IN THE FORM OF PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, in CLASS 41 (U.S. Cl. 107).

First use Aug. 29, 1981; in commerce Aug. 29, 1981.

Owner of U.S. Reg. Nos. 940,763, 940,764 and 1,071,979.

No claim is made to the exclusive use of the numeral "7" or the outline of the uniform apart from the mark as shown.

The drawing is lined for the color orange.

The drawing is two-dimensional representation of the mark, which consists of the design elements and color combinations appearing on a three-dimensional football uniform worn by players in applicant's games and exhibitions.

Ser. No. 353,888, filed Mar. 10, 1982.

MARTIN MARKS, Examining Attorney



Int. Cl.: 41

Prior U.S. Cl.: 107

Reg. No. 1,231,427

United States Patent and Trademark Office

Registered Mar. 15, 1983

**SERVICE MARK**
**Principal Register**



*Sections 8 & 15*
*Affidavit filed*
*& accepted*

Cincinnati Bengals, Inc. (Ohio corporation)
200 Riverfront Stadium
Cincinnati, Ohio 45202

For: ENTERTAINMENT SERVICES IN THE FORM OF PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, in CLASS 41 (U.S. Cl. 107).

First use Aug. 8, 1981; in commerce Aug. 8, 1981. Owner of U.S. Reg. Nos. 940,763, 940,764 and others.

No claim is made to the exclusive right to use the numeral "7" or the outline of the uniform, apart from the mark as shown.

The drawing is lined for the color orange.

The drawing is two-dimensional representation of the mark, which consists of the design elements and color combinations appearing on a three-dimensional football uniform worn by players in applicant's games and exhibitions.

Ser. No. 353,922, filed Mar. 10, 1982.

MARTIN MARKS, Examining Attorney

Int. Cls.: 16 and 25

Prior U.S. Cls.: 22, 37, 38, 39 and 50

**United States Patent and Trademark Office**

Reg. No. 1,861,765

Registered Nov. 8, 1994

## TRADEMARK
### PRINCIPAL REGISTER

## CINCINNATI BENGALS

CINCINNATI BENGALS, INC. (OHIO CORPORATION)
200 RIVERFRONT STADIUM
CINCINNATI, OH 45202

FOR: TRADING CARDS, POSTERS, MAGAZINES AND BOOKS REGARDING FOOTBALL, POSTCARDS, CALENDARS, WRAPPING PAPER, PAPER GIFT BOXES, PAPER STICKERS, PAPER NAPKINS, PAPER TOWELS, POSTERBOOKS. NOTEPADS, PAPER HATS AND GREETING CARDS, IN CLASS 16 (U.S. CLS. 22, 37, 38 AND 50).

FIRST USE 9-0-1970; IN COMMERCE 9-0-1970.

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING AND FOOTWEAR; NAMELY, COACHES CAPS, WOOL HATS, PAINTERS CAPS, BASEBALL CAPS, VISORS, HEADBANDS, EAR MUFFS, KNIT FACE MASKS, BELTS, WRISTBANDS, T-SHIRTS, TANK TOPS, PAJAMAS, GOLF SHIRTS, SWEATERS, SWEATSHIRTS, JACKETS, NECKTIES, BRACES, CLOTH BIBS, JERSEYS, NIGHT SHIRTS, COATS, ROBES, RAINCOATS, PARKAS, PONCHOS, SNEAKERS, GLOVES, SCARVES, SNOW SUITS, MITTENS, APRONS, DOWN JACKETS, LEATHER JACKETS, SHORTS, SWEATPANTS, JEANS, PANTS, KNICKERS, SOCKS, UNDERWEAR, BATHING SUITS AND LEG WARMERS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 2-0-1970; IN COMMERCE 2-0-1970.

OWNER OF U.S. REG. NOS. 940,763, 940,764, AND 1,071,979.

SEC. 2(F).

SER. NO. 74-300,707, FILED 8-3-1992.

LAVERNE PREDDIE, EXAMINING ATTORNEY



Int. Cls.: 16 and 25

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 39 and 50

**United States Patent and Trademark Office**

Reg. No. 1,969,197
Registered Apr. 23, 1996

## TRADEMARK
### PRINCIPAL REGISTER



CINCINNATI BENGALS, INC. (OHIO CORPORATION)
200 RIVERFRONT STADIUM
CINCINNATI, OH 45202

FOR: TRADING CARDS, POSTERS, MAGAZINES RELATING TO FOOTBALL, POSTCARDS, CALENDARS, WRAPPING PAPER, PAPER GIFT BOXES, PAPER STICKERS, PAPER NAPKINS, PAPER TOWELS, BOOKS RELATING TO FOOTBALL, POSTERBOOKS, NOTEPADS, PAPER HATS AND GREETING CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-0-1970; IN COMMERCE 9-0-1970.

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING AND FOOTWEAR; NAMELY, COACHES CAPS, WOOL HATS, PAINTERS CAPS, BASEBALL CAPS, VISORS, HEAD-BANDS, EAR MUFFS, KNIT FACE MASKS, BELTS, WRISTBANDS, T-SHIRTS, TANK TOPS, PAJAMAS, GOLF SHIRTS, SWEATERS, SWEATSHIRTS, JACKETS, NECKTIES, SUSPENDERS, CLOTH BIBS, JERSEYS, NIGHT SHIRTS, COATS, ROBES, RAINCOATS, PARKAS, PONCHOS, SNEAKERS, GLOVES, SCARVES, SNOW SUITS, MITTENS, APRONS, DOWN JACKETS, LEATHER JACKETS, SHORTS, SWEATPANTS, JEANS, PANTS, KNICKERS, SOCKS, UNDERWEAR, BATHING SUITS AND LEG WARMERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-0-1970; IN COMMERCE 2-0-1970.

OWNER OF U.S. REG. NO. 1,207,580.

SER. NO. 74-493,058, FILED 2-22-1994.

CRAIG D. TAYLOR, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 3,130,659
Registered Aug. 15, 2006

## TRADEMARK
### PRINCIPAL REGISTER



CINCINNATI BENGALS, INC. (OHIO CORPORA-
TION)
ONE PAUL BROWN STADIUM
CINCINNATI, OH 45202

FOR: POSTERS, CALENDARS, TRADING
CARDS, SERIES OF BOOKS RELATING TO FOOT-
BALL, MAGAZINES RELATING TO FOOTBALL,
NEWSLETTERS RELATING TO FOOTBALL, NOTE-
PADS, STICKERS, BUMPER STICKERS, CREDIT
CARDS WITHOUT MAGNETIC CODING, PAPER
PENNANTS AND GREETING CARDS; PRINTED
TICKETS TO SPORTS GAMES AND EVENTS; NON-
MAGNETICALLY CODED PREPAID PHONE
CARDS, PENS AND PENCILS, PENCIL CASES,
RUB ON DECORATIVE TRANSFERS, NOTE PA-

PER, PICTORIAL PRINTS, PICTURE POSTCARDS,
ART PICTURES, STATIONERY, ENVELOPES, STA-
TIONERY-TYPE PORTFOLIOS, WRAPPING PAPER,
PAPER TABLE CLOTHS, PAPER NAPKINS, PAPER
GIFT CARDS; PAPER GIFT BAGS, PAPER DEC-
ORATIONS, COLLECTIBLE CARDS; SOUVENIR
PROGRAMS FOR SPORTS EVENTS, IN CLASS 16
(U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 7-15-2004; IN COMMERCE 7-15-2004.

