**EXHIBIT C**
**(Part 3 of 4)**

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**

Reg. No. 1,228,988
Registered Mar. 1, 1983

## SERVICE MARK
### Principal Register



*Section 8 & 15
Affidavit filed
and accepted*

The New York Football Giants, Inc. (New York corporation)
Giants Stadium
East Rutherford, N.J. 07073

For: ENTERTAINMENT SERVICES IN THE FORM OF PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, in CLASS 41 (U.S. Cl. 107).

First use Aug. 22, 1980, in commerce Aug. 22, 1980.

Owner of U.S. Reg. Nos. 835,079 and 936,119.

No claim is made to the exclusive right to use "7"

or the outline of the uniform, apart from the mark as shown.

The drawing is lined for the colors blue and red.

The drawing is a two-dimensional representation of the mark, which consists of the design elements and color combinations appearing on a three-dimensional football uniform worn by players in applicant's games and exhibitions.

See 2(f).

Ser. No. 336,700, filed Nov. 12, 1981.

PETER T. GELISSEN, Examiner

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,843,003

## United States Patent and Trademark Office    Registered July 5, 1994

## TRADEMARK
### PRINCIPAL REGISTER

## NEW YORK GIANTS

NEW YORK FOOTBALL GIANTS, INC. (NEW YORK CORPORATION)
GIANTS STADIUM
EAST RUTHERFORD, NJ 07073

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING AND FOOTWEAR; NAMELY, COACHES CAPS, WOOL HATS, PAINTERS CAPS, BASEBALL CAPS, VISORS, HEADBANDS, EAR MUFFS, KNIT FACE MASKS, BELTS, WRISTBANDS, T-SHIRTS, TANK TOPS, PAJAMAS, GOLF SHIRTS, SWEATERS, SWEATSHIRTS, JACKETS, NECKTIES, BRACES, BIBS, JERSEYS, NIGHT SHIRTS, COATS, ROBES, RAINCOATS, PARKAS, PONCHOS, SNEAKERS, GLOVES, SCARVES, SNOW SUITS, MITTENS, APRONS, DOWN JACKETS, LEATHER JACKETS, SHORTS, SWEATPANTS, JEANS, PANTS, KNICKERS, SOCKS, UNDERWEAR, BATHING SUITS AND LEG WARMERS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 9-0-1963; IN COMMERCE 9-0-1963.

OWNER OF U.S. REG. NOS. 835,679, 1,174,598 AND OTHERS.

SEC. 2(F).

SER. NO. 74-300,717, FILED 8-3-1992.

LAVERNE PREDDIE, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 37 and 38

**United States Patent and Trademark Office**

Reg. No. 1,927,075
Registered Oct. 17, 1995

## TRADEMARK
### PRINCIPAL REGISTER

## NEW YORK GIANTS

NEW YORK FOOTBALL GIANTS, INC. (NEW YORK CORPORATION)
GIANTS STADIUM
EAST RUTHERFORD, NJ 07073

FOR: TRADING CARDS, POSTERS, MAGA-ZINES RELATING TO FOOTBALL, POST-CARDS, CALENDARS, WRAPPING PAPER, PAPER GIFT BOXES, PAPER STICKERS, PAPER NAPKINS, PAPER TOWELS, BOOKS RELATING TO FOOTBALL, POSTERBOOKS, NOTEPADS AND GREETING CARDS, IN CLASS 16 (U.S. CLS. 2, 37 AND 38).

FIRST USE 9-0-1963; IN COMMERCE 9-0-1963.

OWNER OF U.S. REG. NOS. 1,174,596, 1,802,062 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "NEW YORK", APART FROM THE MARK AS SHOWN.

SER. NO. 74-481,784, FILED 1-24-1994.

PATRICIA HORRALL, EXAMINING ATTOR-NEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

## United States Patent and Trademark Office

Reg. No. 2,774,776

Registered Oct. 21, 2003

## TRADEMARK
### PRINCIPAL REGISTER



NEW YORK FOOTBALL GIANTS, INC. (NEW YORK CORPORATION)
GIANTS STADIUM
EAST RUTHERFORD, NJ 07073

FOR: FOOTBALL HELMETS, TELEPHONES, CELL PHONE COVERS, CELL PHONE STRAPS, MAGNETICALLY ENCODED PREPAID TELEPHONE CALLING CARDS, MAGNETIC CODED CHARGE CARDS, DECORATIVE MAGNETS, COMPACT DISCS, TAPES, PRE-RECORDED VIDEOTAPES AND DVDS FEATURING THE SPORT OF FOOTBALL, COMPUTER GAME SOFTWARE AND DISKS AND VIDEO GAME CARTRIDGES, CAMERA CASES, SUNGLASSES, EYEGLASS CASES,

EYEGLASS CHAINS, BINOCULARS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-15-2000; IN COMMERCE 4-15-2000.

OWNER OF U.S. REG. NOS. 835,679, 1,927,075 AND OTHERS.

SEC. 2(F).

SER. NO. 76-407,673, FILED 5-14-2002.

STACY WAHLBERG, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**Reg. No. 2,790,408**

## United States Patent and Trademark Office

**Registered Dec. 9, 2003**

### SERVICE MARK
### PRINCIPAL REGISTER



NEW YORK FOOTBALL GIANTS, INC. (NEW YORK CORPORATION)
GIANTS STADIUM
EAST RUTHERFORD, NJ 07073

FOR: EDUCATION AND ENTERTAINMENT SERVICES IN THE NATURE OF PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS; PROVIDING SPORTS AND ENTERTAINMENT INFORMATION VIA A GLOBAL COMPUTER NETWORK OR A COMMERCIAL ON-LINE SERVICE; ORGANIZATION OF SPORTS EVENTS; FAN CLUB SERVICES; EDUCATIONAL SERVICES, NAMELY, PHYSICAL EDUCATION PROGRAMS; ENTERTAINMENT SERVICES, NAMELY, MUSICAL AND DANCE PERFORMANCES PROVIDED DURING INTERVALS AT SPORTS EVENTS; PRODUCTION OF RADIO AND TELEVISION PROGRAMS, LIVE SHOWS FEATURING FOOTBALL GAMES, EXHIBITIONS, COMPETITIONS AND MUSICAL, COMEDY AND DANCE PERFORMANCES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 8-30-2000; IN COMMERCE 8-30-2000.

SEC. 2(F).

SER. NO. 76-407,669, FILED 5-14-2002.

STACY WAHLBERG, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

Reg. No. 2,790,409

## United States Patent and Trademark Office

Registered Dec. 9, 2003

## TRADEMARK
### PRINCIPAL REGISTER



NEW YORK FOOTBALL GIANTS, INC. (NEW YORK CORPORATION)
GIANTS STADIUM
EAST RUTHERFORD, NJ 07073

FOR: TOYS AND SPORTING GOODS, NAMELY, PLUSH TOYS, STUFFED ANIMALS, PLAY FIGURES, GOLF BALLS, GOLF BAGS, GOLF CLUBS, GOLF CLUB COVERS, BOWLING BALLS, BOWLING BAGS, FOOTBALLS, DART BOARDS; BOARD GAMES RELATING TO FOOTBALL, CHRISTMAS TREE ORNAMENTS, BALLOONS, JIGSAW PUZZLES, WINDSOCKS FOR TOY AND DECORATIVE PURPOSES, KITES, TOY VEHICLES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 5-30-2000; IN COMMERCE 5-30-2000.

SEC. 2(F).

SER. NO. 76-407,670, FILED 5-14-2002.

STACY WAHLBERG, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

Reg. No. 2,804,140

United States Patent and Trademark Office

Registered Jan. 13, 2004

## TRADEMARK
### PRINCIPAL REGISTER



NEW YORK FOOTBALL GIANTS, INC. (NEW YORK CORPORATION)
GIANTS STADIUM
EAST RUTHERFORD, NJ 07073

FOR: POSTERS, CALENDARS, TRADING CARDS, SERIES OF BOOKS RELATING TO FOOTBALL, MAGAZINES RELATING TO FOOTBALL, NEWSLETTERS RELATING TO FOOTBALL, STICKERS, BUMPER STICKERS, NOTE PADS, PAPER PENNANTS AND GREETING CARDS, PRINTED TICKETS TO SPORTS GAMES AND EVENTS, NON-MAGNETICALLY CODED PREPAID PHONE CARDS, PENS AND PENCILS, PENCIL CASES, RUB ON DECORATIVE TRANSFERS, NOTE PAPER, PICTORIAL PRINTS, PICTURE POSTCARDS, ART PICTURES, STATIONERY, ENVELOPES, STATIONERY-TYPE PORTFOLIOS, PHOTO ALBUMS, SCRAPBOOK ALBUMS, RING BINDERS, CHECK-BOOK COVERS, TISSUE PAPER, WRAPPING PAPER, PAPER TABLE CLOTHS, PAPER NAPKINS, PAPER PARTY HATS, PAPER PARTY INVITATIONS, PAPER GIFT CARDS, PAPER GIFT BAGS, PAPER GIFT BOXES, PAPER DECORATIONS, COLLECTIBLE CARDS, COLLECTIBLE CARD AND MEMORABILIA HOLDERS, SOUVENIR PROGRAMS FOR SPORTS EVENTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-30-2000; IN COMMERCE 10-30-2000.

SEC. 2(F).

SER. NO. 76-407,672, FILED 5-14-2002.

STACY WAHLBERG, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 3,005,335
Registered Oct. 11, 2005

## TRADEMARK
### PRINCIPAL REGISTER



NEW YORK FOOTBALL GIANTS, INC. (NEW YORK CORPORATION)
GIANTS STADIUM
EAST RUTHERFORD, NJ 07073

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY, FLEECE TOPS AND BOTTOMS, CAPS, HEADWEAR, T-SHIRTS, SWEATSHIRTS, SHORTS, TANK TOPS, JEANS, SWEATERS, PANTS, JACKETS, TURTLENECKS, JUMPSUITS, GOLF SHIRTS, WOVEN SHIRTS, KNIT SHIRTS, JERSEYS, WRISTBANDS, WARM UP SUITS, SWIMWEAR, WIND RESISTANT JACKETS, RAINCOATS, PARKAS, PONCHOS, GLOVES, TIES, SUSPENDERS, CLOTH BIBS, SLEEPWEAR, NAMELY, ROBES, NIGHT SHIRTS AND PAJAMAS, MIT-

TENS, KNIT HATS AND CAPS, SCARVES, APRONS, HEADBANDS, EAR MUFFS, UNDERWEAR; FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-6-2000; IN COMMERCE 4-6-2000.

OWNER OF U.S. REG. NOS. 835,679, 1,927,075 AND OTHERS.

SEC. 2(F).

SER. NO. 76-407,671, FILED 5-14-2002.

STACY WAHLBERG, EXAMINING ATTORNEY

107

# United States Patent Office

827,037

Registered Apr. 4, 1967

## PRINCIPAL REGISTER
### Service Mark

COMB. AFF. SEC 8 & 15

Ser. No. 255,799, filed Oct. 5, 1966

## JETS

—

Gotham Football Club, Inc. (Delaware corporation)
595 Madison Ave.
New York, N.Y.

For: ENTERTAINMENT SERVICE IN THE NA-
TURE OF FOOTBALL EXHIBITIONS, SOME OF
WHICH ARE RENDERED THROUGH THE ME-
DIUM OF RADIO AND TELEVISION BROADCASTS,
in CLASS 107.
First use at least as early as May 1963; in commerce
at least as early as May 1963.