SN 78-390,160, FILED 3-24-2004.

MARCIE MILONE, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 3,130,660
Registered Aug. 15, 2006

## TRADEMARK
### PRINCIPAL REGISTER



CINCINNATI BENGALS, INC. (OHIO CORPORA-
TION)
ONE PAUL BROWN STADIUM
CINCINNATI, OH 45202

FOR: FOOTBALL HELMETS, CELL PHONE COV-
ERS, CELL PHONE STRAPS, MAGNETIC CODED
CHARGE CARDS, DECORATIVE MAGNETS, COM-
PACT DISCS, TAPES, PRE-RECORDED VIDEO-
TAPES FEATURING THE SPORT OF FOOTBALL,
COMPUTER GAME SOFTWARE AND DISKS, COM-

PUTER MOUSE PADS, SUNGLASSES, IN CLASS 9
(U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-15-2004; IN COMMERCE 7-15-2004.

THE MARK CONSISTS OF STYLIZED B WITH
TIGER STRIPES.

SN 78-390,183, FILED 3-24-2004.

MARCIE MILONE, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,130,661
Registered Aug. 15, 2006

## TRADEMARK
### PRINCIPAL REGISTER



CINCINNATI BENGALS, INC. (OHIO CORPORA-
TION)
ONE PAUL BROWN STADIUM
CINCINNATI, OH 45202

FOR: MEN'S, WOMEN'S AND CHILDREN'S
CLOTHING, NAMELY, FLEECE TOPS AND BOT-
TOMS, CAPS, HEADWEAR, T-SHIRTS, SWEAT-
SHIRTS, SHORTS, TANK TOPS, SWEATERS,
PANTS, JACKETS, TURTLENECKS, GOLF SHIRTS,
WOVEN SHIRTS, KNIT SHIRTS, JERSEYS, WARM
UP SUITS, SWIMWEAR, WIND RESISTANT JACK-
ETS, RAINCOATS, PARKAS, GLOVES, TIES, SLEEP-

WEAR, NAMELY, PAJAMAS, KNIT HATS AND
CAPS, SCARVES, APRONS, EAR MUFFS, UNDER-
WEAR, SOCKS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-15-2004; IN COMMERCE 5-15-2004.

THE MARK CONSISTS OF STYLIZED B WITH
TIGER STRIPES.

SN 78-390,189, FILED 3-24-2004.

MARCIE MILONE, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101, and 107

**United States Patent and Trademark Office**

Reg. No. 3,130,662

Registered Aug. 15, 2006

## SERVICE MARK
### PRINCIPAL REGISTER



CINCINNATI BENGALS, INC. (OHIO CORPORA-
TION)
ONE PAUL BROWN STADIUM
CINCINNATI, OH 45202

FOR: EDUCATION AND ENTERTAINMENT
SERVICES IN THE NATURE OF ORGANIZING
AND PRESENTING PROFESSIONAL FOOTBALL
GAMES AND EXHIBITIONS; PROVIDING SPORTS
AND ENTERTAINMENT INFORMATION VIA A
GLOBAL COMPUTER NETWORK OR A COMMER-
CIAL ON-LINE SERVICE; ORGANIZATION OF
SPORTS EVENTS; FAN CLUB SERVICES; EDUCA-
TIONAL SERVICES, NAMELY, PHYSICAL EDUCA-
TION PROGRAMS AND SEMINARS IN THE FIELD
OF FOOTBALL; PRODUCTION OF RADIO AND
TELEVISION PROGRAMS, FOOTBALL GAMES,
EXHIBITIONS, COMPETITIONS AND MUSICAL,
AND DANCE PERFORMANCES PERFORMED BE-
FORE LIVE AUDIENCES AND BROADCAST VIA
TELEVISION, CABLE TELEVISION, SATELLITE
TELEVISION AND RADIO BROADCAST; PRODU-
CING AND DISTRIBUTING AUDIO VISUAL AND
MULTI-MEDIA PRESENTATIONS REGARDING
THE SPORT OF FOOTBALL VIA A GLOBAL COM-
MUNICATIONS NETWORK, IN CLASS 41 (U.S. CLS.
100, 101 AND 107).

FIRST USE 5-15-2004; IN COMMERCE 5-15-2004.

THE MARK CONSISTS OF STYLIZED B WITH
TIGER STRIPES.

SN 78-390,200, FILED 3-24-2004.

MARCIE MILONE, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**

Reg. No. 1,217,893
Registered Nov. 23, 1982

## SERVICE MARK
### Principal Register



*Sections 8 & 15
Affidavits filed
and accepted*

Cleveland Browns, Inc. (Delaware corporation)
Cleveland Stadium
Cleveland, Ohio 44114

For: ENTERTAINMENT SERVICES IN THE FORM OF PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, in CLASS 41 (U.S. Cl. 107).

First use Aug. 10, 1975; in commerce Aug. 10, 1975.

Owner of U.S. Reg. No. 836,116.

No claim is made to the exclusive use of the numeral "7" or the outline of the uniform apart from the mark as shown.

The mark is lined for the colors seal brown and orange. The drawing is a two-dimensional representation of the mark, which consists of the design elements and color combinations appearing on a three-dimensional football uniform worn by players in applicant's games and exhibitions.

Sec. 2(f).

Ser. No. 336,728, filed Nov. 12, 1981.

CRAIG R. GILBERT, Examining Attorney

Int. Cl.: 41

Prior U.S. Cl.: 107

Reg. No. 1,224,596

**United States Patent and Trademark Office**

Registered Jan. 18, 1983

## SERVICE MARK
### Principal Register



*Sections 8 & 15
Affidavits filed
& accepted*

Cleveland Browns, Inc. (Delaware corporation)
Cleveland Stadium
Cleveland, Ohio 44114

For: ENTERTAINMENT SERVICES IN THE FORM OF PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, in CLASS 41 (U.S. Cl. 107).

First use Aug. 16, 1975; in commerce Aug. 16, 1975.

Owner of U.S. Reg. No. 836,116.

No claim is made to the exclusive use of the numeral "7" or the outline of the uniform apart from the mark as shown.

The mark is lined for the colors brown and orange.

The drawing is a two-dimensional representation of the mark, which consists of the design elements and color combinations appearing on a three-dimensional football uniform worn by players in applicant's games and exhibitions.

Sec. 2(f).

Ser. No. 336,727, filed Nov. 12, 1981.

PETER T. GELISSEN, Examiner

Int. Cl.: 41

Prior U.S. Cl.: 107

## United States Patent and Trademark Office

Reg. No. 1,226,244
Registered Feb. 1, 1983

### SERVICE MARK
Principal Register

# BROWNS

Cleveland Browns, Inc. (Delaware corporation)
Cleveland Stadium
Cleveland, Ohio 44114

For: ENTERTAINMENT SERVICES IN THE FORM OF PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, in CLASS 41 (U.S. Cl. 107).

First use Sep. 6, 1946; in commerce Sep. 6, 1946.
Owner of U.S. Reg. No. 836,116.

Ser. No. 321,880, filed Aug. 3, 1981.