M. H. MARKS, *Examiner.*

Renewed for 20 years from Apr. 4, 1987

COMB. AFF. SEC. 8 & 15

Attest

DEC 15 1992

Attesting Officer

CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION
WHICH IS IN FULL FORCE AND EFFECT WITH NOTATION
OF ALL STATUTORY ACTIONS TAKEN THEREON, AS DIS-
CLOSED BY THE RECORDS OF THE UNITED STATES PATENT
AND TRADEMARK OFFICE. SAID RECORDS SHOW TITLE
TO BE IN: New York Jets Football Club, Inc.

Acting Commissioner of Patents and Trademarks

# United States Patent Office

830,380
Registered June 13, 1967

## PRINCIPAL REGISTER
## Service Mark

Ser. No. 255,798, filed Oct. 5, 1966

# NEW YORK JETS

Gotham Football Club, Inc. (Delaware corporation)
595 Madison Ave.
New York, N.Y.

—

For: ENTERTAINMENT SERVICE IN THE NA-
TURE OF FOOTBALL EXHIBITIONS, SOME OF
WHICH ARE RENDERED THROUGH THE MEDI-
UM OF RADIO AND TELEVISION BROADCASTS, in
CLASS 107.

First use at least as early as May 1963; in commerce at
least as early as May 1963.

Without waiving its common-law rights herein, no claim
is made to the words "New York" apart from the mark
as shown.

M. H. MARKS, *Examiner.*

Renewed for 20 years from June 13, 1987

CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION
WHICH IS IN FULL FORCE AND EFFECT WITH NOTATION
OF ALL STATUTORY ACTIONS TAKEN THEREON, AS DIS-
CLOSED BY THE RECORDS OF THE UNITED STATE'S PATENT
AND TRADEMARK OFFICE. SAID RECORDS SHOW TITLE
TO BE IN: New York Jets Football Club, Inc.

**Attest**

DEC 15 1992

**Attesting Officer**

Acting Commissioner of Patents and Trademarks



Int. Cl.: 41

Prior U.S. Cl.: 107

## United States Patent and Trademark Office

Reg. No. 1,230,455
Registered Mar. 8, 1983

### SERVICE MARK
#### Principal Register



New York Jets Football Club, Inc. (Delaware corporation)
598 Madison Ave.
New York, N.Y. 10022

For: ENTERTAINMENT SERVICES IN THE FORM OF PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, in CLASS 41 (U.S. Cl. 107).

First use Aug. 12, 1978; in commerce Aug. 12, 1978.

No claim is made to the exclusive right to use "7"

or the outline of the uniform, apart from the mark as shown.

The mark is lined for the color green.

The drawing is a two-dimensional representation of the mark, which consists of the design elements and color combinations appearing on a three-dimensional football uniform worn by players in applicant's games and exhibitions.

Sec. 2(f).

Ser. No. 336,695, filed Nov. 12, 1981.

CRAIG D. TAYLOR, Examiner



Int. Cl.: 41

Prior U.S. Cl.: 107

## United States Patent and Trademark Office

Reg. No. 1,243,885
Registered Jun. 28, 1983

## SERVICE MARK
### Principal Register



New York Jets Football Club, Inc. (Delaware corporation)
598 Madison Ave.
New York, N.Y. 10022

For: ENTERTAINMENT SERVICES IN THE FORM OF PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, in CLASS 41 (U.S. Cl. 107).

First use Aug. 7, 1978; in commerce Aug. 7, 1978.
Owner of U.S. Reg. Nos. 827,036, 977,056 and others.

No claim is made to the exclusive right to use the numeral "7" (seven) or the outline of the uniform, apart from the mark as shown.

The drawing is lined for the color green.

The drawing is a two-dimensional representation of the mark, which consists of the design elements and color combinations appearing on a three-dimensional football uniform worn by players in applicant's games and exhibitions.

Sec. 2(f).

Ser. No. 336,696, filed Nov. 12, 1981.

JAMES GROSSMAN, Examining Attorney

Int. Cls.: 16 and 25

Prior U.S. Cls.: 38 and 39

**Reg. No. 1,815,849**

## United States Patent and Trademark Office   Registered Jan. 11, 1994

### TRADEMARK
### PRINCIPAL REGISTER

## NEW YORK JETS

NEW YORK JETS FOOTBALL CLUB, INC. (DELAWARE CORPORATION)
598 MADISON AVENUE
NEW YORK, NY 10022

FOR: TRADING CARDS, POSTERS, MAGA-ZINES RELATING TO FOOTBALL, POST-CARDS, CALENDARS, WRAPPING PAPER, PAPER GIFT BOXES, PAPER STICKERS, PAPER NAPKINS, PAPER TOWELS, SERIES OF NONFICTION BOOKS RELATING TO FOOTBALL, POSTERBOOKS, NOTEPADS, PAPER PARTY HATS AND GREETING CARDS, IN CLASS 16 (U.S. CL. 38).

FIRST USE 9-0-1970; IN COMMERCE 9-0-1970.

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING AND FOOTWEAR; NAMELY, COACHES CAPS, WOOL HATS, PAINTERS CAPS, BASEBALL CAPS, VISORS, HEAD-BANDS, EAR MUFFS, KNIT FACE MASKS, BELTS, WRISTBANDS, T-SHIRTS, TANK TOPS, PAJAMAS, GOLF SHIRTS, SWEATERS, SWEATSHIRTS, JACKETS, NECKTIES, SUS-PENDERS, BIBS, JERSEYS, NIGHT SHIRTS, COATS, ROBES, RAINCOATS, PARKAS, PON-CHOS, SNEAKERS, GLOVES, SCARVES, SNOW SUITS, MITTENS, APRONS, DOWN JACKETS, LEATHER JACKETS, SHORTS, SWEATPANTS, JEANS, PANTS, KNICKERS, SOCKS, UNDER-WEAR, BATHING SUITS AND LEG WARM-ERS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 2-0-1970; IN COMMERCE 2-0-1970.

OWNER OF U.S. REG. NOS. 827,037, 830,380, AND 831,249.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "NEW YORK", APART FROM THE MARK AS SHOWN.

SER. NO. 74-310,200, FILED 9-2-1992.

GERALD C. SEEGARS, EXAMINING ATTOR-NEY

Int. Cls.: 16, 25, 28 and 41

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 39, 50, 100, 101 and 107

## United States Patent and Trademark Office

Reg. No. 2,315,786

Registered Feb. 8, 2000

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER



NEW YORK JETS FOOTBALL CLUB, INC.
   (DELAWARE CORPORATION)
1000 FULTON AVENUE
HEMPSTEAD, NY 11550

FOR: POSTERS, CALENDARS, TRADING CARDS, BOOKS RELATING TO FOOTBALL, MAGAZINES RELATING TO FOOTBALL, NEWSLETTERS RELATING TO FOOTBALL, NOTEPADS, STICKERS, BUMPER STICKERS, PENS AND PENCILS, CREDIT CARDS, NOTE PADS, PAPER PENNANTS AND GREETING CARDS; TICKETS TO SPORTS GAMES AND EVENTS; NON-MAGNETICALLY CODED PRE-PAID PHONE CARDS, PENCIL CASES, RUB ON DECORATIVE TRANSFERS, NOTE PAPER, PICTORIAL PRINTS, PICTURE POSTCARDS, ART PICTURES, STATIONERY, ENVELOPES, STATIONERY-TYPE PORTFOLIOS, PHOTO ALBUMS, SCRAPBOOK ALBUMS, RING BIND-ERS, CHECKBOOK COVERS, TISSUE PAPER, WRAPPING PAPER, PLAYING CARDS, PAPER TABLE CLOTHS, PAPER NAPKINS, PAPER PARTY HATS, PAPER PARTY INVITATIONS, PAPER GIFT CARDS; PAPER GIFT BAGS, PAPER GIFT BOXES, COLLECTIBLE CARDS;

COLLECTIBLE CARD AND MEMORABILIA HOLDERS, SOUVENIR PROGRAMS FOR SPORTS EVENTS, WINDSOCKS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 3-0-1998; IN COMMERCE 3-0-1998.

FOR: MEN'S WOMEN'S AND CHILDREN'S CLOTHING, NAMELY, FLEECE TOPS AND BOTTOMS, CAPS, HEADWEAR, T-SHIRTS, SWEATSHIRTS, SHORTS, TANK TOPS, JEANS, SWEATERS, PANTS, JACKETS, TURTLE-NECKS, JUMPSUITS, GOLF SHIRTS, WOVEN SHIRTS, KNIT SHIRTS, JERSEYS, WRIST-BANDS, WARM UP SUITS, SWIMWEAR, WIND RESISTANT JACKETS, RAINCOATS, PARKAS. PONCHOS, GLOVES, TIES, SUSPENDERS, CLOTH BIBS, SLEEPWEAR, NAMELY, ROBES, NIGHT SHIRTS AND PAJAMAS, MITTENS, KNIT HATS AND CAPS, SCARVES, APRONS, HEADBANDS, EAR MUFFS AND UNDER-WEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-0-1998; IN COMMERCE 3-0-1998.

FOR: TOYS AND SPORTING GOODS, NAMELY, PLUSH TOYS, STUFFED ANIMALS, PLAY FIGURES. GOLF BALLS, GOLF CLUB

2                                    2,315,786

COVERS, TOY BANKS, FOOTBALLS, COM-
PUTER GAMES AND BOARD GAMES RELAT-
ING TO FOOTBALL, CHRISTMAS TREE OR-
NAMENTS, BALLOONS, AND JIGSAW PUZ-
ZLES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND
50).

FIRST   USE   3-0-1998;   IN   COMMERCE
3-0-1998.

FOR: EDUCATION AND ENTERTAINMENT
SERVICES, NAMELY, PROFESSIONAL FOOT-
BALL GAMES AND EXHIBITIONS; PROVID-
ING SPORTS AND ENTERTAINMENT INFOR-
MATION VIA A GLOBAL COMPUTER NET-
WORK OR A COMMERCIAL ON-LINE SERV-
ICE; ORGANIZATION OF SPORTS AND
SPORTS EVENTS; ENTERTAINMENT SERV-

ICES PROVIDED DURING INTERVALS AT
SPORTS EVENTS, ARRANGING AND ORGA-
NIZING OF COMPETITIONS, PHYSICAL EDU-
CATION   PROGRAMS,   PRODUCTION   OF
RADIO AND TELEVISION PROGRAMS, LIVE
SHOWS AND DISPLAYS, IN CLASS 41 (U.S.
CLS. 100, 101 AND 107).

FIRST   USE   2-3-1998;   IN   COMMERCE
2-3-1998.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "NY", APART FROM THE
MARK AS SHOWN.

SER. NO. 75-523,737, FILED 7-23-1998.

CRAIG D. TAYLOR, EXAMINING ATTORNEY

# United States Patent Office

731,309
Registered May 8, 1962

## PRINCIPAL REGISTER
### Service Mark

Ser. No. 109,506, filed Dec. 2, 1960

## RAIDERS

The Metropolitan Oakland Area Football Club, Inc.
(California corporation)
1432 Franklin St.
Oakland, Calif.

For: ENTERTAINMENT SERVICES IN THE NA-
TURE OF FOOTBALL GAMES AND EXHIBITIONS,
SOME OF WHICH ARE RENDERED THROUGH
THE MEDIUM OF TELEVISION AND RADIO, in
CLASS 107.
First use July 1960; in commerce August 1960.