DAVID SOROKA, Examining Attorney

REGISTERED FOR A TERM OF 20 YEARS FROM Feb. 1, 1983

COMB. AFF. SEC. 8 & 15



Attest

DEC 1 5 1992
Attesting Officer

CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION WHICH IS IN FULL FORCE AND EFFECT WITH NOTATION OF ALL STATUTORY ACTIONS TAKEN THEREON, AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE. SAID RECORDS SHOW TITLE TO BE IN: Registrant

Acting Commissioner of Patents and Trademarks

Int. Cl.: 41

Prior U.S. Cl.: 107

## United States Patent and Trademark Office

Reg. No. 1,262,689
Registered Dec. 27, 1983

### SERVICE MARK
#### Principal Register



The Cleveland Browns, Inc. (Delaware corporation)
Cleveland Stadium
Cleveland, Ohio 44114

For: ENTERTAINMENT SERVICES IN THE FORM OF PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, in CLASS 41 (U.S. Cl. 107).

First use Aug. 6, 1965; in commerce Aug. 6, 1965.

No claim is made to the exclusive right to use the pictorial representation of the outline of a football helmet, apart from the mark as shown.

The drawing is lined for the colors orange & brown.

Ser. No. 372,264, filed Jun. 29, 1982.

MARTIN MARKS, Examining Attorney

Int. Cls.: 16 and 25

Prior U.S. Cls.: 2, 37, 38, 39 and 50

**United States Patent and Trademark Office**

Reg. No. 1,863,677
Registered Nov. 22, 1994

## TRADEMARK
### PRINCIPAL REGISTER

## CLEVELAND BROWNS

CLEVELAND BROWNS, INC. (DELAWARE CORPORATION)
BOX 679
80 FIRST AVENUE
BEREA, OH 440170679

FOR: TRADING CARDS, POSTERS, MAGA-ZINES AND BOOKS REGARDING FOOTBALL, POSTCARDS, CALENDARS, WRAPPING PAPER, PAPER GIFT BOXES, PAPER STICK-ERS, PAPER NAPKINS, PAPER TOWELS, POS-TERBOOKS, NOTEPADS, PAPER HATS AND GREETING CARDS, IN CLASS 16 (U.S. CLS. 2, 37, 38 AND 50).

FIRST USE 9–0–1963; IN COMMERCE 9–0–1963.

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING AND FOOTWEAR; NAMELY, COACHES CAPS, WOOL HATS, PAINTERS CAPS, BASEBALL CAPS, VISORS, HEAD-BANDS, EAR MUFFS, KNIT FACE MASKS, BELTS, WRISTBANDS, T-SHIRTS, TANK TOPS, PAJAMAS, GOLF SHIRTS, SWEATERS, SWEATSHIRTS, JACKETS, NECKTIES, BRACES, BIBS, JERSEYS, NIGHT SHIRTS, COATS, ROBES, RAINCOATS, PARKAS, PON-CHOS, SNEAKERS, GLOVES, SCARVES, SNOW SUITS, MITTENS, APRONS, DOWN JACKETS, LEATHER JACKETS, SHORTS, SWEATPANTS, JEANS, PANTS, KNICKERS, SOCKS, UNDER-WEAR, BATHING SUITS AND LEG WARM-ERS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 9–0–1963; IN COMMERCE 9–0–1963.

OWNER OF U.S. REG. NOS. 836,116 AND 1,226,244.

SEC. 2(F).

SER. NO. 74–300,704, FILED 8–3–1992.

JEFFREY SMITH, EXAMINING ATTORNEY

Int. Cls.: **16 and 25**

Prior U.S. Cls.: **2, 5, 22, 23, 29, 37, 38, 39 and 50**

## United States Patent and Trademark Office

Reg. No. 2,012,986
Registered Nov. 5, 1996

## TRADEMARK
### PRINCIPAL REGISTER



CLEVELAND BROWNS, INC. (DELAWARE CORPORATION)
BOX 679, 80 FIRST AVENUE
BEREA, OH 440170679

FOR: TRADING CARDS, POSTERS, MAGAZINES RELATING TO FOOTBALL, POSTCARDS, CALENDARS, WRAPPING PAPER, PAPER GIFT BOXES, PAPER STICKERS, PAPER NAPKINS, PAPER TOWELS, BOOKS RELATING TO FOOTBALL, POSTERBOOKS, NOTEPADS, PARTY PAPER HATS AND GREETING CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9–0–1963; IN COMMERCE 9–0–1963.

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING AND FOOTWEAR, NAMELY COACHES CAPS, WOOL HATS, PAINTERS CAPS, BASEBALL CAPS, VISORS, HEADBANDS, EAR MUFFS, KNIT FACE MASKS,

BELTS, WRISTBANDS, T-SHIRTS, TANK TOPS, PAJAMAS, GOLF SHIRTS, SWEATERS, SWEATSHIRTS, JACKETS, NECKTIES, SUSPENDERS, CLOTH BIBS, JERSEYS, NIGHT SHIRTS, COATS, ROBES, RAINCOATS, PARKAS, PONCHOS, SNEAKERS, GLOVES, SCARVES, SNOW SUITS, MITTENS, APRONS, DOWN JACKETS, LEATHER JACKETS, SHORTS, SWEATPANTS, JEANS, PANTS, KNICKERS, SOCKS, UNDERWEAR, BATHING SUITS AND LEG WARMERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9–0–1963; IN COMMERCE 9–0–1963.

OWNER OF U.S. REG. NO. 1,262,689.

THE DRAWING IS LINED FOR THE COLORS ORANGE AND BROWN.

SER. NO. 74–493,057, FILED 2–22–1994.

MICHAEL LEVY, EXAMINING ATTORNEY

# United States Patent Office

841,044
Registered Dec. 19, 1967

## PRINCIPAL REGISTER
### Service Mark

Ser. No. 250,218, filed July 14, 1966

# DALLAS COWBOYS

Dallas Cowboys Football Club, Inc. (Texas corporation)
5738 N. Central Expressway
Dallas, Tex.

For: ENTERTAINMENT SERVICES — NAMELY, FOOTBALL EXHIBITIONS RENDERED LIVE IN STADIA AND THROUGH THE MEDIA OF RADIO AND TELEVISION BROADCASTS—in CLASS 107.
First use Apr. 15, 1960; in commerce Apr. 15, 1960.
Applicant disclaims the word "Dallas," apart from the mark as shown.

J. BREEN, *Examiner.*

*Renewed: 1987*

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 893,942

Registered June 30, 1970

Renewal Approved June 20, 1990

## SERVICE MARK
## PRINCIPAL REGISTER



DALLAS COWBOYS FOOTBALL CLUB, LTD (TEXAS LIMITED PARTNERSHIP)
ONE COWBOYS PARKWAY
IRVING, TX 75063, ASSIGNEE OF DALLAS COWBOYS FOOTBALL CLUB, INC. (TEXAS CORPORATION) DALLAS, TX

THE DRAWING IS LINED TO INDICATE THE COLORS BLUE AND SILVER

FOR: ENTERTAINMENT SERVICES— NAMELY, FOOTBALL EXHIBITIONS RENDERED LIVE IN STADIUMS AND THROUGH THE MEDIA OF RADIO AND TELEVISION BROADCAST, IN CLASS 107 (INT. CL. 41).

FIRST USE 0-0-1962; IN COMMERCE 0-0-1963.