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**
10 Year Renewal

Reg. No. 974,730
Registered Dec. 11, 1973
Renewal Term Begins Dec. 11, 1993

## SERVICE MARK
## PRINCIPAL REGISTER



LOS ANGELES RAIDERS, THE (CALI-
FORNIA LIMITED PARTNERSHIP)
332 CENTER STREET
EL SEGUNDO, CA 90245, BY CHANGE
OF NAME FROM OAKLAND RAID-
ERS (CALIFORNIA LIMITED PART-
NERSHIP) OAKLAND, CA

OWNER OF U.S. REG. NOS. 731,309
AND 731,310.

THE REPRESENTATION OF THE
FOOTBALL IS DISCLAIMED APART
FROM THE MARK AS SHOWN.

FOR: PROFESSIONAL FOOTBALL
GAMES AND EXHIBITIONS, SOME OF
WHICH ARE RENDERED THROUGH
THE MEDIUM OF TELEVISION AND
RADIO, IN CLASS 107 (INT. CL. 41).

FIRST USE 7-0-1960; IN COMMERCE
8-0-1960.

SER. NO. 72-436,581, FILED 9-25-1972.

In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Feb. 22, 1994.

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 975,685
Registered Dec. 25, 1973
Renewal Term Begins Dec. 25, 1993

## SERVICE MARK
## PRINCIPAL REGISTER



LOS ANGELES RAIDERS, THE (CALIFORNIA LIMITED PARTNERSHIP)
332 CENTER STREET
EL SEGUNDO, CA 90245, BY CHANGE OF NAME FROM OAKLAND RAIDERS (CALIFORNIA LIMITED PARTNERSHIP) OAKLAND, CA

OWNER OF U.S. REG. NOS. 731,309 AND 731,310.

FOR: ENTERTAINMENT SERVICES IN THE FORM OF PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, SOME OF WHICH ARE RENDERED THROUGH THE MEDIUM OF TELEVISION AND RADIO, IN CLASS 107 (INT. CL. 41).
FIRST USE 7-0-1960; IN COMMERCE 8-0-1960.

SER. NO. 72-436,589, FILED 9-25-1972.

*...estimony whereof I have hereunto set my hand*
*...e caused the seal of The Patent and Trademark*
*...ffice to be affixed on Apr. 19, 1994.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**

Reg. No. 1,228,996
Registered Mar. 1, 1983

## SERVICE MARK
### Principal Register



Oakland Raiders Professional Football Club, Ltd.
   (partnership)
7811 Oakland St.
Oakland, Calif. 94621

   For: ENTERTAINMENT SERVICES IN THE FORM OF PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, in CLASS 41 (U.S. Cl. 107).
   First use Aug. 4, 1963; in commerce Aug. 4, 1963.
   Owner of U.S. Reg. Nos. 731,309, 731,310, 975,685 and others.
   No claim is made to the exclusive right to use "7"

or the outline of the uniform, apart from the mark as shown.
   The mark is lined for the color silver.
   The drawing is two-dimensional representation of the mark, which consists of the design elements and color combinations appearing on a three-dimensional football uniform worn by players in applicant's games and exhibitions.
   Sec. 2(f).

   Ser. No. 336,729, filed Nov. 12, 1981.

   PETER T. GELISSEN, Examiner

Int. Cls.: 16 and 25

Prior U.S. Cls.: 2, 37, 38 and 39

**Reg. No. 1,771,383**

## United States Patent and Trademark Office   Registered May 18, 1993

### TRADEMARK
### PRINCIPAL REGISTER



LOS ANGELES RAIDERS (PARTNERSHIP)
322 CENTER STREET
EL SEGUNDO, CA 90245

FOR: TRADING CARDS, POSTERS, MAGAZINES RELATING TO PROFESSIONAL FOOTBALL, POST CARDS, CALENDARS, WRAPPING PAPER, PAPER GIFT BOXES, PAPER STICKERS, PAPER NAPKINS, PAPER TOWELS, BOOKS RELATING TO PROFESSIONAL FOOTBALL, POSTER BOOKS, NOTEPADS, PAPER PARTY HATS, GREETING CARDS, IN CLASS 16 (U.S. CLS. 2, 37 AND 38).

FIRST USE 9-0-1970; IN COMMERCE 9-0-1970.

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING AND FOOTWEAR; NAMELY, COACHES CAPS, WOOL HATS, PAINTERS CAPS, BASEBALL CAPS, VISORS, HEADBANDS, EAR MUFFS, KNIT FACE MASKS, BELTS, WRISTBANDS, T-SHIRTS, TANK TOPS, PAJAMAS, GOLF SHIRTS, SWEATERS, SWEATSHIRTS, JACKETS, TURTLENECKS, WINDBREAKERS, KNIT TOPS, NECKTIES, BRACES, BIBS, JERSEYS, NIGHT SHIRTS, COATS, ROBES, RAINCOATS, PARKAS, PONCHOS, SNEAKERS, GLOVES, SCARVES, SNOW SUITS, MITTENS, APRONS, DOWN JACKETS, LEATHER JACKETS, SHORTS, SWEATPANTS, JEANS, PANTS, KNICKERS, SOCKS, UNDERWEAR, BATHING SUITS, AND LEG WARMERS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 2-0-1970; IN COMMERCE 2-0-1970.

OWNER OF U.S. REG. NOS. 731,310, 975,685 AND OTHERS.

SER. NO. 74-252,823, FILED 3-6-1992.

KATHLEEN COONEY, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

**Reg. No. 1,919,846**

## United States Patent and Trademark Office    Registered Sep. 19, 1995

### TRADEMARK
#### PRINCIPAL REGISTER

### OAKLAND RAIDERS

NATIONAL FOOTBALL LEAGUE PROPER-
TIES, INC. (CALIFORNIA CORPORATION)
410 PARK AVENUE
NEW YORK, NY 10022

FOR: KNIT TOPS, HATS, JACKETS AND
JERSEYS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 9-0-1991; IN COMMERCE
9-0-1991.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "OAKLAND", APART FROM
THE MARK AS SHOWN.

SER. NO. 74-490,242, FILED 2-15-1994.

LESLEY LAMOTHE, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**
10 Year Renewal

Reg. No. 1,041,475
Registered June 15, 1976
Renewal Term Begins June 15, 1996

## SERVICE MARK
## PRINCIPAL REGISTER

### PHILADELPHIA EAGLES

PHILADELPHIA EAGLES LIMITED PARTNERSHIP (DELAWARE LIMITED PARTNERSHIP)
VETERANS STADIUM
3501 SOUTH BROAD STREET
PHILADELPHIA, PA 19148, BY ASSIGNMENT, ASSIGNMENT AND ASSIGNMENT FROM PHILADELPHIA EAGLES FOOTBALL CLUB, THE (PENNSYLVANIA LIMITED PARTNERSHIP) BRIDGEPORT, PA

WITHOUT WAIVING ITS COMMON LAW RIGHTS, APPLICANT DISCLAIMS

THE RIGHT TO THE EXCLUSIVE USE OF THE GEOGRAPHICALLY DESCRIPTIVE WORD "PHILADELPHIA" APART FROM THE MARK AS SHOWN.

FOR: ENTERTAINMENT SERVICES IN THE FORM OF PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, IN CLASS 41 (U.S. CL. 107).

FIRST USE 9-14-1949; IN COMMERCE 9-14-1949.

SER. NO. 73-045,509, FILED 2-28-1975.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 13, 1996.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 41

Prior U.S. Cl.: 107

Reg. No. 1,086,152

United States Patent and Trademark Office

Registered Feb. 21, 1978

10 Year Renewal

Renewal Term Begins Feb. 21, 1998

## SERVICE MARK
## PRINCIPAL REGISTER

## EAGLES

PHILADELPHIA EAGLES FOOTBALL LIMITED PARTNERSHIP (DELA-WARE LIMITED PARTNERSHIP)
3501 SOUTH BROAD STREET
PHILADELPHIA, PA 19148, BY ASSIGN-MENT, ASSIGNMENT AND ASSIGN-MENT FROM PHILADELPHIA EAGLES FOOTBALL CLUB (UNITED STATES LIMITED PARTNERSHIP) PHILADELPHIA, PA

OWNER OF U.S. REG. NO. 1,041,475.

FOR: EDUCATIONAL AND ENTER-TAINMENT SERVICES IN THE FORM OF PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, IN CLASS 41 (U.S. CL. 107).

FIRST USE 7-9-1933; IN COMMERCE 7-9-1933.

SER. NO. 73-114,853, FILED 2-7-1977.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Dec. 15, 1998.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cls.: **16 and 25**

Prior U.S. Cls.: **2, 37, 38, 39 and 50**

Reg. No. 1,807,444

## United States Patent and Trademark Office    Registered Nov. 30, 1993

### TRADEMARK
### PRINCIPAL REGISTER

## PHILADELPHIA EAGLES

PHILADELPHIA EAGLES FOOTBALL CLUB, INC. (DELAWARE CORPORATION)
BROAD STREET AND PATTISON AVENUE
PHILADELPHIA, PA 19148

FOR: TRADING CARDS, POSTERS, MAGAZINES RELATING TO FOOTBALL, POSTCARDS, CALENDARS, WRAPPING PAPER, PAPER GIFT BOXES, PAPER STICKERS, PAPER NAPKINS, PAPER TOWELS, NON-FICTION BOOKS RELATING TO FOOTBALL , POSTERBOOKS, NOTEPADS, PAPER HATS AND GREETING CARDS, IN CLASS 16 (U.S. CLS. 2, 37, 38 AND 50).

FIRST USE 9-0-1963; IN COMMERCE 9-0-1963.

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING AND FOOTWEAR; NAMELY, COACHES CAPS, WOOL HATS, PAINTERS CAPS, BASEBALL CAPS, VISORS, HEADBANDS, EAR MUFFS, KNIT FACE MASKS, BELTS, WRISTBANDS, T-SHIRTS, TANK TOPS, PAJAMAS, GOLF SHIRTS, SWEATERS, SWEATSHIRTS, JACKETS, NECKTIES, BRACES, BIBS, JERSEYS, NIGHT SHIRTS, COATS, ROBES, RAINCOATS, PARKAS, PONCHOS, SNEAKERS, GLOVES, SCARVES, SNOW SUITS, MITTENS, APRONS, DOWN JACKETS, LEATHER JACKETS, SHORTS, SWEATPANTS, JEANS, PANTS, KNICKERS, SOCKS, UNDERWEAR, BATHING SUITS AND LEG WARMERS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 9-0-1963; IN COMMERCE 9-0-1963.

OWNER OF U.S. REG. NOS. 1,041,475 AND 1,086,152.

SEC. 2(F).

SER. NO. 74-300,719, FILED 8-3-1992.

CHARLES BOTTORFF, EXAMINING ATTORNEY

Int. Cls.: 16 and 25

Prior U.S. Cls.: 2, 37, 38, 39 and 50 

## United States Patent and Trademark Office

Reg. No. 1,889,819
Registered Apr. 18, 1995

## TRADEMARK
### PRINCIPAL REGISTER



PHILADELPHIA EAGLES FOOTBALL CLUB, INC. (DELAWARE CORPORATION)
BROAD STREET AND PATTISON AVENUE
PHILADELPHIA, PA 19148

FOR: TRADING CARDS, POSTERS, MAGAZINES RELATING TO FOOTBALL, POSTCARDS, CALENDARS, WRAPPING PAPER, PAPER GIFT BOXES, PAPER STICKERS, PAPER NAPKINS, PAPER TOWELS, NON-FICTION BOOKS RELATING TO FOOTBALL, POSTERBOOKS, NOTEPADS, PAPER HATS AND GREETING CARDS, IN CLASS 16 (U.S. CLS. 2, 37, 38 AND 50).