SER. NO. 72-341,895, FILED 10-28-1969.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on July 31, 1990.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**897,133**
Registered Aug. 18, 1970

## PRINCIPAL REGISTER
### Service Mark

Ser. No. 341,894, filed Oct. 28, 1969

## COWBOYS

Dallas Cowboys Football Club, Inc. (Texas corporation)
6116 N. Central Expressway
Dallas, Tex. 75206

For: ENTERTAINMENT SERVICES—NAMELY, FOOTBALL EXHIBITIONS RENDERED LIVE IN STADIUM AND THROUGH THE MEDIA OF RADIO AND TELEVISION BROADCASTS—in CLASS 107 (INT. CL. 41).

First use Apr. 1, 1960; in commerce Apr. 1, 1960.

Owner of Reg. No. 841,044.

M. H. MARKS, Examiner

Int. Cl.: 41

Prior U.S. Cl.: 107

United States Patent and Trademark Office

Reg. No. 1,246,625
Registered Jul. 26, 1983

## SERVICE MARK
### Principal Register



Dallas Cowboys Football Club, Inc. (Texas corporation)
6116 N. Central Expressway
Dallas, Tex. 75206

For: ENTERTAINMENT SERVICES—NAMELY, ORGANIZING AND CONDUCTING PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, in CLASS 41 (U.S. Cl. 107).

First use Aug. 15, 1964, in commerce Aug. 15, 1964.

Owner of U.S. Reg. No. 893,942 and others.

No claim is made to the exclusive right to use the outline of a football uniform and the numeral "7", apart from the mark as shown.

The drawing is lined for the color silver blue. Sec. 2(f).

Ser. No. 363,719, filed May 10, 1982.

CARLISLE WALTERS, Examining Attorney

Int. Cl.: 41

Prior U.S. Cl.: 107

## United States Patent and Trademark Office

Reg. No. 1,398,001
Registered June 17, 1986

## SERVICE MARK
### PRINCIPAL REGISTER



DALLAS COWBOYS FOOTBALL CLUB, LTD.,
THE (TEXAS LIMITED PARTNERSHIP)
6116 N. CENTRAL EXPRESSWAY
DALLAS, TX 75206

FOR: ENTERTAINMENT SERVICES IN THE
FORM OF FOOTBALL GAMES AND EXHIBI-
TIONS. IN CLASS 41 (U.S. CL. 107).
FIRST   USE   4-15-1960;   IN   COMMERCE
4-15-1960.
OWNER OF U.S. REG. NO. 893,942.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE THE REPRESENTATION OF
THE OUTLINE OF THE FOOTBALL HELMET,
APART FROM THE MARK AS SHOWN.
THE   DRAWING   IS   LINED   FOR   THE
COLORS SILVER AND BLUE.

SER. NO. 533,507, FILED 4-22-1985.

DAVID A. HERDMAN, EXAMINING ATTOR-
NEY

Int. Cls.: 16 and 25

Prior U.S. Cls.: 2, 37, 38, 39 and 50

**United States Patent and Trademark Office**

Reg. No. 2,358,931

Registered June 20, 2000

## TRADEMARK
### PRINCIPAL REGISTER



DALLAS COWBOYS FOOTBALL CLUB, LTD.
 (TEXAS LIMITED PARTNERSHIP)
ONE COWBOYS PARKWAY
IRVING, TX 750634727

FOR: TRADING CARDS, POSTERS, MAGAZINES RELATING TO FOOTBALL, POSTCARDS, CALENDARS, WRAPPING PAPER, PAPER GIFT BOXES, PAPER STICKERS, PAPER NAPKINS, PAPER TOWELS, BOOKS RELATING TO FOOTBALL, BOOKS OF DETACHABLE POSTERS RELATING TO FOOTBALL, NOTEPADS, PAPER PARTY HATS AND GREETING CARDS, IN CLASS 16 (U.S. CLS. 2, 37, 38 AND 50).

FIRST USE 9–0–1963; IN COMMERCE 9–0–1963.

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING AND FOOTWEAR; NAMELY, COACHES CAPS, WOOL HATS, PAINTERS CAPS, BASEBALL CAPS, VISORS, HEADBANDS, EAR MUFFS, KNIT FACE MASKS, BELTS, WRISTBANDS, T-SHIRTS, TANK TOPS, PAJAMAS, GOLF SHIRTS, SWEATERS, SWEATSHIRTS, JACKETS, NECKTIES, SUSPENDERS, CLOTH BIBS, JERSEYS, NIGHT SHIRTS, COATS, ROBES, RAINCOATS, PARKAS, PONCHOS, SNEAKERS, GLOVES, SCARVES, SNOW SUITS, MITTENS, APRONS, DOWN JACKETS, LEATHER JACKETS, SHORTS, SWEATPANTS, JEANS, PANTS, KNICKERS, SOCKS, UNDERWEAR, BATHING SUITS AND LEG WARMERS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 9–0–1963; IN COMMERCE 9–0–1963.

OWNER OF U.S. REG. NOS. 893,942 AND 1,398,001.

SER. NO. 74–318,689, FILED 8–3–1992.

SCOTT GOODPASTER, EXAMINING ATTORNEY

Int. Cls.: 35, 36, 38 and 41

Prior U.S. Cls.: 100, 101, 102, 104 and 107

**United States Patent and Trademark Office**

Reg. No. 2,984,690
Registered Aug. 16, 2005

## SERVICE MARK
### PRINCIPAL REGISTER



DALLAS COWBOYS FOOTBALL CLUB, LTD. (TEXAS LIMITED PARTNERSHIP)
ONE COWBOYS PARKWAY
IRVING, TX 750634727

FOR: ONLINE RETAIL STORE SERVICES FEATURING A WIDE VARIETY OF GENERAL MERCHANDISE PRODUCTS; PROMOTING PUBLIC AWARENESS AS TO THE NEED FOR COMMUNITY INVOLVEMENT IN CHARITIES AND CHARITABLE FUNDRAISING BY HOSTING AND SPONSORING CHARITY EVENTS; ADVERTISING SERVICES, NAMELY, PROMOTING THE GOODS AND SERVICES OF OTHERS VIA A WEB SITE ON THE INTERNET, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 0-0-1975; IN COMMERCE 0-0-1975.

FOR: CHARITABLE FUNDRAISING SERVICES; REAL ESTATE INVESTMENT, REAL ESTATE MORTGAGE BROKERAGE AND REAL ESTATE BROKERAGE SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 0-0-1975; IN COMMERCE 0-0-1975.

FOR: PROVIDING MULTIPLE-USER ACCESS TO INTERACTIVE COMPUTER DATABASES IN THE FIELDS OF ATHLETICS AND ATHLETIC COMPETITIONS; PROVIDING COMPUTER BULLETIN BOARDS AND REAL-TIME CHAT ROOMS FOR TRANSMISSION OF MESSAGES AMONG COMPUTER USERS IN THE FIELD OF ATHLETICS AND ATHLETIC COMPETITIONS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 0-0-1975; IN COMMERCE 0-0-1975.