FIRST USE 9–0–1963; IN COMMERCE 9–0–1963.

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING AND FOOTWEAR; NAMELY, COACHES CAPS, WOOL HATS, PAINTERS CAPS, BASEBALL CAPS, VISORS, HEADBANDS, EAR MUFFS, KNIT FACE MASKS, BELTS, WRISTBANDS, T-SHIRTS, TANK TOPS, PAJAMAS, GOLF SHIRTS, SWEATERS, SWEATSHIRTS, JACKETS, NECKTIES, BRACES, CLOTH BIBS, JERSEYS, NIGHT SHIRTS, COATS, ROBES, RAINCOATS, PARKAS, PONCHOS, SNEAKERS, GLOVES, SCARVES, SNOW SUITS, MITTENS, APRONS, DOWN JACKETS, LEATHER JACKETS, SHORTS, SWEATPANTS, JEANS, PANTS, KNICKERS, SOCKS, UNDERWEAR, BATHING SUITS AND LEG WARMERS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 9–0–1963; IN COMMERCE 9–0–1963.

OWNER OF U.S. REG. NO. 1,108,239.

SER. NO. 74–300,718, FILED 8–3–1992.

LINDA E. BLOHM, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101, and 107

**United States Patent and Trademark Office**

Reg. No. 2,114,816

Registered Nov. 18, 1997

## SERVICE MARK
## PRINCIPAL REGISTER



PHILADELPHIA EAGLES LIMITED PART-
NERSHIP (DELAWARE LIMITED PARTNER-
SHIP)
VETERANS STADIUM
3501 SOUTH BROAD STREET
PHILADELPHIA, PA 19548

FOR: ENTERTAINMENT SERVICES,
NAMELY, PROFESSIONAL FOOTBALL

GAMES AND EXHIBITIONS, IN CLASS 41 (U.S.
CLS. 100, 101 AND 107).

FIRST USE 8-3-1996; IN COMMERCE
8-3-1996.

SN 75-132,537, FILED 7-11-1996.

ELLEN B. AWRICH, EXAMINING ATTORNEY

Int. Cls.: 25 and 41

Prior U.S. Cls.: 22, 39, 100, 101 and 107

**Reg. No. 2,461,199**

## United States Patent and Trademark Office
Registered June 19, 2001

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER



PHILADELPHIA EAGLES LIMITED PARTNER-SHIP (DELAWARE LIMITED PARTNERSHIP)
3501 SOUTH BROAD STREET
PHILADELPHIA, PA 19148

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY, JERSEYS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-0-1996; IN COMMERCE 8-0-1996.

FOR: EDUCATION AND ENTERTAINMENT SERVICES IN THE NATURE OF PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS; PROVIDING SPORTS AND ENTERTAINMENT INFORMATION VIA A GLOBAL COMPUTER NETWORK OR A COMMERCIAL ON-LINE SERVICE, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 8-0-1996; IN COMMERCE 8-0-1996.

OWNER OF U.S. REG. NOS. 1,534,708, 1,534,709, AND 2,114,816.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE NUMERAL "9", AND THE REPRESENTATION OF THE OUTLINE OF A FOOTBALL JERSEY, APART FROM THE MARK AS SHOWN.

THE MARK IS LINED FOR THE COLORS GREEN AND SILVER.

THE DRAWING IS A TWO-DIMENSIONAL RE-PRESENTATION OF THE MARK, WHICH CONSISTS OF THE DESIGN ELEMENTS AND COLOR COMBINATIONS APPEARING ON A THREE-DIMENSIONAL FOOTBALL UNIFORM.

SER. NO. 75-861,995, FILED 12-1-1999.

ALICE SUE CARRUTHERS, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cl.: 107

United States Patent and Trademark Office

Renewal

Reg. No. 870,257

Registered May 27, 1969

OG Date June 20, 1989

## SERVICE MARK
## PRINCIPAL REGISTER

## PITTSBURGH STEELERS

PITTSBURGH STEELERS SPORTS, INC.
(PENNSYLVANIA CORPORATION)
300 STADIUM CIRCLE
PITTSBURGH, PA 15212

APPLICANT DISCLAIMS THE WORD
"PITTSBURGH" APART FROM THE
MARK AS SHOWN.

FOR: ENTERTAINMENT SERVICES—
NAMELY, FOOTBALL EXHIBITIONS
RENDERED LIVE IN STADIA AND
THROUGH THE MEDIA OF RADIO
AND TELEVISION BROADCASTS, IN
CLASS 107 (INT. CL. 41).

FIRST USE 0-0-1940; IN COMMERCE
0-0-1940.

SER. NO. 310,975, FILED 10-31-1968.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on June 20, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

881,474
Registered Nov. 25, 1969

## PRINCIPAL REGISTER
## Service Mark

Ser. No. 310,976, filed Oct. 31, 1968



Pittsburgh Steelers Sports, Inc. (Pennsylvania corporation)
139 6th St., Hotel Roosevelt
Pittsburgh, Pa   15222

For: ENTERTAINMENT SERVICES—NAMELY, FOOTBALL EXHIBITIONS RENDERED LIVE IN STADIA AND THROUGH THE MEDIA OF RADIO AND TELEVISION BROADCASTS—in CLASS 107 (INT. CL. 41).

First use 1962; in commerce 1962.

The drawing is lined for the colors red, blue, and orange.

REGISTERED FOR A TERM OF 20 YEARS FROM    2 5 1969

*Renewed 1989*

*This is
their
helmet
logo!*



Attest:

AUG 18 1975

*S.... Berkel*
Attesting Officer

Certified to be a true copy of the registration
issued by the United ...... ...... Office, w
registration is in ...... ...... ...... Reco
title is in Registrant

Int. Cl.: 41

Prior U.S. Cl.: 107

United States Patent and Trademark Office

10 Year Renewal

Reg. No. 1,109,723

Registered Dec. 19, 1978

Renewal Term Begins Dec. 19, 1998

## SERVICE MARK
## PRINCIPAL REGISTER

## STEELERS

PITTSBURGH STEELERS SPORTS, INC.
(PENNSYLVANIA CORPORATION)
300 STADIUM CIRCLE
PITTSBURGH, PA 15212

OWNER OF U.S. REG. NOS. 870,257
AND 881,474.

FOR: ENTERTAINMENT SERVICES IN THE FORM OF PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, IN CLASS 41 (U.S. CL. 107).

FIRST USE 0-0-1940; IN COMMERCE 0-0-1940.

SER. NO. 73-154,501, FILED 1-6-1978.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 18, 1999.*

COMMISSIONER OF PATENTS AND TRADEMARKS



Int. Cl.: 41

Prior U.S. Cl.: 107

## United States Patent and Trademark Office

Reg. No. 1,233,083

Registered Mar. 29, 1983

## SERVICE MARK
### Principal Register



*Sections 8 & 15
Affidavit filed
and accepted*

Pittsburgh Steelers Sports, Inc. (Pennsylvania corporation)
300 Stadium Cir.
Pittsburgh, Pa. 15212

For: ENTERTAINMENT SERVICES IN THE FORM OF PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, in CLASS 41 (U.S. Cl. 107).

First use Aug. 9, 1968; in commerce Aug. 9, 1968.
Owner of U.S. Reg. Nos. 870,257, 870,258, 881,474 and 1,109,723.

No claim is made to the exclusive right to use the numeral "7" or the outline of the uniform, apart from the mark as shown.

The drawing is lined for the color gold.

The drawing is two-dimensional representation of the mark, which consists of the design elements and color combinations appearing on a three-dimensional football uniform worn by players in applicant's games and exhibitions.

Sec. 2(f).

Ser. No. 336,701, filed Nov. 12, 1981.

JAMES GROSSMAN, Examining Attorney

Int. Cls.: 16 and 25

Prior U.S. Cls.: 2, 37, 38, 39 and 50

Reg. No. 1,812,089

## United States Patent and Trademark Office   Registered Dec. 21, 1993

### TRADEMARK
### PRINCIPAL REGISTER

## PITTSBURGH STEELERS

PITTSBURGH STEELERS SPORTS, INC. (PENNSYLVANIA CORPORATION)
300 STADIUM CIRCLE
PITTSBURGH, PA 15212

FOR: TRADING CARDS, POSTERS, MAGA-ZINES AND BOOKS REGARDING FOOTBALL, POSTCARDS, CALENDARS, WRAPPING PAPER, PAPER GIFT BOXES, PAPER STICK-ERS, PAPER NAPKINS, PAPER TOWELS, POS-TERBOOKS, NOTEPADS, PAPER HATS AND GREETING CARDS, IN CLASS 16 (U.S. CLS. 2, 37, 38 AND 50).

FIRST USE 9-0-1963; IN COMMERCE 9-0-1963.

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING AND FOOTWEAR; NAMELY, COACHES CAPS, WOOL HATS, PAINTERS CAPS, BASEBALL CAPS, VISORS, HEAD-BANDS, EAR MUFFS, KNIT FACE MASKS, BELTS, WRISTBANDS, T-SHIRTS, TANK TOPS, PAJAMAS, GOLF SHIRTS, SWEATERS, SWEATSHIRTS, JACKETS, NECKTIES, BRACES, BIBS, JERSEYS, NIGHT SHIRTS, COATS, ROBES, RAINCOATS, PARKAS, PON-CHOS, SNEAKERS, GLOVES, SCARVES, SNOW SUITS, MITTENS, APRONS, DOWN JACKETS, LEATHER JACKETS, SHORTS, SWEATPANTS, JEANS, PANTS, KNICKERS, SOCKS, UNDER-WEAR, BATHING SUITS AND LEG WARM-ERS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 9-0-1963; IN COMMERCE 9-0-1963.

OWNER OF U.S. REG. NOS. 870,257, 881,474, AND 1,109,723.

SEC. 2(F).

SER. NO. 74-300,720, FILED 8-3-1992.

CHARLES BOTTORFF, EXAMINING ATTOR-NEY

Int. Cls.: 16 and 25



Prior U.S. Cls.: 2, 37, 38, 39 and 50

**Reg. No. 1,889,820**

# United States Patent and Trademark Office

Registered Apr. 18, 1995

## TRADEMARK
### PRINCIPAL REGISTER



PITTSBURGH STEELERS SPORTS, INC.
(PENNSYLVANIA CORPORATION)
300 STADIUM CIRCLE
PITTSBURGH, PA 15212

FOR: TRADING CARDS, POSTERS, MAGA-
ZINES RELATING TO FOOTBALL, POST-
CARDS, CALENDARS, WRAPPING PAPER,
PAPER GIFT BOXES, PAPER STICKERS,
PAPER NAPKINS, PAPER TOWELS, BOOKS
RELATING TO FOOTBALL, POSTERBOOKS,
NOTEPADS, PAPER HATS AND GREETING
CARDS, IN CLASS 16 (U.S. CLS. 2, 37, 38 AND
50).

FIRST USE 9-0-1963; IN COMMERCE
9-0-1963.