FOR: EDUCATIONAL AND ENTERTAINMENT SERVICES, NAMELY, PROVIDING PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS; PROVIDING SPORTS AND ENTERTAINMENT INFORMATION VIA A GLOBAL COMPUTER NETWORK OR A COMMERCIAL ONLINE SERVICE; FAN CLUBS; ORGANIZATION OF SPORTS AND SPORTS EVENTS; ENTERTAINMENT SERVICES PROVIDED DURING INTERVALS AT SPORTING EVENTS, NAMELY, THEATRICAL, MUSICAL AND MULTIMEDIA PERFORMANCES; ARRANGING AND ORGANIZING OF ATHLETIC COMPETITIONS, PHYSICAL EDUCATIONAL INSTRUCTION AND TRAINING, PRODUCTION OF RADIO AND TELEVISION PROGRAMS; GOLF CLUB SERVICES; PROVIDING ENTERTAINMENT IN THE NATURE OF GOLF TOURNAMENTS; SPORTS CAMPS; PROVIDING FACILITIES FOR SPORTS EXHIBITIONS; PROVIDING FACILITIES FOR RECREATIONAL ACTIVITIES; PROVIDING SPORTS INFORMATION VIA A WEB SITE ON THE INTERNET, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 0-0-1975; IN COMMERCE 0-0-1975.

OWNER OF U.S. REG. NOS. 1,087,850, 2,656,022 AND OTHERS.

SER. NO. 76-582,638, FILED 3-24-2004.

PAUL F. GAST, EXAMINING ATTORNEY

Int. Cls.: **4, 16, 18, 20 and 24**

Prior U.S. Cls.: **1, 2, 3, 5, 6, 13, 15, 22, 23, 25, 29, 32, 37, 38, 41, 42 and 50**

Reg. No. 2,996,639

## United States Patent and Trademark Office

Registered Sep. 20, 2005

## TRADEMARK
### PRINCIPAL REGISTER



DALLAS COWBOYS FOOTBALL CLUB, LTD. (TEXAS LIMITED PARTNERSHIP)
ONE COWBOYS PARKWAY
IRVING, TX 750634727

FOR: CANDLES, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 0-0-1975; IN COMMERCE 0-0-1975.

FOR: STICKERS, NOTE CARDS, PAPER WEIGHTS, AND PENS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1975; IN COMMERCE 0-0-1975.

FOR: UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1975; IN COMMERCE 0-0-1975.

FOR: NON-METAL KEY RINGS, DECORATIVE NON-METALLIC ORNAMENTS, NAMELY, VEHICLE ANTENNA TOPPERS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 0-0-1975; IN COMMERCE 0-0-1975.

FOR: TOWELS, FABRIC FLAGS, AND COMFORTERS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 0-0-1975; IN COMMERCE 0-0-1975.

OWNER OF U.S. REG. NOS. 1,087,850, 2,656,022 AND OTHERS.

THE MARK CONSISTS OF A STAR WITH A BORDER DESIGN.

SER. NO. 76-582,640, FILED 3-24-2004.

STEVEN JACKSON, EXAMINING ATTORNEY

Int. Cls.: 9, 12, 20, 21, 27 and 28

Prior U.S. Cls.: 2, 13, 19, 20, 21, 22, 23, 25, 26, 29, 30, 31, 32, 33, 35, 36, 37, 38, 40, 42, 44 and 50

**United States Patent and Trademark Office**

Reg. No. 3,094,659
Registered May 23, 2006

## TRADEMARK
### PRINCIPAL REGISTER



DALLAS COWBOYS FOOTBALL CLUB, LTD. (TEXAS LIMITED PARTNERSHIP)
ONE COWBOYS PARKWAY
IRVING, TX 750634727

FOR: FOOTBALL HELMETS; TAPE RULERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1975; IN COMMERCE 0-0-1975.

FOR: LICENSE PLATE FRAMES; FITTED SUN-SHADES FOR VEHICLES; FITTED TRAILER HITCH COVERS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 0-0-1975; IN COMMERCE 0-0-1975.

FOR: ACRYLIC DISPLAY CASES; PLASTIC NO-VELTY LICENSE PLATES, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 0-0-1975; IN COMMERCE 0-0-1975.

FOR: BEVERAGE GLASSWARE; NON-METAL PIGGY BANKS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 0-0-1975; IN COMMERCE 0-0-1975.

FOR: FLOOR MATS FOR VEHICLES, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 0-0-1975; IN COMMERCE 0-0-1975.

FOR: TOY CARS, TOY BALLS, TOY HELMETS, FOOTBALLS, GOLF ACCESSORIES, NAMELY, BALLS, TEES, BALL MARKERS AND BALL REPAIR DEVICES, GOLF CLUB COVERS, DOLLS, SOCCER BALLS, DOMINOES AND TOY TRAINS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-1975; IN COMMERCE 0-0-1975.

OWNER OF U.S. REG. NOS. 1,087,850, 2,656,022 AND OTHERS.

THE MARK CONSISTS OF A STAR WITH A BORDER DESIGN.

SER. NO. 76-582,639, FILED 3-24-2004.

KATHLEEN M. VANSTON, EXAMINING ATTOR-NEY

Int. Cls.: 11, 14 and 25

Prior U.S. Cls.: 2, 13, 21, 22, 23, 27, 28, 31, 34, 39 and 50

## United States Patent and Trademark Office

Reg. No. 3,097,072
Registered May 30, 2006

## TRADEMARK
### PRINCIPAL REGISTER



DALLAS COWBOYS FOOTBALL CLUB, LTD. (TEXAS LIMITED PARTNERSHIP)
ONE COWBOYS PARKWAY
IRVING, TX 750634727

FOR: ELECTRIC NIGHT LIGHTS, LAMPS, AND BLINKING NOVELTY LIGHTS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 0-0-1975; IN COMMERCE 0-0-1975.

FOR: ORNAMENTAL PINS, JEWELRY, NECKLACES, CLOCKS AND WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1975; IN COMMERCE 0-0-1975.

FOR: HATS, CAPS, VISORS, HEADBANDS, GLOVES, SHIRTS, T-SHIRTS, POLO SHIRTS, SHORTS, PANTS, JACKETS, SWEAT SUITS, COATS, SWEATSHIRTS, OVERALLS, GIRL CHEERLEADER UNIFORMS, INFANT APPAREL, NAMELY, INFANT T-SHIRTS, ROMPERS, CREEPERS, FLEECE SETS COMPRISING FLEECE TOPS AND BOTTOMS, JERSEYS, CHEERLEADING SETS COMPRISING SKIRTS, SHIRTS AND VESTS, INFANT AND TODDLER ONE PIECE CLOTHING, WIND SUITS AND PAJAMAS, MASKS, NAMELY, SLEEP MASKS AND SKI MASKS, AND PONCHOS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1975; IN COMMERCE 0-0-1975.

OWNER OF U.S. REG. NOS. 2,358,931, 2,770,630 AND OTHERS.

THE MARK CONSISTS OF A STAR WITH A BORDER DESIGN.

SER. NO. 76-582,641, FILED 3-24-2004.

STEVEN JACKSON, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cl.: 107

United States Patent and Trademark Office

Reg. No. 921,748
Registered Oct. 5, 1971
Renewal Term Begins Oct. 5, 1991

10 Year Renewal

## SERVICE MARK
## PRINCIPAL REGISTER

### DENVER BRONCOS

PDB SPORTS, LTD. (COLORADO LIM-
ITED PARTNERSHIP), DBA DENVER
BRONCOS,
13655 EAST DOVE VALLEY PARKWAY
ENGLEWOOD, CO 80112, BY MERGER,
ASSIGNMENT AND CHANGE OF
NAME FROM EMPIRE SPORTS, INC.
(COLORADO     CORPORATION)
DENVER, CO

FOR: ENTERTAINMENT SERVICES—
NAMELY, FOOTBALL EXHIBITIONS
RENDERED LIVE IN STADIA AND
THROUGH THE MEDIA OF RADIO
AND TELEVISION BROADCASTS, IN
CLASS 107 (INT. CL. 41).