FOR: MEN'S, WOMEN'S AND CHILDREN'S
CLOTHING AND FOOTWEAR: NAMELY,
COACHES CAPS, WOOL HATS, PAINTERS
CAPS, BASEBALL CAPS, VISORS, HEAD-
BANDS, EAR MUFFS, KNIT FACE MASKS,

BELTS, WRISTBANDS, T-SHIRTS, TANK TOPS,
PAJAMAS, GOLF SHIRTS, SWEATERS,
SWEATSHIRTS, JACKETS, NECKTIES,
BRACES, CLOTH BIBS, JERSEYS, NIGHT
SHIRTS, COATS, ROBES, RAINCOATS,
PARKAS, PONCHOS, SNEAKERS, GLOVES,
SCARVES, SNOW SUITS, MITTENS, APRONS,
DOWN JACKETS, LEATHER JACKETS,
SHORTS, SWEATPANTS, JEANS, PANTS,
KNICKERS, SOCKS, UNDERWEAR, BATHING
SUITS AND LEG WARMERS, IN CLASS 25
(U.S. CL. 39).

FIRST USE 9-0-1963; IN COMMERCE
9-0-1963.

OWNER OF U.S. REG. NOS. 870,257, 1,109,723
AND OTHERS.

SER. NO. 74-300,721, FILED 8-3-1992.

LINDA E. BLOHM, EXAMINING ATTORNEY

Int. Cls.: 9, 14, 16, 25 and 28

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 27, 28, 29, 36, 37, 38, 39 and 50

**Reg. No. 3,023,804**

## United States Patent and Trademark Office

Registered Dec. 6, 2005

### TRADEMARK
### PRINCIPAL REGISTER

# STEELERS

PITTSBURGH STEELERS SPORTS, INC. (PENN-SYLVANIA CORPORATION)
3400 SOUTH WATER STREET
PITTSBURGH, PA 15203

FOR: FOOTBALL HELMETS; TELEPHONES; CELL PHONE COVERS; CELL PHONE STRAPS; MAGNETIC CODED CHARGE CARDS; DECORATIVE MAGNETS; COMPACT DISCS, AUDIO TAPES, PRE-RECORDED VIDEOTAPES AND DVDS FEATURING THE SPORT OF FOOTBALL; COMPUTER GAME SOFTWARE AND DISCS; VIDEO GAME CARTRIDGES; COMPUTER MOUSE PADS; CAMERA CASES; SUNGLASSES; EYEGLASS CASES; EYEGLASS CHAINS; BINOCULARS; LIGHT SWITCH COVERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-30-1963; IN COMMERCE 9-30-1963.

FOR: JEWELRY; WATCHES; CLOCKS; PINS; EARRINGS; NECKLACES; BRACELETS; BELT BUCKLES OF PRECIOUS METAL; CHARMS; MONEY CLIPS OF PRECIOUS METAL; TIE PINS; RINGS; COMMEMORATIVE AND COLLECTIBLE COINS; PENDANTS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 3-30-1975; IN COMMERCE 3-30-1975.

FOR: POSTERS; CALENDARS; TRADING CARDS; SERIES OF BOOKS RELATING TO FOOTBALL; MAGAZINES RELATING TO FOOTBALL; NEWSLETTERS RELATING TO FOOTBALL; NOTEPADS; STICKERS; BUMPER STICKERS; PAPER PENNANTS; GREETING CARDS; PRINTED TICKETS TO SPORTS GAMES AND EVENTS; PENS AND PENCILS; PENCIL CASES; RUB ON DECORATIVE TRANSFERS; NOTE PAPER; PICTORIAL PRINTS; PICTURE POSTCARDS; ART PICTURES; STATIONERY; ENVELOPES; STATIONERY-TYPE PORTFOLIOS; PHOTO ALBUMS; SCRAPBOOK ALBUMS; RING BINDERS; CHECKBOOK COVERS; TISSUE PAPER; WRAPPING PAPER; PAPER TABLE CLOTHS; PAPER NAPKINS; PAPER PARTY INVITATIONS; PAPER GIFT CARDS; PAPER GIFT BAGS; PAPER DECORATIONS; COLLECTIBLE TRADING CARDS; COLLECTIBLE TRADING CARD AND MEMORABILIA HOLDERS; SOUVENIR PROGRAMS FOR SPORTS EVENTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-30-1963; IN COMMERCE 9-30-1963.

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY, FLEECE TOPS AND BOTTOMS, CAPS, HEADWEAR, T-SHIRTS, SWEATSHIRTS, SHORTS, TANK TOPS, SWEATERS, PANTS, JACKETS, TURTLENECKS, GOLF SHIRTS, WOVEN SHIRTS, KNIT SHIRTS, JERSEYS, WRISTBANDS, WARM UP SUITS, SWIMWEAR, WIND RESISTANT JACKETS, RAINCOATS, PARKAS, PONCHOS, GLOVES, TIES, SUSPENDERS, CLOTH BIBS, SLEEPWEAR, NAMELY, ROBES, NIGHT SHIRTS AND PAJAMAS, MITTENS, KNIT HATS AND CAPS, SCARVES, APRONS, HEADBANDS, EAR MUFFS, UNDERWEAR, SOCKS, SHOES, ATHLETIC SHOES, BOOTS, SNEAKERS AND SLIPPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-1-1963; IN COMMERCE 9-30-1963.

FOR: TOYS AND SPORTING GOODS, NAMELY, PLUSH TOYS; STUFFED TOY ANIMALS; PLAY FIGURES; GOLF BALLS; GOLF BAGS; GOLF CLUBS; GOLF CLUB COVERS; FOOTBALLS; TOY BANKS; BOARD GAMES RELATING TO FOOT-BALL; PLAYING CARDS; CHRISTMAS TREE OR-NAMENTS; BALLOONS; JIGSAW PUZZLES; TOY AND DECORATIVE WIND SOCKS; KITES; MODEL TOY CARS AND TRUCKS; BILLIARD BALLS; DART BOARDS; PLAYING CARDS; MINIATURE HELMETS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-30-1974; IN COMMERCE 9-30-1974.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 881,474, 1,889,820 AND OTHERS.

SER. NO. 78-534,641, FILED 12-17-2004.

JUDITH HELFMAN, EXAMINING ATTORNEY

Int. Cls.: **9 and 28**

Prior U.S. Cls.: **21, 22, 23, 26, 36, 38 and 50**

**United States Patent and Trademark Office**

Reg. No. 3,050,049

Registered Jan. 24, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# PITTSBURGH
# STEELERS

PITTSBURGH STEELERS SPORTS, INC. (PENN-
SYLVANIA CORPORATION)
3400 SOUTH WATER STREET
PITTSBURGH, PA 15203

FOR: FOOTBALL HELMETS; TELEPHONES;
CELL PHONE COVERS; CELL PHONE STRAPS;
MAGNETIC CODED CHARGE CARDS; DECORA-
TIVE MAGNETS; COMPACT DISCS, AUDIO TAPES,
PRE-RECORDED VIDEOTAPES AND DVDS FEA-
TURING THE SPORT OF FOOTBALL; COMPUTER
GAME SOFTWARE AND DISCS; VIDEO GAME
CARTRIDGES; COMPUTER MOUSE PADS; CAM-
ERA CASES; SUNGLASSES; EYEGLASS CASES;
EYEGLASS CHAINS; BINOCULARS; LIGHT
SWITCH COVERS, IN CLASS 9 (U.S. CLS. 21, 23, 26,
36 AND 38).

FIRST USE 9-0-1973; IN COMMERCE 9-0-1973.

FOR: TOYS AND SPORTING GOODS, NAMELY,
PLUSH TOYS; STUFFED TOY ANIMALS; PLAY
FIGURES; GOLF BALLS; GOLF BAGS; GOLF
CLUBS; GOLF CLUB COVERS; FOOTBALLS; TOY
BANKS; BOARD GAMES RELATING TO FOOT-

BALL; PLAYING CARDS; CHRISTMAS TREE OR-
NAMENTS; BALLOONS; JIGSAW PUZZLES; TOY
AND DECORATIVE WIND SOCKS; KITES; MODEL
TOY CARS AND TRUCKS; BILLIARD BALLS;
DART BOARDS; PLAYING CARDS; MINIATURE
HELMETS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-0-1963; IN COMMERCE 9-0-1963.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 870,257, 1,812,089 AND
OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "PITTSBURGH", APART FROM
THE MARK AS SHOWN.

SER. NO. 78-534,360, FILED 12-17-2004.

JUDITH HELFMAN, EXAMINING ATTORNEY

Int. Cls.: 9, 14 and 28

Prior U.S. Cls.: 2, 21, 22, 23, 26, 27, 28, 36, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,050,051
Registered Jan. 24, 2006

## TRADEMARK
### PRINCIPAL REGISTER



PITTSBURGH STEELERS SPORTS, INC. (PENN-
  SYLVANIA CORPORATION)
3400 SOUTH WATER STREET
PITTSBURGH, PA 15203

FOR: FOOTBALL HELMETS; TELEPHONES;
CELL PHONE COVERS; CELL PHONE STRAPS;
MAGNETIC CODED CHARGE CARDS; DECORA-
TIVE MAGNETS; COMPACT DISCS, AUDIO TAPES,
PRE-RECORDED VIDEOTAPES AND DVDS FEA-
TURING THE SPORT OF FOOTBALL; COMPUTER
GAME SOFTWARE AND DISCS; VIDEO GAME
CARTRIDGES; COMPUTER MOUSE PADS; CAM-
ERA CASES; SUNGLASSES; EYEGLASS CASES;
EYEGLASS CHAINS; BINOCULARS; LIGHT
SWITCH COVERS, IN CLASS 9 (U.S. CLS. 21, 23, 26,
36 AND 38).

FIRST USE 9-30-1963; IN COMMERCE 9-30-1963.

FOR: JEWELRY; WATCHES; CLOCKS; PINS;
EARRINGS; NECKLACES; BRACELETS; BELT
BUCKLES OF PRECIOUS METAL; CHARMS; MON-
EY CLIPS OF PRECIOUS METAL; TIE PINS; RINGS;
COMMEMORATIVE AND COLLECTIBLE COINS;
PENDANTS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND
50).

FIRST USE 3-30-1975; IN COMMERCE 3-30-1975.

FOR: TOYS AND SPORTING GOODS, NAMELY,
PLUSH TOYS; STUFFED TOY ANIMALS; PLAY
FIGURES; GOLF BALLS; GOLF BAGS; GOLF
CLUBS; GOLF CLUB COVERS; FOOTBALLS; TOY
BANKS; BOARD GAMES RELATING TO FOOT-
BALL; PLAYING CARDS; CHRISTMAS TREE OR-
NAMENTS; BALLOONS; JIGSAW PUZZLES; TOY
AND DECORATIVE WIND SOCKS; KITES; MODEL
TOY CARS AND TRUCKS; BILLIARD BALLS;
DART BOARDS; PLAYING CARDS; MINIATURE
HELMETS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-30-1963; IN COMMERCE 9-30-1963.

OWNER OF U.S. REG. NOS. 870,257, 1,889,820 AND
OTHERS.

THE MARK CONSISTS OF THE LITERAL ELE-
MENT "STEELERS" IN STYLIZED LETTERING
AND DESIGN CONTAINED WITHIN A CIRCLE.
THE WORD "STEELERS" APPEARS WITHIN THE
LEFT SIDE OF THE CIRCLE; THREE STYLIZED
DIAMONDS APPEAR WITHIN THE RIGHT SIDE
OF THE CIRCLE.