FIRST USE 1-0-1960; IN COMMERCE
1-0-1960.

SER. NO. 72-362,502, FILED 6-12-1970.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Nov. 12, 1991.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

921,750
Registered Oct. 5, 1971

## PRINCIPAL REGISTER
### Service Mark

Ser. No. 362,504, filed June 12, 1970

## BRONCOS

Empire Sports, Inc. (Colorado corporation)
461 First National Bank Bldg., 17th and Welton Sts.
Denver, Colo. 80202

For: ENTERTAINMENT SERVICES—NAMELY, FOOTBALL EXHIBITIONS RENDERED LIVE IN STADIA AND THROUGH THE MEDIA OF RADIO AND TELEVISION BROADCASTS—in CLASS 107 (INT. CL. 41).

First use January 1960; in commerce January 1960.

Int. Cls.: **16 and 25**

Prior U.S. Cls.: **22, 37, 38, 39 and 50**

Reg. No. 1,807,452

**United States Patent and Trademark Office**   Registered Nov. 30, 1993

## TRADEMARK
### PRINCIPAL REGISTER

## DENVER BRONCOS

PDB SPORTS, LTD. (COLORADO LIMITED PARTNERSHIP), DBA DENVER BRONCOS
13655 EAST DOVE VALLEY PARKWAY
ENGLEWOOD, CO 80112

FOR: TRADING CARDS, POSTERS, MAGA-ZINES RELATING TO FOOTBALL, POST-CARDS, CALENDARS, WRAPPING PAPER, PAPER GIFT BOXES, PAPER STICKERS, PAPER NAPKINS, PAPER TOWELS, BOOKS RELATING TO FOOTBALL, POSTERBOOKS, NOTEPADS, PAPER PARTY HATS AND GREETING CARDS, IN CLASS 16 (U.S. CLS. 22, 37, 38 AND 50).

FIRST USE 9-0-1970; IN COMMERCE 9-0-1970.

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING AND FOOTWEAR; NAMELY, COACHES CAPS, WOOL HATS, PAINTERS CAPS, BASEBALL CAPS, VISORS, HEAD-BANDS, EAR MUFFS, KNIT FACE MASKS, BELTS, WRISTBANDS, T-SHIRTS, TANK TOPS, PAJAMAS, GOLF SHIRTS, SWEATERS,

SWEATSHIRTS, JACKETS, NECKTIES, SUS-PENDERS, CLOTH BIBS, JERSEYS, NIGHT SHIRTS, COATS, ROBES, RAINCOATS, PARKAS, PONCHOS, SNEAKERS, GLOVES, SCARVES, SNOW SUITS, MITTENS, APRONS, DOWN JACKETS, LEATHER JACKETS, SHORTS, SWEATPANTS, JEANS, PANTS, KNICKERS, SOCKS, UNDERWEAR, BATHING SUITS AND LEG WARMERS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 2-0-1970; IN COMMERCE 2-0-1970.

OWNER OF U.S. REG. NOS. 921,748 AND 921,750.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "DENVER", APART FROM THE MARK AS SHOWN.

SER. NO. 74-309,391, FILED 8-31-1992.

PATRICIA HORRALL, EXAMINING ATTOR-NEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 2,175,702

Registered July 21, 1998

## TRADEMARK
## PRINCIPAL REGISTER



PDB SPORTS, LTD. (COLORADO LIMITED PARTNERSHIP), DBA DENVER BRONCOS, 13655 BRONCOS PARKWAY ENGLEWOOD, CO 80112

FOR: POSTERS, CALENDARS, TRADING CARDS, BOOKS RELATING TO FOOTBALL, MAGAZINES RELATING TO FOOTBALL, NOTEPADS, STICKERS, BUMPER STICKERS, PENS AND PENCILS, CREDIT CARDS, PAPER PENNANTS AND GREETING CARDS, IN

CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 2–4–1997; IN COMMERCE 2–4–1997.

OWNER OF U.S. REG. NOS. 921,749, 1,889,821, AND OTHERS.

SN 75–236,319, FILED 2–4–1997.

MARY ROSSMAN, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,177,555

Registered July 28, 1998

## TRADEMARK
### PRINCIPAL REGISTER



PDB SPORTS, LTD. (COLORADO LIMITED PARTNERSHIP), DBA DENVER BRONCOS, 13655 BRONCOS PARKWAY ENGLEWOOD, CO 80112

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY, FLEECE TOPS AND BOTTOMS, CAPS, T-SHIRTS, SWEATSHIRTS, SHORTS, TANK TOPS, SWEATERS, PANTS, JACKETS, TURTLENECKS, JUMPSUITS, JERSEYS, WARM UP SUITS, SWIMWEAR, WIND RESISTANT JACKETS, PARKAS, SLEEP-

WEAR, NAMELY, ROBES AND PAJAMAS, GLOVES, SCARVES, APRONS, FOOTWEAR, NAMELY, BOOTS, SNEAKERS AND ATHLETIC SHOES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-0-1997; IN COMMERCE 2-0-1997.

OWNER OF U.S. REG. NOS. 921,749, 1,889,821, AND OTHERS.

SN 75-236,022, FILED 2-4-1997.

MARY ROSSMAN, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101, and 107

Reg. No. 2,177,558

## United States Patent and Trademark Office

Registered July 28, 1998

## SERVICE MARK
### PRINCIPAL REGISTER



PDB SPORTS, LTD. (COLORADO LIMITED PARTNERSHIP), DBA DENVER BRONCOS, 13655 BRONCOS PARKWAY ENGLEWOOD, CO 80112

FOR: ENTERTAINMENT SERVICES, NAMELY, PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 2-4-1997; IN COMMERCE 2-4-1997.

OWNER OF U.S. REG. NOS. 921,749, 1,889,821, AND OTHERS.

SN 75-236,317, FILED 2-4-1997.

MARY ROSSMAN, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

Reg. No. 2,177,559

## United States Patent and Trademark Office

Registered July 28, 1998

## TRADEMARK
### PRINCIPAL REGISTER



PDB SPORTS, LTD. (COLORADO LIMITED PARTNERSHIP), DBA DENVER BRONCOS, 13655 BRONCOS PARKWAY ENGLEWOOD, CO 80112 PDB SPORTS, LTD. (COLORADO LIMITED PARTNERSHIP), DBA DENVER BRONCOS,

13655 BRONCOS PARKWAY
ENGLEWOOD, CO 80112

FOR: GOLF BALLS, GOLF BAGS, GOLF CLUBS, GOLF CLUB COVERS, BOWLING BALLS, BOWLING BAGS, FOOTBALLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 3-0-1997; IN COMMERCE 3-0-1997.

OWNER OF U.S. REG. NOS. 921,749, 1,889,821, AND OTHERS.

SN 75-236,320, FILED 2-4-1997.