SER. NO. 78-534,400, FILED 12-17-2004.

JUDITH HELFMAN, EXAMINING ATTORNEY

**Int. Cls.: 16, 25 and 41**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 39, 50, 100, 101 and 107**

**Reg. No. 3,050,054**

# United States Patent and Trademark Office

**Registered Jan. 24, 2006**

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

—



PITTSBURGH STEELERS SPORTS, INC. (PENN-SYLVANIA CORPORATION)
3400 SOUTH WATER STREET
PITTSBURGH, PA 15203

FOR: POSTERS; CALENDARS; TRADING CARDS; SERIES OF BOOKS RELATING TO FOOT-BALL; MAGAZINES RELATING TO FOOTBALL; NEWSLETTERS RELATING TO FOOTBALL; NOTE-PADS; STICKERS; BUMPER STICKERS; PAPER PENNANTS; GREETING CARDS; PRINTED TICK-ETS TO SPORTS GAMES AND EVENTS; PENS AND PENCILS; PENCIL CASES; RUB ON DECORATIVE TRANSFERS; NOTE PAPER; PICTORIAL PRINTS; PICTURE POSTCARDS; ART PICTURES; STATION-ERY; ENVELOPES; STATIONERY-TYPE PORTFO-LIOS; PHOTO ALBUMS; SCRAPBOOK ALBUMS; RING BINDERS; CHECKBOOK COVERS; TISSUE PAPER; WRAPPING PAPER; PAPER TABLE CLOTHS; PAPER NAPKINS; PAPER PARTY INVI-TATIONS; PAPER GIFT CARDS; PAPER GIFT BAGS; PAPER DECORATIONS; COLLECTIBLE TRADING CARDS; COLLECTIBLE TRADING CARD AND MEMORABILIA HOLDERS; SOUVE-NIR PROGRAMS FOR SPORTS EVENTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-30-1963; IN COMMERCE 9-30-1963.

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY, FLEECE TOPS AND BOT-TOMS, CAPS, HEADWEAR, T-SHIRTS, SWEAT-SHIRTS, SHORTS, TANK TOPS, SWEATERS, PANTS, JACKETS, TURTLENECKS, GOLF SHIRTS, WOVEN SHIRTS, KNIT SHIRTS, JERSEYS, WRIST-BANDS, WARM UP SUITS, SWIMWEAR, WIND RESISTANT JACKETS, RAINCOATS, PARKAS, PONCHOS, GLOVES, TIES, SUSPENDERS, CLOTH BIBS, SLEEPWEAR, NAMELY, ROBES, NIGHT SHIRTS AND PAJAMAS, MITTENS, KNIT HATS AND CAPS, SCARVES, APRONS, HEADBANDS, EAR MUFFS, UNDERWEAR, SOCKS, SHOES, ATH-LETIC SHOES, BOOTS, SNEAKERS AND SLIPPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-30-1963; IN COMMERCE 9-30-1963.

FOR: EDUCATIONAL AND ENTERTAINMENT SERVICES IN THE NATURE OF ORGANIZING AND PRESENTING PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS; PROVIDING SPORTS AND ENTERTAINMENT INFORMATION VIA A GLOBAL COMPUTER NETWORK AND A COM-MERCIAL ON-LINE SERVICE; ORGANIZATION OF SPORTS EVENTS; FAN CLUB SERVICES; EDUCA-TIONAL SERVICES, NAMELY, PHYSICAL EDUCA-TION PROGRAMS AND SEMINARS IN THE FIELD OF FOOTBALL; PRODUCTION OF RADIO AND TELEVISION PROGRAMS, FOOTBALL GAMES, EXHIBITIONS, COMPETITIONS AND MUSICAL, COMEDY AND DANCE PERFORMANCES PER-FORMED BEFORE LIVE AUDIENCES AND BROADCAST VIA TELEVISION, CABLE TELEVI-SION, SATELLITE TELEVISION AND RADIO BROADCAST, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9-30-1963; IN COMMERCE 9-30-1963.

OWNER OF U.S. REG. NOS. 870,257, 1,889,820 AND OTHERS.

THE MARK CONSISTS OF THE LITERAL ELEMENT "STEELERS" IN STYLIZED LETTERING AND DESIGN CONTAINED WITHIN A CIRCLE.

THE WORD "STEELERS" APPEARS WITHIN THE LEFT SIDE OF THE CIRCLE; THREE STYLIZED DIAMONDS APPEAR WITHIN THE RIGHT SIDE OF THE CIRCLE

SER. NO. 78-534,545, FILED 12-17-2004.

JUDITH HELFMAN, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**

**10 Year Renewal**

Reg. No. 1,101,759

Registered Sep. 5, 1978

Renewal Term Begins Sep. 5, 1998

## SERVICE MARK
## PRINCIPAL REGISTER



CHARGERS FOOTBALL COMPANY (CALIFORNIA LIMITED PARTNER-SHIP)
4020 MURPHY CANYON ROAD
SAN DIEGO, CA 92123, ASSIGNEE OF CHARGERS FOOTBALL COMPANY (UNITED STATES LIMITED PART-NERSHIP) SAN DIEGO, CA

FOR: EDUCATIONAL AND ENTER-TAINMENT SERVICES IN THE FORM OF PROFESSIONAL FOOTBALL EXHI-BITIONS AND GAMES, IN CLASS 41 (U.S. CL. 107).

FIRST USE 0-0-1965; IN COMMERCE 0-0-1965.

SER. NO. 73-113,522, FILED 1-24-1977.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Dec. 15, 1998.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**

Reg. No: 1,217,890
Registered Nov. 23, 1982

## SERVICE MARK
### Principal Register



*Sections 9 & 15*
*Affidavit*
*filed &*
*accepted*

Chargers Football Company (limited partnership)
9449 Frairs Rd.
San Diego, Calif. 92629

For: ENTERTAINMENT SERVICES IN THE FORM OF PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, in CLASS 41 (U.S. Cl. 107).

First use Aug. 17, 1974; in commerce Aug. 17, 1974.

Owner of U.S. Reg. Nos. 733,575, 1,160,363, 1,163,692 and others.

No claim is made to the exclusive use of the numeral "7" or the outline of the uniform apart from the mark as shown.

The mark is lined for the colors yellow and blue. The drawing is a two-dimensional representation of the mark, which consists of the design elements and color combinations appearing on a three-dimensional football uniform worn by players in applicant's games and exhibitions.

Ser. No. 336,698, filed Nov. 12, 1981.

RUSS HERMAN, Examining Attorney

Int. Cls.: **16 and 25**

Prior U.S. Cls.: **37, 38, 39 and 50**

**Reg. No. 1,807,451**

## United States Patent and Trademark Office   Registered Nov. 30, 1993

### TRADEMARK
#### PRINCIPAL REGISTER

## SAN DIEGO CHARGERS

CHARGERS FOOTBALL COMPANY (CALI-
FORNIA LIMITED PARTNERSHIP)
9449 FRIARS ROAD
SAN DIEGO, CA 92120

FOR: TRADING CARDS, POSTERS, MAGA-
ZINES AND BOOKS IN THE FIELD OF PRO-
FESSIONAL FOOTBALL, POSTCARDS, CAL-
ENDARS, WRAPPING PAPER, PAPER GIFT
BOXES, PAPER STICKERS, PAPER NAPKINS,
PAPER TOWELS, BOOKS FEATURING POST-
ERS IN THE FIELD OF PROFESSIONAL
FOOTBALL, NOTEPADS, PAPER PARTY
HATS AND GREETING CARDS, IN CLASS 16
(U.S. CLS. 37, 38 AND 50).

FIRST USE 9-0-1970; IN COMMERCE
9-0-1970.

FOR: MEN'S, WOMEN'S AND CHILDREN'S
CLOTHING AND FOOTWEAR; NAMELY,
COACHES CAPS, WOOL HATS, PAINTERS
CAPS, BASEBALL CAPS, VISORS, HEAD-
BANDS, EAR MUFFS, KNIT FACE MASKS,
BELTS, WRISTBANDS, T-SHIRTS, TANK TOPS,

PAJAMAS, GOLF SHIRTS, SWEATERS,
SWEATSHIRTS, JACKETS, NECKTIES, SUS-
PENDERS, CLOTH BIBS, JERSEYS, NIGHT
SHIRTS, COATS, ROBES, RAINCOATS,
PARKAS, PONCHOS, SNEAKERS, GLOVES,
SCARVES, SNOW SUITS, MITTENS, APRONS,
DOWN JACKETS, LEATHER JACKETS,
SHORTS, SWEATPANTS, JEANS, PANTS,
KNICKERS, SOCKS, UNDERWEAR, BATHING
SUITS AND LEG WARMERS, IN CLASS 25
(U.S. CL. 39).

FIRST USE 2-0-1970; IN COMMERCE
2-0-1970.

OWNER OF U.S. REG. NOS. 733,575, 1,163,692,
AND 1,216,141.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "SAN DIEGO", APART FROM
THE MARK AS SHOWN.

SER. NO. 74–309,390, FILED 8–31–1992.

LYNN A. LUTHEY, EXAMINING ATTORNEY

**Int. Cls.: 16 and 25**

**Prior U.S. Cls.: 37, 38 and 39**

**Reg. No. 1,810,711**

# United States Patent and Trademark Office   Registered Dec. 14, 1993

## TRADEMARK
### PRINCIPAL REGISTER



CHARGERS FOOTBALL COMPANY (PART-
NERSHIP)
9449 FRIARS ROAD
SAN DIEGO, CA 92120

FOR: TRADING CARDS, POSTERS, MAGA-
ZINES AND BOOKS IN THE FIELD OF PRO-
FESSIONAL FOOTBALL, POSTCARDS, CAL-
ENDARS, WRAPPING PAPER, PAPER GIFT
BOXES, PAPER STICKERS, PAPER NAPKINS,
PAPER TOWELS, BOOKS FEATURING POST-
ERS IN THE FIELD OF PROFESSIONAL
FOOTBALL, NOTEPADS, PAPER HATS AND
GREETING CARDS, IN CLASS 16 (U.S. CLS. 37
AND 38).
FIRST USE 9-0-1970; IN COMMERCE
9-0-1970.

FOR: MEN'S, WOMEN'S AND CHILDREN'S
CLOTHING AND FOOTWEAR; NAMELY,
COACHES CAPS, WOOL HATS, PAINTERS
CAPS, BASEBALL CAPS, VISORS, HEAD-
BANDS, EAR MUFFS, KNIT FACE MASKS,
BELTS, WRISTBANDS, T-SHIRTS, TANK TOPS,
PAJAMAS, GOLF SHIRTS, SWEATERS,
SWEATSHIRTS, JACKETS, NECKTIES, SUS-
PENDERS, BIBS, JERSEYS, NIGHT SHIRTS,
COATS, ROBES, RAINCOATS, PARKAS, PON-
CHOS, SNEAKERS, GLOVES, SCARVES, SNOW
SUITS, MITTENS, APRONS, DOWN JACKETS,
LEATHER JACKETS, SHORTS, SWEATPANTS,
JEANS, PANTS, KNICKERS, SOCKS, UNDER-
WEAR, BATHING SUITS AND LEG WARM-
ERS, IN CLASS 25 (U.S. CL. 39).