MARY ROSSMAN, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

## United States Patent and Trademark Office

Reg. No. 2,369,832

Registered July 25, 2000

## SERVICE MARK
### PRINCIPAL REGISTER



PDB SPORTS, LTD. (COLORADO LIMITED PART-
NERSHIP), DBA DENVER BRONCOS
13655 BRONCOS PARKWAY
ENGLEWOOD, CO 80112

FOR: ENTERTAINMENT SERVICES, NAMELY,
PROFESSIONAL FOOTBALL GAMES AND EXHIBI-
TIONS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 2-4-1997; IN COMMERCE 2-4-1997.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT
TO USE "97" OR THE REPRESENTATION OF THE
OUTLINE OF THE UNIFORM JERSEY, APART
FROM THE MARK AS SHOWN.

THE MARK IS LINED FOR THE COLORS BLUE
AND ORANGE.

THE DRAWING IS A TWO-DIMENSIONAL REP-
RESENTATION OF THE MARK, WHICH CONSISTS
OF THE DESIGN ELEMENTS AND COLOR COM-
BINATIONS APPEARING ON A THREE-DIMEN-
SIONAL FOOTBALL UNIFORM JERSEY WORN BY
PLAYERS IN APPLICANT'S GAMES AND EXHIBI-
TIONS.

SEC. 2(F).

SER. NO. 75-461,447, FILED 4-2-1998.

KARYN RYAN, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,454,969
Registered May 29, 2001

## TRADEMARK
### PRINCIPAL REGISTER

### BRONCOS

PDB SPORTS, LTD. (COLORADO LIMITED PARTNERSHIP), DBA DENVER BRONCOS
13655 BRONCOS PARKWAY
ENGLEWOOD, CO 80112

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY, FLEECE TOPS AND BOTTOMS, CAPS, HEADWEAR, T-SHIRTS, SWEATSHIRTS, SHORTS, TANK TOPS, SWEATERS, PANTS, JACKETS, TURTLENECKS, JUMPSUITS, GOLF SHIRTS, JERSEYS, WRISTBANDS, WARM UP SUITS, SWIMWEAR, WIND RESISTANT JACKETS, RAINCOATS, PARKAS, PONCHOS, TIES, SUSPENDERS, CLOTH BIBS, SLEEPWEAR, NAMELY,

ROBES, NIGHT SHIRTS AND PAJAMAS, GLOVES, MITTENS, KNIT HATS, SCARVES, APRONS, HEADBANDS, EAR MUFFS AND UNDERWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-30-1970; IN COMMERCE 9-30-1970.

OWNER OF U.S. REG. NO. 1,807,452.

SER. NO. 75-898,554, FILED 1-19-2000.

EDWARD NELSON, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

## United States Patent and Trademark Office

Reg. No. 2,600,031
Registered July 30, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## BRONCOS

PDB SPORTS, LTD. (COLORADO LIMITED PARTNERSHIP), DBA DENVER BRONCOS
13655 BRONCOS PARKWAY
ENGLEWOOD, CO 80112

FOR: TOYS AND SPORTING GOODS, NAMELY, PLUSH TOYS, STUFFED ANIMALS, PLAY FIGURES, GOLF BALLS, GOLF BAGS, BOWLING BALLS, BOWLING BAGS, FOOTBALLS, BOARD GAMES RELATING TO FOOTBALL, CHRISTMAS TREE ORNAMENTS, BALLOONS, JIGSAW PUZ-ZLES; ALL OF THE AFOREMENTIONED GOODS TO PROMOTE AN AFFILIATION OR ASSOCIATION WITH A PROFESSIONAL FOOTBALL TEAM, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-30-1970; IN COMMERCE 9-30-1970.

SER. NO. 75-898,555, FILED 1-19-2000.

EDWARD NELSON, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 943,810

Registered Sep. 26, 1972

Renewal Term Begins Sep. 26, 1992

### SERVICE MARK
### PRINCIPAL REGISTER

## DETROIT LIONS

DETROIT LIONS, INC., THE (MICHI-
GAN CORPORATION)
1200 FEATHERSTONE ROAD
PONTIAC, MI 48507

NO CLAIM TO EXCLUSIVE RIGHTS
IN THE WORD "DETROIT" IS MADE
APART FROM THE MARK.

FOR: PROFESSIONAL FOOTBALL
CLUB ACTIVITIES—NAMELY, FOOT-
BALL EXHIBITIONS FOR LIVE, RADIO
AND TELEVISION AUDIENCES, IN
CLASS 107 (INT. CL. 41).
FIRST USE 9-0-1934; IN COMMERCE
9-0-1934.

SER. NO. 72-394,898, FILED 6-15-1971.



*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Aug. 24, 1993.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

972,622

Registered Nov. 6, 1973

## PRINCIPAL REGISTER
### Service Mark

Ser. No. 435,656, filed Sept. 14, 1972



The Detroit Lions, Inc. (Michigan corporation)
1401 Michigan Ave.
Detroit, Mich.   48216

For: ENTERTAINMENT SERVICES IN THE FORM OF PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS FOR LIVE, RADIO AND TELE-VISION AUDIENCES, in CLASS 107 (INT. CL. 41).

First use in or about August 1961; in commerce in or about August 1961.

No claim to exclusive rights in a descriptive representation of a football helmet per se is made apart from the mark as shown.

REGISTERED FOR A TERM OF 20 YEARS FROM

COMB. AFF. SEC. 8 & 15

Nov. 6, 1973

*Renewal sent*

CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION WHICH IS IN FULL FORCE AND EFFECT WITH NOTATION OF ALL STATUTORY ACTIONS TAKEN THEREON, AS DIS-CLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE. SAID RECORDS SHOW TITLE TO BE IN:

Registrant

Attest

DEC 17 1992

Attesting Officer

Acting Commissioner of Patents and Trademarks

Int. Cl.: 41

Prior U.S. Cl.: 107

Reg. No. 1,224,582

## United States Patent and Trademark Office

Registered Jan. 18, 1983

### SERVICE MARK
Principal Register



*Sections 8 & 5*
*Affidavit*
*filed & accepted*

The Detroit Lions, Inc. (Michigan corporation)
Pontiac Silverdome, Box 4200
1200 Featherston Rd.
Pontiac, Mich. 48057

For: ENTERTAINMENT SERVICES IN THE FORM OF PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, in CLASS 41 (U.S. Cl. 107).

First use Aug. 4, 1979, in commerce Aug. 4, 1979.

Owner of U.S. Reg. Nos. 943,810, 969,405, 969,407 and 972,622.

No claim is made to the exclusive use of the

numeral "7" or the outline of the uniform apart from the mark as shown.

The mark is lined for the colors Honolulu blue and silver.

The drawing is a two-dimensional representation of the mark, which consists of the design elements and color combinations appearing on a three-dimensional football uniform worn by players in applicant's games and exhibitions.

Sec. 2(f).

Ser. No. 336,689, filed Nov. 12, 1981.

PETER T. GELISSEN, Examiner

**Int. Cls.: 16 and 25**

**Prior U.S. Cls.: 2, 37, 38, 39 and 50**

**Reg. No. 1,850,662**

# United States Patent and Trademark Office
Registered Aug. 23, 1994

## TRADEMARK
## PRINCIPAL REGISTER



DETROIT LIONS, INC. (MICHIGAN CORPORA-
TION)
1200 FEATHERSTONE ROAD
PONTIAC, MI 48507

FOR: TRADING CARDS, POSTERS, MAGA-
ZINES RELATING TO FOOTBALL, POST-
CARDS, CALENDARS, WRAPPING PAPER,
PAPER GIFT BOXES, PAPER STICKERS
PAPER NAPKINS, PAPER TOWELS, BOOKS
RELATING TO FOOTBALL, POSTERBOOKS,
NOTEPADS, PAPER HATS AND GREETING
CARDS, IN CLASS 16 (U.S. CLS. 2, 37, 38 AND
50).