2



1,810,711

FIRST USE 2-0-1970; IN COMMERCE 2-0-1970.

THE MARK IS LINED FOR THE COLORS GOLD AND BLUE.

SER. NO. 74-309,389, FILED 8-31-1992.

OWNER OF U.S. REG. NO. 1,101,759.

LYNN A. LUTHEY, EXAMINING ATTORNEY

Int. Cls.: 9, 16, 25, 28 and 41

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 39, 50, 100, 101 and 107

Reg. No. 2,914,141

## United States Patent and Trademark Office

Registered Dec. 28, 2004

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

—

# CHARGERS

CHARGERS FOOTBALL COMPANY, LLC (CALIFORNIA LTD LIAB CO)
4020 MURPHY CANYON ROAD
SAN DIEGO, CA 92123

FOR: FOOTBALL HELMETS, TELEPHONES, CELL PHONE COVERS, CELL PHONE STRAPS, MAGNETICALLY ENCODED PREPAID TELEPHONE CALLING CARDS, MAGNETIC CODED CHARGE CARDS, DECORATIVE MAGNETS, PRE-RECORDED VIDEOTAPES AND DVDS FEATURING THE SPORT OF FOOTBALL, COMPUTER GAME SOFTWARE AND DISKS AND VIDEO GAME CARTRIDGES, COMPUTER MOUSE PADS, CAMERA CASES, SUNGLASSES, EYEGLASS CASES, EYEGLASS CHAINS, BINOCULARS, LIGHT SWITCH COVERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-0-1970; IN COMMERCE 9-0-1970.

FOR: POSTERS, CALENDARS, TRADING CARDS, SERIES OF BOOKS RELATING TO FOOTBALL, MAGAZINES RELATING TO FOOTBALL, NEWSLETTERS RELATING TO FOOTBALL, NOTEPADS, STICKERS, BUMPER STICKERS, CREDIT CARDS WITHOUT MAGNETIC CODING, PAPER PENNANTS AND GREETING CARDS; PRINTED TICKETS TO SPORTS GAMES AND EVENTS; NON-MAGNETICALLY CODED PREPAID PHONE CARDS, PENS AND PENCILS, PENCIL CASES, RUB ON DECORATIVE TRANSFERS, NOTE PAPER, PICTORIAL PRINTS, PICTURE POSTCARDS, ART PICTURES, STATIONERY, ENVELOPES, STATIONERY-TYPE PORTFOLIOS, PHOTO ALBUMS, SCRAPBOOK ALBUMS, RING BINDERS, CHECKBOOK COVERS, TISSUE PAPER, WRAPPING PAPER, PAPER TABLE CLOTHS, PAPER NAPKINS, PAPER PARTY HATS, PAPER PARTY INVITATIONS, PAPER GIFT CARDS; PAPER GIFT BAGS, PAPER GIFT BOXES, PAPER PARTY DECORA-

TIONS, COLLECTIBLE CARD AND MEMORABILIA HOLDERS, SOUVENIR PROGRAMS FOR SPORTS EVENTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-0-1970; IN COMMERCE 9-0-1970.

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY, FLEECE TOPS AND BOTTOMS, CAPS, HEADWEAR, T-SHIRTS, SWEATSHIRTS, SHORTS, TANK TOPS, JEANS, SWEATERS, PANTS, JACKETS, TURTLENECKS, JUMPSUITS, GOLF SHIRTS, WOVEN SHIRTS, KNIT SHIRTS, JERSEYS, WRISTBANDS, WARM UP SUITS, SWIMWEAR, WIND RESISTANT JACKETS, RAINCOATS, PARKAS, PONCHOS, GLOVES, TIES, SUSPENDERS, CLOTH BIBS, SLEEPWEAR, NAMELY, ROBES, NIGHT SHIRTS AND PAJAMAS, MITTENS, KNIT HATS AND CAPS, SCARVES, APRONS, HEADBANDS, EAR MUFFS, UNDERWEAR, SNEAKERS AND SLIPPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-0-1970; IN COMMERCE 9-0-1970.

FOR: TOYS AND SPORTING GOODS, NAMELY, TOY REPLICA MINIATURE FOOTBALL HELMETS, PLAYING CARDS, PLUSH TOYS, STUFFED ANIMALS, PLAY FIGURES, GOLF BALLS, GOLF BAGS, GOLF CLUBS, GOLF CLUB COVERS, BOWLING BAGS, SPORT BALLS, FOOTBALLS, TOY BANKS, BOARD GAMES RELATING TO FOOTBALL, CHRISTMAS TREE ORNAMENTS, BALLOONS, JIGSAW PUZZLES, TOY AND DECORATIVE WINDSOCKS, KITES, TOY TRUCKS, BILLIARD BALLS, DART BOARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-0-1970; IN COMMERCE 9-0-1970.

FOR: ENTERTAINMENT SERVICES, NAMELY, ORGANIZING PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS; PROVIDING SPORTS INFORMATION VIA A GLOBAL COMPUTER NET-WORK; ORGANIZATION OF SPORTS EVENTS; FAN CLUB SERVICES; EDUCATIONAL SERVICES, NAMELY, PHYSICAL EDUCATION PROGRAMS AND SEMINARS IN THE FIELD OF FOOTBALL; PRODUCTION OF RADIO AND TELEVISION PRO-GRAMS, ENTERTAINMENT SERVICES, NAMELY, LIVE MUSICAL, COMEDY AND DANCE PERFOR-MANCES; ENTERTAINMENT SERVICES, NAME-LY, A CONTINUING SPORTS SHOW BROADCAST OVER TELEVISION, SATELLITE, AUDIO, AND VIDEO MEDIA, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 0-0-1961; IN COMMERCE 0-0-1961.

OWNER OF U.S. REG. NOS. 733,575, 1,679,687, AND 1,807,451.

SER. NO. 76-450,321, FILED 9-17-2002.

MARTHA FROMM, EXAMINING ATTORNEY

Int. Cls.: 28 and 41

Prior U.S. Cls.: 22, 23, 38, 50, 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,914,142
Registered Dec. 28, 2004

## TRADEMARK
### SERVICE MARK
#### PRINCIPAL REGISTER

# SAN DIEGO CHARGERS

CHARGERS FOOTBALL COMPANY, LLC (CALIFORNIA LTD LIAB CO)
4020 MURPHY CANYON ROAD
SAN DIEGO, CA 92123

FOR: TOYS AND SPORTING GOODS, NAMELY, PLUSH TOYS, STUFFED ANIMALS, PLAY FIGURES, GOLF BALLS, GOLF BAGS, GOLF CLUBS, GOLF CLUB COVERS, BOWLING BAGS, FOOTBALLS, TOY BANKS, BOARD GAMES RELATING TO FOOTBALL, CHRISTMAS TREE ORNAMENTS, BALLOONS, JIGSAW PUZZLES, TOY AND DECORATIVE WINDSOCKS, KITES, TOY TRUCKS, BILLIARD BALLS, DART BOARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-0-1970, IN COMMERCE 9-0-1970.

FOR: ENTERTAINMENT SERVICES, NAMELY, ORGANIZING PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS; PROVIDING SPORTS INFORMATION VIA A GLOBAL COMPUTER NETWORK; ORGANIZATION OF SPORTS EVENTS; FAN CLUB SERVICES; EDUCATIONAL SERVICES, NAMELY, PHYSICAL EDUCATION PROGRAMS AND SEMINARS IN THE FIELD OF FOOTBALL; PRODUCTION OF RADIO AND TELEVISION PROGRAMS; ENTERTAINMENT SERVICES, NAMELY, LIVE MUSICAL, COMEDY AND DANCE PERFORMANCES; ENTERTAINMENT SERVICES, NAMELY, A CONTINUING SPORTS SHOW BROADCAST OVER TELEVISION, SATELLITE, AUDIO, AND VIDEO MEDIA, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 0-0-1961; IN COMMERCE 0-0-1961.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SAN DIEGO", APART FROM THE MARK AS SHOWN.

SER. NO. 76-450,708, FILED 9-18-2002.

MARTHA FROMM, EXAMINING ATTORNEY

Int. Cls.: 9, 16, 25, 28 and 41

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 39, 50, 100, 101 and 107

**Reg. No. 2,956,462**

## United States Patent and Trademark Office

Registered May 31, 2005

# TRADEMARK
# SERVICE MARK
## PRINCIPAL REGISTER



CHARGERS FOOTBALL COMPANY, LLC (CALIFORNIA LTD LIAB CO)
4020 MURPHY CANYON ROAD
SAN DIEGO, CA 92123

FOR: FOOTBALL HELMETS, TELEPHONES, CELL PHONE COVERS, CELL PHONE STRAPS, PREPAID TELEPHONE CALLING CARDS, MAGNETIC CODED CHARGE CARDS, DECORATIVE MAGNETS, COMPACT DISCS, TAPES, PRE-RECORDED VIDEOTAPES AND DVDS FEATURING THE SPORT OF FOOTBALL, COMPUTER GAME SOFTWARE AND DISKS AND VIDEO GAME CARTRIDGES, COMPUTER MOUSE PADS, CAMERA CASES, SUNGLASSES, EYEGLASS CASES, EYEGLASS CHAINS, BINOCULARS, LIGHT SWITCH COVERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-0-1970; IN COMMERCE 9-0-1970.

FOR: POSTERS, CALENDARS, TRADING CARDS, SERIES OF BOOKS RELATING TO FOOTBALL, MAGAZINES RELATING TO FOOTBALL, NEWSLETTERS RELATING TO FOOTBALL, NOTEPADS, STICKERS, BUMPER STICKERS, CREDIT CARDS WITHOUT MAGNETIC CODING, PAPER PENNANTS AND GREETING CARDS; PRINTED TICKETS TO SPORTS GAMES AND EVENTS; NON-MAGNETICALLY CODED PREPAID PHONE CARDS, PENS AND PENCILS, PENCIL CASES, RUB ON DECORATIVE TRANSFERS, NOTE PAPER, PICTORIAL PRINTS, PICTURE POSTCARDS, ART PICTURES, STATIONERY, ENVELOPES, STATIONERY-TYPE PORTFOLIOS, PHOTO ALBUMS, SCRAPBOOK ALBUMS, RING BINDERS, CHECKBOOK COVERS, TISSUE PAPER, WRAPPING PAPER, PAPER TABLE CLOTHS, PAPER NAPKINS, PAPER PARTY HATS, PAPER PARTY INVITATIONS, PAPER GIFT CARDS; PAPER GIFT BAGS, PAPER GIFT BOXES, PAPER DECORATIONS, COLLECTIBLE CARDS; COLLECTIBLE CARD AND MEMORABILIA HOLDERS, SOUVENIR PROGRAMS FOR SPORTS EVENTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-0-1970; IN COMMERCE 9-0-1970.

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY, FLEECE TOPS AND BOTTOMS, CAPS, HEADWEAR, T-SHIRTS, SWEATSHIRTS, SHORTS, TANK TOPS, JEANS, SWEATERS, PANTS, JACKETS, TURTLENECKS, JUMPSUITS, GOLF SHIRTS, WOVEN SHIRTS, KNIT SHIRTS, JERSEYS, WRISTBANDS, WARM UP SUITS, SWIMWEAR, WIND RESISTANT JACKETS, RAINCOATS, PARKAS, PONCHOS, GLOVES, TIES, SUSPENDERS, CLOTH BIBS, SLEEPWEAR, NAMELY, ROBES, NIGHT SHIRTS AND PAJAMAS, MITTENS, KNIT HATS AND CAPS, SCARVES, APRONS, HEADBANDS, EAR MUFFS, UNDERWEAR, SNEAKERS AND SLIPPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-0-1970; IN COMMERCE 9-0-1970.