FIRST USE 9–0–1963; IN COMMERCE
9–0–1963.

FOR: MEN'S, WOMEN'S AND CHILDREN'S
CLOTHING AND FOOTWEAR; NAMELY,
COACHES CAPS, WOOL HATS, PAINTERS
CAPS, BASEBALL CAPS, VISORS, HEAD-

BANDS, EAR MUFFS, KNIT FACE MASKS,
BELTS, WRISTBANDS, T-SHIRTS, TANK TOPS,
PAJAMAS, GOLF SHIRTS, SWEATERS,
SWEATSHIRTS, JACKETS, NECKTIES,
BRACES, CLOTH BIBS, JERSEYS, NIGHT
SHIRTS, COATS, ROBES, RAINCOATS,
PARKAS, PONCHOS, SNEAKERS, GLOVES,
SCARVES, SNOW SUITS, MITTENS, APRONS,
DOWN JACKETS, LEATHER JACKETS,
SHORTS, SWEATPANTS, JEANS, PANTS,
KNICKERS, SOCKS, UNDERWEAR, BATHING
SUITS AND LEG WARMERS, IN CLASS 25
(U.S. CL. 39).

FIRST USE 9–0–1963; IN COMMERCE
9–0–1963.

OWNER OF U.S. REG. NO. 972,622.

SER. NO. 74–300,685, FILED 8–3–1992.

LINDA E. BLOHM, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**

Reg. No. 1,899,292
Registered June 13, 1995

## SERVICE MARK
### PRINCIPAL REGISTER

## LIONS

DETROIT LIONS, INC. (MICHIGAN CORPORA-
TION)
1200 FEATHERSTONE ROAD
PONTIAC, MI 48507

FOR: ENTERTAINMENT SERVICES IN THE
FORM OF PROFESSIONAL FOOTBALL
GAMES AND EXHIBITIONS, IN CLASS 41 (U.S.
CL. 107).

FIRST USE 9-0-1934; IN COMMERCE
9-0-1934.
OWNER OF U.S. REG. NOS. 943,810 AND
972,622.

SER. NO. 74-528,080, FILED 5-20-1994.

CINDI GREENBAUM, EXAMINING ATTOR-
NEY

Int. Cls.: **16 and 25**

Prior U.S. Cls.: **2, 5, 22, 23, 29, 37, 38, 39 and 50**

Reg. No. 2,692,088

## United States Patent and Trademark Office

Registered Mar. 4, 2003

## TRADEMARK
### PRINCIPAL REGISTER

# DETROIT LIONS

DETROIT LIONS, INC. (MICHIGAN CORPORATION)
1200 FEATHERSTONE ROAD
PONTIAC, MI 48507

FOR: POSTERS, CALENDARS, TRADING CARDS, SERIES OF BOOKS RELATING TO FOOTBALL, MAGAZINES RELATING TO FOOTBALL, NEWSLETTERS RELATING TO FOOTBALL, NOTE PADS, STICKERS, BUMPER STICKERS, CREDIT CARDS WITHOUT MAGNETIC CODING, NOTE PADS, PAPER PENNANTS AND GREETING CARDS; PRINTED TICKETS TO SPORTS GAMES AND EVENTS; NON-MAGNETICALLY CODED PREPAID PHONE CARDS, PENS AND PENCILS, PENCIL CASES, RUB ON DECORATIVE TRANSFERS, NOTE PAPER, PICTORIAL PRINTS, PICTURE POSTCARDS, ART PICTURES, STATIONERY, ENVELOPES, STATIONERY-TYPE PORTFOLIOS, PHOTO ALBUMS, SCRAPBOOK ALBUMS, RING BINDERS, CHECKBOOK COVERS, TISSUE PAPER, WRAPPING PAPER, PLAYING CARDS, PAPER TABLE CLOTHS, PAPER NAPKINS, PAPER PARTY HATS, PAPER PARTY INVITATIONS, PAPER GIFT CARDS; PAPER GIFT BAGS, PAPER GIFT BOXES, PAPER DECORATIONS, COLLECTIBLE CARDS; COLLECTIBLE CARD AND MEMORABILIA HOLDERS, SOUVENIR PROGRAMS FOR SPORTS EVENTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-0-1963; IN COMMERCE 9-0-1963.

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY, FLEECE TOPS AND BOTTOMS, CAPS, HEADWEAR, T-SHIRTS, SWEATSHIRTS, SHORTS, TANK TOPS, JEANS, SWEATERS, PANTS, JACKETS, TURTLENECKS, JUMPSUITS, GOLF SHIRTS, WOVEN SHIRTS, KNIT SHIRTS, JERSEYS, WRISTBANDS, WARM UP SUITS, SWIMWEAR, WIND RESISTANT JACKETS, RAINCOATS, PARKAS, PONCHOS, GLOVES, TIES, SUSPENDERS, CLOTH BIBS, SLEEPWEAR, NAMELY, ROBES, NIGHT SHIRTS AND PAJAMAS, MITTENS, KNIT HATS AND CAPS, SCARVES, APRONS, HEADBANDS, EAR MUFFS, UNDERWEAR, SNEAKERS AND SLIPPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-0-1963; IN COMMERCE 9-0-1963.

OWNER OF U.S. REG. NOS. 943,810 AND 1,899,292.

SEC. 2(F).

SER. NO. 76-171,661, FILED 11-27-2000.

DOMINICK J. SALEMI, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cl.: 107

Reg. No. 1,100,375

**United States Patent and Trademark Office**

Registered Aug. 22, 1978

10 Year Renewal

Renewal Term Begins Aug. 22, 1998

## SERVICE MARK
## PRINCIPAL REGISTER

## PACKERS
—

GREEN BAY PACKERS, INC. (WISCON-SIN CORPORATION)
1265 LOMBARDI AVE.
GREEN BAY, WI 54304

FOR: ENTERTAINMENT SERVICES IN THE FORM OF PROFESSIONAL

FOOTBALL GAMES AND EXHIBI-TIONS, IN CLASS 41 (U.S. CL. 107).

FIRST USE 1-21-1921; IN COMMERCE 1-21-1921.

SER. NO. 73-154,475, FILED 1-6-1978.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Dec. 15, 1998.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**

**Reg. No. 1,107,558**

Registered Nov. 28, 1978

10 Year Renewal

Renewal Term Begins Nov. 28, 1998

## SERVICE MARK
## PRINCIPAL REGISTER



GREEN BAY PACKERS, INC. (WISCONSIN CORPORATION)
1265 LOMBARDI AVE.
GREEN BAY, WI 54304

WITHOUT WAIVING ANY OF ITS COMMON LAW RIGHTS, APPLICANT DISCLAIMS THE REPRESENTATION OF THE FOOTBALL HELMET APART FROM THE MARK AS SHOWN.

FOR: ENTERTAINMENT SERVICES IN THE FORM OF PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, IN CLASS 41 (U.S. CL. 107).

FIRST USE 1-15-1960; IN COMMERCE 1-15-1960.

SER. NO. 73-154,476, FILED 1-6-1978.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Apr. 27, 1999.*

COMMISSIONER OF PATENTS AND TRADEMARKS