FOR: TOYS AND SPORTING GOODS, NAMELY, PLUSH TOYS, STUFFED ANIMALS, PLAY FIGURES, GOLF BALLS, GOLF BAGS, GOLF CLUBS, GOLF CLUB COVERS, BOWLING BAGS, FOOTBALLS, TOY BANKS, BOARD GAMES RELATING TO FOOTBALL, CHRISTMAS TREE ORNAMENTS, BALLOONS, JIGSAW PUZZLES, TOY AND DECORATIVE WINDSOCKS, KITES, TOY TRUCKS, BILLIARD BALLS, DART BOARDS, PLAYING CARDS, REPLICA MINIATURE FOOTBALL HELMETS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-0-1970; IN COMMERCE 9-0-1970.

FOR: EDUCATION AND ENTERTAINMENT SERVICES IN THE NATURE OF ORGANIZING AND PRESENTING PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS; PROVIDING SPORTS AND ENTERTAINMENT INFORMATION VIA A GLOBAL COMPUTER NETWORK OR A COMMER-CIAL ON-LINE SERVICE; ORGANIZATION OF SPORTS EVENTS; FAN CLUB SERVICES; EDUCA-TIONAL SERVICES, NAMELY, PHYSICAL EDUCA-TION PROGRAMS AND SEMINARS IN THE FIELD OF FOOTBALL; PRODUCTION OF RADIO AND TELEVISION PROGRAMS, FOOTBALL GAMES, EXHIBITIONS, COMPETITIONS AND MUSICAL, COMEDY AND DANCE PERFORMANCES PER-FORMED BEFORE LIVE AUDIENCES AND BROADCAST VIA TELEVISION, CABLE TELEVI-SION, SATELLITE TELEVISION AND RADIO BROADCAST; PRODUCING AND DISTRIBUTING AUDIO VISUAL AND MULTI-MEDIA PRESENTA-TIONS REGARDING THE SPORT OF FOOTBALL VIA A GLOBAL COMMUNICATIONS NETWORK, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 0-0-1965; IN COMMERCE 0-0-1965.

OWNER OF U.S. REG. NOS. 1,101,759 AND 1,810,711.

SER. NO. 76-450,322, FILED 9-17-2002.

SCOTT OSLICK, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cl.: 107

Reg. No. 1,079,541

**United States Patent and Trademark Office**     Registered Dec. 13, 1977

10 Year Renewal     Renewal Term Begins Dec. 13, 1997

## SERVICE MARK
## PRINCIPAL REGISTER



SAN FRANCISCO FORTY NINERS, LTD. (CALIFORNIA LIMITED PARTNER-SHIP)

4949 CENTENNIAL BOULEVARD

SANTA CLARA, CA 950541229, ASSIGN-EE OF SAN FRANCISCO FORTY NINERS (UNITED STATES LIMITED PARTNERSHIP) SAN FRANCISCO, CA

WITHOUT WAIVING ANY COMMON LAW RIGHTS, APPLICANT DISCLAIMS THE REPRESENTATION OF THE FOOTBALL HELMET APART FROM THE MARK AS SHOWN.

FOR: EDUCATIONAL AND ENTER-TAINMENT SERVICES IN THE FORM OF PROFESSIONAL FOOTBALL EXHI-BITIONS AND GAMES, IN CLASS 41 (U.S. CL. 107).

FIRST USE 2-24-1975; IN COMMERCE 2-24-1975.

SER. NO. 73-112,333, FILED 1-13-1977.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 25, 1998.*

COMMISSIONER OF PATENTS AND TRADEMARKS

**Int. Cl.: 41**

**Prior U.S. Cl.: 107**

## United States Patent and Trademark Office

Reg. No. 1,238,823
Registered May 17, 1983

### SERVICE MARK
Principal Register



San Francisco 49ers (limited partnership)
711 Nevada St.
Redwood City, Calif. 94061

For: ENTERTAINMENT SERVICES IN THE FORM OF PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, in CLASS 41 (U.S. Cl. 107).

First use Aug. 16, 1959; in commerce Aug. 16, 1959.

Owner of U.S. Reg. Nos. 829,949, 1,079,541 and others.

No claim is made to the exclusive right to use the numeral 7 and the outline of a football uniform, apart from the mark as shown.

The drawing is lined for the colors red and gold.

The drawing is a two-dimensional representation of the mark, which consists of the design elements and color combinations appearing on a three-dimensional football uniform worn by players in applicant's games and exhibitions.

Sec. 2(f).

Ser. No. 336,687, filed Nov. 12, 1981.

JAMES GROSSMAN, Examining Attorney

Int. Cls.: **16 and 25**

Prior U.S. Cls.: **2, 37, 38, 39 and 50**



## United States Patent and Trademark Office

Reg. No. **1,809,130**
Registered Dec. 7, 1993

### TRADEMARK
### PRINCIPAL REGISTER



SAN FRANCISCO FORTY NINERS, LTD. (CALIFORNIA LIMITED PARTNERSHIP)
MARIE P. DEBARTOLO SPORTS CENTER
4949 CENTENNIAL BOULEVARD
SANTA CLARA, CA 95054

FOR: TRADING CARDS, POSTERS, MAGAZINES RELATING TO FOOTBALL, POSTCARDS, CALENDARS, WRAPPING PAPER, PAPER GIFT BOXES, PAPER STICKERS, PAPER NAPKINS, PAPER TOWELS, SERIES OF NONFICTION BOOKS RELATING TO FOOTBALL, POSTERBOOKS, NOTEPADS, PAPER PARTY HATS AND GREETING CARDS, IN CLASS 16 (U.S. CLS. 2, 37, 38 AND 50).

FIRST USE 9-0-1963; IN COMMERCE 9-0-1963.

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING AND FOOTWEAR; NAMELY, COACHES CAPS, WOOL HATS, PAINTERS CAPS, BASEBALL CAPS, VISORS, HEADBANDS, EAR MUFFS, KNIT FACE MASKS, BELTS, WRISTBANDS, T-SHIRTS, TANK TOPS, PAJAMAS, GOLF SHIRTS, SWEATERS, SWEATSHIRTS, JACKETS, NECKTIES, SUSPENDERS, BIBS, JERSEYS, NIGHT SHIRTS, COATS, ROBES, RAINCOATS, PARKAS, PONCHOS, SNEAKERS, GLOVES, SCARVES, SNOW SUITS, MITTENS, APRONS, DOWN JACKETS, LEATHER JACKETS, SHORTS, SWEATPANTS, JEANS, PANTS, KNICKERS, SOCKS, UNDERWEAR, BATHING SUITS AND LEG WARMERS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 9-0-1963; IN COMMERCE 9-0-1963.

OWNER OF U.S. REG. NO. 1,079,541.

SER. NO. 74-310,191, FILED 9-2-1992.

GERALD C. SEEGARS, EXAMINING ATTORNEY

Int. Cls.: **16 and 25**

Prior U.S. Cls.: **2, 37, 38, 39 and 50**

Reg. No. **1,810,714**

## United States Patent and Trademark Office   Registered Dec. 14, 1993

## TRADEMARK
### PRINCIPAL REGISTER

### SAN FRANCISCO 49ERS

SAN FRANCISCO FORTY NINERS, LTD. (CALIFORNIA LIMITED PARTNERSHIP)
MARIE P. DEBARTOLO SPORTS CENTER
4949 CENTENNIAL BOULEVARD
SANTA CLARA, CA 95054

FOR: TRADING CARDS, POSTERS, MAGA-ZINES RELATING TO FOOTBALL, POST-CARDS, CALENDARS, WRAPPING PAPER, PAPER GIFT BOXES, PAPER STICKERS, PAPER NAPKINS, PAPER TOWELS, SERIES OF NONFICTION BOOKS RELATING TO FOOTBALL, POSTERBOOKS, NOTEPADS, PAPER PARTY HATS AND GREETING CARDS, IN CLASS 16 (U.S. CLS. 2, 37, 38 AND 50).

FIRST USE 9–0–1963; IN COMMERCE 9–0–1963.

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING AND FOOTWEAR; NAMELY, COACHES CAPS, WOOL HATS, PAINTERS CAPS, BASEBALL CAPS, VISORS, HEAD-BANDS, EAR MUFFS, KNIT FACE MASKS,

BELTS, WRISTBANDS, T-SHIRTS, TANK TOPS, PAJAMAS, GOLF SHIRTS, SWEATERS, SWEATSHIRTS, JACKETS, NECKTIES, SUS-PENDERS, BIBS, JERSEYS, NIGHT SHIRTS, COATS, ROBES, RAINCOATS, PARKAS, PON-CHOS, SNEAKERS, GLOVES, SCARVES, SNOW SUITS, MITTENS, APRONS, DOWN JACKETS, LEATHER JACKETS, SHORTS, SWEATPANTS, JEANS, PANTS, KNICKERS, SOCKS, UNDER-WEAR, BATHING SUITS AND LEG WARM-ERS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 9–0–1963; IN COMMERCE 9–0–1963.

OWNER OF U.S. REG. NOS. 829,949 AND 1,318,640.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SAN FRANCISCO", APART FROM THE MARK AS SHOWN.

SER. NO. 74–310,192, FILED 9–2–1992.

GERALD C. SEEGARS, EXAMINING ATTOR-NEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101, and 107

United States Patent and Trademark Office

Reg. No. 2,189,722

Registered Sep. 15, 1998

## SERVICE MARK
### PRINCIPAL REGISTER



SAN FRANCISCO FORTY NINERS, LTD. (CALIFORNIA LIMITED PARTNERSHIP)
4949 CENTENNIAL BOULEVARD
SANTA CLARA, CA 95054

FOR: ENTERTAINMENT SERVICES, NAMELY, PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 8–0–1996; IN COMMERCE 8–0–1996.

OWNER OF U.S. REG. NOS. 1,079,541, 1,809,130, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "7" AND THE REPRESENTATION OF THE OUTLINE OF THE FOOTBALL

UNIFORM, APART FROM THE MARK AS SHOWN.

THE DRAWING IS LINED FOR RED AND GOLD.

THE DRAWING IS A TWO-DIMENSIONAL REPRESENTATION OF THE MARK, WHICH CONSISTS OF THE DESIGN ELEMENTS AND COLOR COMBINATION APPEARING ON A THREE DIMENSIONAL FOOTBALL UNIFORM WORN IN APPLICANT'S SERVICES. DUE TO THE REDUCED SIZE OF THE DRAWING, CERTAIN ASPECTS OF THE MARK ARE ILLEGIBLE SPECIFICALLY, THE NUMBERS ON THE SHOULDER ARE RED SURROUNDED BY A GOLD BORDER WHICH IS SURROUNDED BY A BLACK BORDER. IN ADDITION, THE

2                                    2,189,722

OVALS ON THE SLEEVES CONTAINING THE     GOLD BORDER WHICH IS SURROUNDED BY
LETTERS "SF" ARE RED SURROUNDED BY A     A BLACK BORDER

SN 75-114,910, FILED 6-6-1996.

ELLEN B. AWRICH, EXAMINING ATTORNEY