**EXHIBIT C**
**(Part 4 of 4)**

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**

Reg. No. 1,064,675

Registered Apr. 26, 1977

10 Year Renewal

Renewal Term Begins Apr. 26, 1997

## SERVICE MARK
## PRINCIPAL REGISTER

## SEAHAWKS

SEATTLE SEAHAWKS, INC. (WASH-INGTON CORPORATION)
11220 NORTHEAST 53RD STREET
KIRKLAND, WA 98033, BY ASSIGN-MENT AND ASSIGNMENT FROM SE-ATTLE SEAHAWKS FOOTBALL CLUB (PARTNERSHIP) SEATTLE, WA

FOR: ENTERTAINMENT SERVICES IN THE FORM OF PROFESSIONAL FOOTBALL GAMES AND EXHIBI-TIONS, IN CLASS 41 (U.S. CL. 107).
FIRST USE 6–17–1975; IN COMMERCE 6–17–1975.

SER. NO. 73–086,865, FILED 8–12–1976.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on July 8, 1997.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 41

Prior U.S. Cl.: 107

# United States Patent Office

**Reg. No. 1,065,459**
Registered May 10, 1977

## SERVICE MARK
Principal Register



Seattle Seahawks Football Club (partnership)
1200 Westlake Ave. N.
Seattle, Wash.   98109

For: ENTERTAINMENT SERVICES IN THE FORM OF PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, in CLASS 41 (U.S. CL. 107).

First use June 17, 1975; in commerce June 17, 1975.
Applicant disclaims the outline of a football helmet apart from the mark as shown.

Ser. No. 80,790, filed Mar. 19, 1976.

REGISTERED FOR A TERM OF 20 YEARS FROM May 10, 1977

COMB. AFF. SEC. 8 & 15



Attest

DEC 1 8 1992

S. W. Johnson
Attesting Officer

CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION WHICH IS IN FULL FORCE AND EFFECT WITH NOTATION OF ALL STATUTORY ACTIONS TAKEN THEREON, AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE. SHOWN THERE SAID TO BE IN: Seattle Seahawks, Inc. a corp. of WA.

Acting Commissioner

Int. Cl.: 41

Prior U.S. Cl.: 107

# United States Patent Office

Reg. No. 1,065,460
Registered May 10, 1977

## SERVICE MARK
### Principal Register

## SEATTLE SEAHAWKS

Seattle Seahawks Football Club (partnership)
1200 Westlake Ave. N.
Seattle, Wash. 98109

For: ENTERTAINMENT SERVICES IN THE FORM OF PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, in CLASS 41 (U.S. CL. 107).

First use June 17, 1975; in commerce June 17, 1975.

Applicant disclaims the geographically descriptive word "Seattle" apart from the mark as shown.

Ser. No. 80,791, filed Mar. 19, 1976.

**REGISTERED FOR A TERM OF 20 YEARS FROM** May 10, 1977

**COMB. AFF. SEC. 8 & 15**

CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION WHICH IS IN FULL FORCE AND EFFECT WITH NOTATION OF ALL STATUTORY ACTIONS TAKEN THEREON, AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE. SAID RECORDS SHOW TITLE TO BE IN: Seattle Seahawks, Inc. a corp. of WA.

Attest

DEC 17 1992
Attesting Officer



Acting Commissioner of Patents and Trademarks



Int. Cls.: **16** and **25**

Prior U.S. Cls.: **2, 37, 38, 39, 42** and **50**

**Reg. No. 1,817,892**

## United States Patent and Trademark Office
Registered Jan. 25, 1994

### TRADEMARK
### PRINCIPAL REGISTER



SEATTLE SEAHAWKS, INC. (WASHINGTON CORPORATION)
11220 N.E. 53RD STREET
KIRKLAND, WA 98033

FOR: TRADING CARDS, POSTERS, MAGAZINES RELATING TO FOOTBALL, POSTCARDS, CALENDARS, WRAPPING PAPER, PAPER GIFT BOXES, PAPER STICKERS, PAPER NAPKINS, PAPER TOWELS, BOOKS RELATING TO FOOTBALL, POSTERBOOKS, NOTEPADS, PAPER HATS AND GREETING CARDS, IN CLASS 16 (U.S. CLS. 2, 37, 38, 42 AND 50).

FIRST USE 8-0-1976; IN COMMERCE 8-0-1976.

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING AND FOOTWEAR; NAMELY, COACHES CAPS, WOOL HATS, PAINTERS CAPS, BASEBALL CAPS, VISORS, HEADBANDS, EAR MUFFS, KNIT FACE MASKS, BELTS, WRISTBANDS, T-SHIRTS, TANK TOPS, PAJAMAS, GOLF SHIRTS, SWEATERS, SWEATSHIRTS, JACKETS, NECKTIES, BRACES, CLOTH BIBS, JERSEYS, NIGHT SHIRTS, COATS, ROBES, RAINCOATS, PARKAS, PONCHOS, SNEAKERS, GLOVES, SCARVES, SNOW SUITS, MITTENS, APRONS, DOWN JACKETS, LEATHER JACKETS, SHORTS, SWEATPANTS, JEANS, PANTS, KNICKERS, SOCKS, UNDERWEAR, BATHING SUITS AND LEG WARMERS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 8-0-1976; IN COMMERCE 8-0-1976.

OWNER OF U.S. REG. NO. 1,065,459.

SER. NO. 74-314,646, FILED 9-17-1992.

DAVID C. REIHNER, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101, and 107

## United States Patent and Trademark Office

Reg. No. 2,719,989
Registered May 27, 2003

### SERVICE MARK
### PRINCIPAL REGISTER



FOOTBALL NORTHWEST LLC (WASHINGTON LIMITED LIABILITY COMPANY)
11220 N.E. 53RD STREET
KIRKLAND, WA 98033

FOR: EDUCATION AND ENTERTAINMENT SERVICES IN THE NATURE OF PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS; PROVIDING SPORTS AND ENTERTAINMENT INFORMATION VIA A GLOBAL COMPUTER NETWORK OR A COMMERCIAL ON-LINE SERVICE; ORGANIZATION OF SPORTS EVENTS; FAN CLUB SERVICES; EDUCATIONAL SERVICES, NAMELY, PHYSICAL EDUCATION PROGRAMS; ARRANGING AND CONDUCTING ATHLETIC COMPETITIONS, NAMELY PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS; ENTERTAINMENT SERVICES, NAMELY, MUSICAL AND DANCE PERFORMANCES PROVIDED DURING INTERVALS AT SPORTS EVENTS; EDUCATIONAL SERVICES, NAMELY, PHYSICAL EDUCATION PROGRAMS; PRODUCTION OF RADIO AND TELEVISION PROGRAMS. LIVE SHOWS FEATURING FOOTBALL GAMES, EXHIBITIONS, COMPETITIONS AND MUSICAL, COMEDY AND DANCE PERFORMANCES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 4-0-2002; IN COMMERCE 4-0-2002.

SN 76-338,777, FILED 11-16-2001.

KIM SAITO, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

## United States Patent and Trademark Office

**Reg. No. 2,719,990**
Registered May 27, 2003

### TRADEMARK
### PRINCIPAL REGISTER



FOOTBALL NORTHWEST LLC (WASHINGTON LIMITED LIABILITY COMPANY)
11220 N.E. 53RD STREET
KIRKLAND, WA 98033

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY, FLEECE TOPS AND BOTTOMS, CAPS, HEADWEAR, T-SHIRTS, SWEATSHIRTS, SHORTS, TANK TOPS, SWEATERS, PANTS, JACKETS, TURTLENECKS, GOLF SHIRTS, WOVEN SHIRTS, KNIT SHIRTS, JERSEYS, WRISTBANDS, WARM UP SUITS, WIND RESISTANT JACKETS, RAINCOATS, PARKAS, PONCHOS, GLOVES, TIES, SUSPENDERS, CLOTH BIBS, SLEEPWEAR, NAMELY, ROBES, NIGHT SHIRTS AND PAJAMAS, MITTENS, KNIT HATS AND CAPS, SCARVES, APRONS, HEADBANDS, EAR MUFFS, UNDERWEAR, SNEAKERS AND SLIPPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-27-2002; IN COMMERCE 3-27-2002.

SN 76-338,779, FILED 11-16-2001.

KIM SAITO, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

## United States Patent and Trademark Office

Reg. No. 2,778,386
Registered Oct. 28, 2003

## TRADEMARK
### PRINCIPAL REGISTER



FOOTBALL NORTHWEST LLC (WASHINGTON LIMITED LIABILITY COMPANY)
11220 N.E. 53RD STREET
KIRKLAND, WA 98033

FOR: TOYS AND SPORTING GOODS, NAMELY, PLUSH TOYS, STUFFED ANIMALS, PLAY FIGURES, GOLF BALLS, GOLF BAGS, GOLF CLUBS, GOLF CLUB COVERS, BOWLING BAGS, FOOTBALLS, TOY BANKS, BOARD GAMES RELATING TO FOOTBALL, CHRISTMAS TREE ORNAMENTS, BALLOONS, JIGSAW PUZZLES, TOY AND DECORATIVE WINDSOCKS, KITES, TOY TRUCKS, BILLIARD BALLS, DART BOARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 8-15-2002; IN COMMERCE 8-15-2002.

SN 76-338,778, FILED 11-16-2001.

KIM SAITO, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 2,778,387
Registered Oct. 28, 2003

## TRADEMARK
### PRINCIPAL REGISTER



FOOTBALL NORTHWEST LLC (WASHINGTON LIMITED LIABILITY COMPANY)
11220 N.E. 53RD STREET
KIRKLAND, WA 98033

FOR: POSTERS, CALENDARS, TRADING CARDS, SERIES OF BOOKS RELATING TO FOOTBALL, MAGAZINES RELATING TO FOOTBALL, NEWSLETTERS RELATING TO FOOTBALL, NOTE-PADS, STICKERS, BUMPER STICKERS, CREDIT CARDS WITHOUT MAGNETIC CODING, PAPER PENNANTS AND GREETING CARDS; PRINTED TICKETS TO SPORTS GAMES AND EVENTS; NON-MAGNETICALLY CODED PREPAID PHONE CARDS, PENS AND PENCILS, PENCIL CASES, RUB ON DECORATIVE TRANSFERS, NOTE PA-PER, PICTORIAL PRINTS, PICTURE POSTCARDS, ART PICTURES, STATIONERY, ENVELOPES, STA-TIONERY-TYPE PORTFOLIOS, PHOTO ALBUMS, SCRAPBOOK ALBUMS, RING BINDERS, CHECK-BOOK COVERS, TISSUE PAPER, WRAPPING PA-PER, PLAYING CARDS, PAPER TABLE CLOTHS, PAPER NAPKINS, PAPER PARTY HATS, PAPER PARTY INVITATIONS, PAPER GIFT CARDS; PA-PER GIFT BAGS, PAPER GIFT BOXES, PAPER DECORATIONS, COLLECTIBLE CARDS; COLLEC-TIBLE CARD AND MEMORABILIA HOLDERS, SOUVENIR PROGRAMS FOR SPORTS EVENTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 7-15-2002; IN COMMERCE 7-15-2002.

SN 76-338,780, FILED 11-16-2001.

KIM SAITO, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,939,172
Registered Apr. 12, 2005

## TRADEMARK
### PRINCIPAL REGISTER



FOOTBALL NORTHWEST LLC (WASHINGTON LTD LIAB CO)
11220 N.E. 53RD STREET
KIRKLAND, WA 98033

FOR: FOOTBALL HELMETS, REPLICA MINIA-TURE FOOTBALL HELMETS, TELEPHONES, CEL-LULAR PHONE COVERS, CELLULAR PHONE STRAPS, PREPAID TELEPHONE CALLING CARDS MAGNETICALLY ENCODED, MAGNETIC CODED CREDIT CARDS, DECORATIVE MAGNETS, COM-PACT DISCS, TAPES, PRE-RECORDED VIDEO-TAPES AND DVD'S FEATURING THE SPORT OF FOOTBALL COMPUTER GAME SOFTWARE AND DISKS AND VIDEO GAME CARTRIDGES, COMPU-TER MOUSE PADS, CAMERA CASES, SUNGLAS-SES, EYEGLASS CASES, EYEGLASS CHAINS, BINOCULARS, LIGHTS SWITCH PLATES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-15-2002, A SUBSTANTIALLY SIMILAR VERSION OF THE MARK WAS USED ON THE GOODS AT LEAST AS EARLY AS SEPTEMBER 1, 1976. ; IN COMMERCE 9-15-2002, A SUBSTANTIALLY SIMILAR VERSION OF THE MARK WAS USED ON THE GOODS AT LEAST AS EARLY AS SEPTEMBER 1, 1976..

SER. NO. 76-528,908, FILED 7-11-2003.

ANN LINNEHAN, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

United States Patent and Trademark Office

Reg. No. 2,999,626

Registered Sep. 27, 2005

## TRADEMARK
### PRINCIPAL REGISTER

## SEATTLE SEAHAWKS

FOOTBALL NORTHWEST LLC (WASHINGTON LTD LIAB CO)
11220 N.E. 53RD STREET
KIRKLAND, WA 98033

FOR: FOOTBALL HELMETS, TELEPHONE, CEL-LULAR PHONE COVERS, CELLULAR PHONE STRAPS, PREPAID TELEPHONE CALLING CARDS MAGNETICALLY ENCODED, MAGNETIC CODED CREDIT CARDS, DECORATIVE MAGNETS, COM-PACT DISCS, TAPES, PRE-RECORDED VIDEO-TAPES AND DVD'S FEATURING THE SPORT OF FOOTBALL, COMPUTER GAME SOFTWARE AND DISKS AND VIDEO GAME CARTRIDGES, COMPU-TER MOUSE PADS, CAMERA CASES, SUNGLAS-SES, EYEGLASS CASES, EYEGLASS CHAINS, BINOCULARS, LIGHT SWITCH PLATES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-1-1976; IN COMMERCE 9-1-1976.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SEATTLE", APART FROM THE MARK AS SHOWN.

SER. NO. 76-528,909, FILED 7-11-2003.

ANN LINNEHAN, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**

Reg. No. 969,844
Registered Oct. 2, 1973
Renewal Term Begins Oct. 2, 1993

10 Year Renewal

## SERVICE MARK
## PRINCIPAL REGISTER



LOS ANGELES RAMS FOOTBALL COMPANY (DELAWARE CORPORATION)
2327 WEST LINCOLN AVENUE ANAHEIM, CA 92801, BY ASSIGNMENT AND ASSIGNMENT FROM LOS ANGELES RAMS FOOTBALL COMPANY (MARYLAND CORPORATION) BALTIMORE, MD

FOR: ENTERTAINMENT SERVICES—NAMELY, PROFESSIONAL FOOTBALL

EXHIBITIONS, IN CLASS 107 (INT. CL. 41).

FIRST USE 0-0-1964; IN COMMERCE 0-0-1964.

SER. NO. 72-390,682, FILED 4-29-1971.



*...timony whereof I have hereunto set my hand ...caused the seal of The Patent and Trademark Office to be affixed on May 3, 1994.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 971,048
Registered Oct. 16, 1973
Renewal Term Begins Oct. 16, 1993

## SERVICE MARK
## PRINCIPAL REGISTER

### RAMS

—

LOS ANGELES RAMS FOOTBALL COMPANY (DELAWARE CORPORATION)
2327 WEST LINCOLN AVENUE ANAHEIM, CA 92801, BY ASSIGNMENT AND ASSIGNMENT FROM LOS ANGELES RAMS FOOTBALL COMPANY (MARYLAND CORPORATION) BALTIMORE, MD

FOR: ENTERTAINMENT SERVICES— NAMELY, PROFESSIONAL FOOTBALL

EXHIBITIONS, IN CLASS 107 (INT. CL. 41).

FIRST USE 0-0-1937; IN COMMERCE 0-0-1937.

SER. NO. 72-390,681, FILED 4-29-1971.



*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 3, 1994.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cls.: 16 and 25

Prior U.S. Cls.: 2, 37, 38, 39 and 50

**United States Patent and Trademark Office**

Reg. No. 1,861,767

Registered Nov. 8, 1994

## TRADEMARK
### PRINCIPAL REGISTER



LOS ANGELES RAMS FOOTBALL COMPANY (DELAWARE CORPORATION)
2327 WEST LINCOLN AVENUE
ANAHEIM, CA 92801

FOR: TRADING CARDS, POSTERS, MAGAZINES RELATING TO FOOTBALL, POSTCARDS, CALENDARS, WRAPPING PAPER, PAPER GIFT BOXES, PAPER STICKERS, PAPER NAPKINS, PAPER TOWELS, BOOKS RELATING TO FOOTBALL, POSTERBOOKS, NOTEPADS, PAPER HATS AND GREETING CARDS, IN CLASS 16 (U.S. CLS. 2, 37, 38 AND 50).

FIRST USE 9-0-1963; IN COMMERCE 9-0-1963.

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING AND FOOTWEAR; NAMELY, COACHES CAPS, WOOL HATS, PAINTERS CAPS, BASEBALL CAPS, VISORS, HEAD-

BANDS, EAR MUFFS, KNIT FACE MASKS, BELTS, WRISTBANDS, T-SHIRTS, TANK TOPS, PAJAMAS, GOLF SHIRTS, SWEATERS, SWEATSHIRTS, JACKETS, NECKTIES, BRACES, CLOTH BIBS, JERSEYS, NIGHT SHIRTS, COATS, ROBES, RAINCOATS, PARKAS, PONCHOS, SNEAKERS, GLOVES, SCARVES, SNOW SUITS, MITTENS, APRONS, DOWN JACKETS, LEATHER JACKETS, SHORTS, SWEATPANTS, JEANS, PANTS, KNICKERS, SOCKS, UNDERWEAR, BATHING SUITS AND LEG WARMERS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 9-0-1963; IN COMMERCE 9-0-1963.

OWNER OF U.S. REG. NO. 969,844.

SER. NO. 74-300,714, FILED 8-3-1992.

LINDA E. BLOHM, EXAMINING ATTORNEY

**Int. Cl.: 41**

**Prior U.S. Cls.: 100, 101, and 107**

**United States Patent and Trademark Office**

Reg. No. 2,443,393

Registered Apr. 10, 2001

## SERVICE MARK
## PRINCIPAL REGISTER



ST. LOUIS RAMS PARTNERSHIP (PARTNER-SHIP)
1 RAMS WAY
ST. LOUIS, MO 63045

FOR: ENTERTAINMENT SERVICES IN THE NATURE OF PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS; PROVIDING SPORTS AND ENTERTAINMENT INFORMATION VIA A GLOBAL COMPUTER NETWORK OR A COMMERCIAL ON-LINE SERVICE; ARRANGING AND CONDUCTING ATHLETIC COMPETITIONS; ENTERTAINMENT SERVICES, NAMELY, MUSICAL AND DANCE PERFORMANCES PROVIDED DURING INTERVALS AT SPORTS EVENTS; FAN CLUB

SERVICES; EDUCATIONAL SERVICES, NAMELY, PHYSICAL EDUCATION PROGRAMS; PRODUCTION OF RADIO AND TELEVISION PROGRAMS AND LIVE SHOWS FEATURING FOOTBALL GAMES, EXHIBITIONS, COMPETITIONS AND MUSICAL, COMEDY AND DANCE PERFORMANCES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 4-30-2000; IN COMMERCE 4-30-2000.

SN 75-722,643, FILED 6-10-1999.

JAY NOH, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,541,067

Registered Feb. 19, 2002

## TRADEMARK
## PRINCIPAL REGISTER



ST. LOUIS RAMS PARTNERSHIP (DELAWARE GENERAL PARTNERSHIP)
1 RAMS WAY
ST. LOUIS, MO 63045

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY, FLEECE TOPS AND BOT-TOMS, CAPS, HEADWEAR, T-SHIRTS, SWEAT-SHIRTS, SHORTS, TANK TOPS, SWEATERS, PANTS, JACKETS, TURTLENECKS, GOLF SHIRTS, WOVEN SHIRTS, KNIT SHIRTS, JERSEYS, WRIST-BANDS, WARM UP SUITS, SWIMWEAR, WIND RESISTANT JACKETS, RAINCOATS, PARKAS,

PONCHOS, GLOVES, TIES, SUSPENDERS, CLOTH BIBS, SLEEPWEAR, NAMELY, ROBES, NIGHT SHIRTS AND PAJAMAS, MITTENS, KNIT HATS AND CAPS, SCARVES, APRONS, HEADBANDS, EAR MUFFS AND UNDERWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-30-2000; IN COMMERCE 4-30-2000.

SN 75-722,644, FILED 6-10-1999.

M. E. BODSON, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

United States Patent and Trademark Office

Reg. No. 2,565,679
Registered Apr. 30, 2002

## TRADEMARK
## PRINCIPAL REGISTER



ST. LOUIS RAMS PARTNERSHIP (PARTNER-SHIP)
1 RAMS WAY
ST. LOUIS, MO 63045

FOR: POSTERS, CALENDARS, TRADING CARDS, SERIES OF BOOKS RELATING TO FOOT-BALL, MAGAZINES RELATING TO FOOTBALL, NEWSLETTERS RELATING TO FOOTBALL, NOTE-PADS, STICKERS, BUMPER STICKERS, PENS AND PENCILS, CREDIT CARDS WITHOUT MAGNETIC ENCODING, NOTE PADS, PAPER PENNANTS AND GREETING CARDS; PRINTED TICKETS TO SPORTS GAMES AND EVENTS; NON-MAGNETI-CALLY CODED PREPAID PHONE CARDS, PENCIL CASES, RUB ON DECORATIVE TRANSFERS, NOTE PAPER, PICTORIAL PRINTS, PICTURE POST-CARDS, ART PICTURES, STATIONERY, ENVEL-OPES, STATIONERY-TYPE PORTFOLIOS, PHOTO ALBUMS, SCRAPBOOK ALBUMS, RING BINDERS, CHECKBOOK COVERS, TISSUE PAPER, WRAP-PING PAPER, PLAYING CARDS, PAPER TABLE CLOTHS, PAPER NAPKINS, PAPER PARTY HATS, PAPER PARTY INVITATIONS, PAPER GIFT CARDS, PAPER GIFT BAGS, PAPER GIFT BOXES, COLLECTIBLE CARDS, COLLECTIBLE CARD AND MEMORABILIA HOLDERS, AND SOUVENIR PRO-GRAMS FOR SPORTS EVENTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-30-2000; IN COMMERCE 4-30-2000.

SN 75-722,646, FILED 6-10-1999.

M. E. BODSON, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

**Reg. No. 2,808,932**

## United States Patent and Trademark Office

**Registered Jan. 27, 2004**

### TRADEMARK
### PRINCIPAL REGISTER



ST. LOUIS RAMS PARTNERSHIP (PARTNER-
SHIP)
1 RAMS WAY
ST. LOUIS, MO 63045

FOR: TOYS AND SPORTING GOODS, NAMELY,
PLUSH TOYS, STUFFED TOY ANIMALS, PLAY
FIGURES, GOLF BALLS, GOLF BAGS, GOLF
CLUBS, GOLF CLUB COVERS, BOWLING BALLS,
BOWLING BAGS, FOOTBALLS, TOY BANKS,
HAND HELD UNIT FOR PLAYING ELECTRONIC
GAMES; HAND HELD UNIT FOR PLAYING VIDEO

GAMES; BOARD GAMES RELATING TO FOOT-
BALL, CHRISTMAS TREE ORNAMENTS, BAL-
LOONS, JIGSAW PUZZLES, AND TOY
WINDSOCKS, IN CLASS 28 (U.S. CLS. 22, 23, 38
AND 50).

FIRST USE 6-0-2000; IN COMMERCE 6-0-2000.

SN 75-861,598, FILED 12-1-1999.

M. E. BODSON, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,824,202
Registered Mar. 23, 2004

### TRADEMARK
### PRINCIPAL REGISTER

## ST. LOUIS RAMS

ST. LOUIS RAMS PARTNERSHIP (DELAWARE GENERAL PARTNERSHIP)
4245 KINGSHIGHWAY BLVD.
ST. LOUIS, MO 63115 , BY ASSIGNMENT LOS ANGELES RAMS FOOTBALL COMPANY (DELAWARE CORPORATION) ANAHEIM, CA 92801

FOR: CLOTHING, NAMELY T-SHIRTS, CAPS AND SWEATSHIRTS , IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-12-1995; IN COMMERCE 4-12-1995.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ST. LOUIS", APART FROM THE MARK AS SHOWN.

SER. NO. 74-666,081, FILED 4-26-1995.

JACQUELINE A. LAVINE, EXAMINING ATTORNEY

Int. Cls.: **16, 25, 28, and 41**

Prior U.S. Cls.: **2, 5, 22, 23, 29, 37, 38, 39, 50, 100, 101, and 107**

**United States Patent and Trademark Office**

Reg. No. 2,893,650
Registered Oct. 12, 2004

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

—

## ST. LOUIS RAMS

ST. LOUIS RAMS PARTNERSHIP (PARTNER-SHIP)
1 RAMS WAY
ST. LOUIS, MO 63045

FOR: POSTERS, CALENDARS, TRADING CARDS, BOOKS RELATING TO FOOTBALL, MAGAZINES RELATING TO FOOTBALL, NOTEPADS, STICKERS, AND BUMPER STICKERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-1-1995; IN COMMERCE 8-1-1995.

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY FLEECE TOPS AND BOTTOMS, SHORTS, TANK TOPS, SWEATERS, PANTS, JACKETS, TURTLENECKS, JUMPSUITS, JERSEYS, WARM UP SUITS, SWIMWEAR, WIND RESISTANT JACKETS, PARKAS, SLEEPWEAR, NAMELY PAJAMAS, GLOVES, SCARVES, APRONS, BOOTS AND SNEAKERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-1-1995; IN COMMERCE 6-1-1995.

FOR: GOLF BAGS, GOLF BALLS, BOWLING BAGS, FOOTBALLS, GOLF CLUB COVERS, EXERCISE EQUIPMENT, NAMELY GOLF CLUBS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 8-1-1995; IN COMMERCE 8-1-1995.

FOR: ENTERTAINMENT SERVICES, NAMELY PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 8-15-1995; IN COMMERCE 8-15-1995.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE ST. LOUIS, APART FROM THE MARK AS SHOWN.

SN 74-706,358, FILED 4-26-1995.

JACQUELINE A. LAVINE, EXAMINING ATTORNEY

Int. Cls.: **9 and 28**

Prior U.S. Cls.: **21, 22, 23, 26, 36, 38 and 50**

## United States Patent and Trademark Office

Reg. No. 3,010,425

Registered Nov. 1, 2005

## TRADEMARK
### PRINCIPAL REGISTER



ST. LOUIS RAMS PARTNERSHIP (DELAWARE
 LIMITED PARTNERSHIP)
1 RAMS WAY
ST. LOUIS, MO 63045

FOR: FOOTBALL HELMETS, CELL PHONE COV-
ERS, CELL PHONE STRAPS, MAGNETIC CODED
CHARGE CARDS, DECORATIVE MAGNETS, PRE-
RECORDED VIDEOTAPES AND DVD'S FEATUR-
ING THE SPORT OF FOOTBALL, COMPUTER
GAME SOFTWARE, COMPUTER MOUSE PADS,
CAMERA CASES, SUNGLASSES, EYEGLASS
CASES, LIGHT SWITCH COVERS, IN CLASS 9 (U.S.
CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-0-1964; IN COMMERCE 9-0-1964.

FOR: TOYS AND SPORTING GOODS, NAMELY,
PLUSH TOYS, STUFFED ANIMALS, PLAY FIG-
URES, GOLF BALLS, GOLF BAGS, GOLF CLUBS,
GOLF CLUB COVERS, BOWLING BAGS, FOOT-
BALLS, TOY BANKS, BOARD GAMES RELATING
TO FOOTBALL, PLAYING CARDS, CHRISTMAS
TREE ORNAMENTS, BALLOONS, JIGSAW PUZ-
ZLES, TOY AND DECORATIVE WINDSOCKS,
KITES, TOY TRUCKS, BILLIARD BALLS, DART
BOARDS, MINIATURE HELMETS, IN CLASS 28
(U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-0-1973; IN COMMERCE 9-0-1973.

OWNER OF U.S. REG. NOS. 969,844 AND 1,861,767.

SER. NO. 76-611,827, FILED 9-17-2004.

DORITT L. CARROLL, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,052,567
Registered Jan. 31, 2006

TRADEMARK
PRINCIPAL REGISTER

# ST. LOUIS RAMS

ST. LOUIS RAMS PARTNERSHIP (DELAWARE LIMITED PARTNERSHIP)
1 RAMS WAY
ST. LOUIS, MO 63045

FOR: FOOTBALL HELMETS, TELEPHONES, CELL PHONE COVERS, CELL PHONE STRAPS, MAGNETICALLY ENCODED PREPAID TELEPHONE CALLING CARDS, MAGNETIC CODED CHARGE CARDS, DECORATIVE MAGNETS, COMPACT DISCS, TAPES, PRE-RECORDED VIDEOTAPES AND DVD'S FEATURING THE SPORT OF FOOTBALL, COMPUTER GAME SOFTWARE AND DISKS AND VIDEO GAME CARTRIDGES, COMPUTER MOUSE PADS, CAMERA CASES, SUNGLASSES, EYEGLASS CASES, EYEGLASS CHAINS, BINOCULARS, LIGHT SWITCH COVERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-0-1995; IN COMMERCE 9-0-1995.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,893,650.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ST. LOUIS", APART FROM THE MARK AS SHOWN.

SER. NO. 76-611,825, FILED 9-17-2004.

MATTHEW KLINE, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,052,568
Registered Jan. 31, 2006

## TRADEMARK
### PRINCIPAL REGISTER



ST. LOUIS RAMS PARTNERSHIP (DELAWARE LIMITED PARTNERSHIP)
1 RAMS WAY
ST. LOUIS, MO 63045

FOR: FOOTBALL HELMETS, TELEPHONES, CELL PHONE COVERS, CELL PHONE STRAPS, PREPAID TELEPHONE CALLING CARDS MAGNETICALLY ENCODED, MAGNETICALLY ENCODED CHARGE CARDS, DECORATIVE MAGNETS, COMPACT DISCS, TAPES, PRE-RECORDED VIDEOTAPES AND DVD'S FEATURING THE SPORT OF FOOTBALL, COMPUTER GAME SOFTWARE AND DISKS AND VIDEO GAME CARTRIDGES, COMPUTER MOUSE PADS, CAMERA CASES, SUNGLASSES, EYEGLASS CASES, EYEGLASS CHAINS, BINOCULARS, LIGHT SWITCH COVERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-30-2000; IN COMMERCE 4-30-2000.

SER. NO. 76-611,826, FILED 9-17-2004.

ANNE E. GUSTASON, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cl.: 107

Reg. No. 1,085,102

United States Patent and Trademark Office

Registered Feb. 7, 1978

10 Year Renewal

Renewal Term Begins Feb. 7, 1998

## SERVICE MARK
## PRINCIPAL REGISTER

## TAMPA BAY BUCCANEERS

BUCCANEERS LIMITED PARTNER-
SHIP (DELAWARE LIMITED PART-
NERSHIP)
ONE BUCCANEER PLACE
TAMPA, FL 33607, ASSIGNEE OF
TAMPA BAY AREA NFL FOOTBALL,
INC. (FLORIDA CORPORATION)
TAMPA, FL

WITHOUT WAIVING ANY COMMON
LAW RIGHTS, APPLICANT DISCLAIMS

THE RIGHT TO THE EXCLUSIVE USE
OF THE MARK "TAMPA BAY" APART
FROM THE MARK AS SHOWN.

FOR: ENTERTAINMENT SERVICES
IN THE FORM OF PROFESSIONAL
FOOTBALL GAMES AND EXHIBI-
TIONS, IN CLASS 41 (U.S. CL. 107).

FIRST USE 6-15-1975; IN COMMERCE
6-15-1975.

SER. NO. 73-123,353, FILED 4-20-1977.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on June 23, 1998.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 1,085,103

Registered Feb. 7, 1978

Renewal Term Begins Feb. 7, 1998

## SERVICE MARK
## PRINCIPAL REGISTER

## BUCCANEERS

BUCCANEERS LIMITED PARTNER-
SHIP (DELAWARE LIMITED PART-
NERSHIP)
ONE BUCCANEER PLACE
TAMPA, FL 33607, ASSIGNEE OF
TAMPA BAY AREA NFL FOOTBALL,
INC. (FLORIDA CORPORATION)
TAMPA, FL

FOR: ENTERTAINMENT SERVICES
IN THE FORM OF PROFESSIONAL
FOOTBALL GAMES AND EXHIBI-
TIONS, IN CLASS 41 (U.S. CL. 107).

FIRST USE 6-15-1975; IN COMMERCE
6-15-1975.

SER. NO. 73-123,354, FILED 4-20-1977.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on June 23, 1998.*

COMMISSIONER OF PATENTS AND TRADEMARKS

**Int. Cls.: 16 and 25**

**Prior U.S. Cls.: 2, 37, 38, 39 and 50**

**Reg. No. 1,809,129**

## United States Patent and Trademark Office
**Registered Dec. 7, 1993**

### TRADEMARK
### PRINCIPAL REGISTER

## TAMPA BAY BUCCANEERS

TAMPA BAY AREA NFL FOOTBALL, INC.
(FLORIDA CORPORATION)
ONE BUCCANEER PLACE
TAMPA, FL 33607

FOR: TRADING CARDS, POSTERS, MAGA-ZINES RELATING TO FOOTBALL, POST-CARDS, CALENDARS, WRAPPING PAPER, PAPER GIFT BOXES, PAPER STICKERS, PAPER NAPKINS, PAPER TOWELS, SERIES OF NONFICTION BOOKS RELATING TO FOOTBALL, POSTERBOOKS, NOTEPADS, PAPER PARTY HATS AND GREETING CARDS, IN CLASS 16 (U.S. CLS. 2, 37, 38 AND 50).

FIRST USE 8-0-1976; IN COMMERCE 8-0-1976.

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING AND FOOTWEAR; NAMELY, COACHES CAPS, WOOL HATS, PAINTERS CAPS, BASEBALL CAPS, VISORS, HEAD-BANDS, EAR MUFFS, KNIT FACE MASKS, BELTS, WRISTBANDS, T-SHIRTS, TANK TOPS, PAJAMAS, GOLF SHIRTS, SWEATERS, SWEATSHIRTS, JACKETS, NECKTIES, SUS-PENDERS, BIBS, JERSEYS, NIGHTSHIRTS, COATS, ROBES, RAINCOATS, PARKAS, PON-CHOS, SNEAKERS, GLOVES, SCARVES, SNOW SUITS, MITTENS, APRONS, DOWN JACKETS, LEATHER JACKETS, SHORTS, SWEATPANTS, JEANS, PANTS, KNICKERS, SOCKS, UNDER-WEAR, BATHING SUITS AND LEG WARM-ERS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 8-0-1976; IN COMMERCE 8-0-1976.

OWNER OF U.S. REG. NOS. 1,085,102 AND 1,085,103.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TAMPA BAY", APART FROM THE MARK AS SHOWN.

SER. NO. 74-310,190, FILED 9-2-1992.

GERALD C. SEEGARS, EXAMINING ATTOR-NEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

## United States Patent and Trademark Office

Reg. No. 2,202,167
Registered Nov. 3, 1998

### TRADEMARK
### PRINCIPAL REGISTER



BUCCANEERS LIMITED PARTNERSHIP (DELAWARE LIMITED PARTNERSHIP)
ONE BUCCANEER PLACE
TAMPA, FL 33607

FOR: GOLF BALLS, GOLF BAGS, GOLF CLUBS, GOLF CLUB COVERS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 6-0-1997; IN COMMERCE 6-0-1997.

SN 75-262,281, FILED 3-21-1997.

ELIZABETH HUGHITT, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,202,176

Registered Nov. 3, 1998

## TRADEMARK
## PRINCIPAL REGISTER



BUCCANEERS LIMITED PARTNERSHIP (DELAWARE LIMITED PARTNERSHIP)
ONE BUCCANEER PLACE
TAMPA, FL 33607

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY, FLEECE TOPS AND BOTTOMS, CAPS, T-SHIRTS, SWEATSHIRTS, SHORTS, TANK TOPS, SWEATERS, PANTS, JACKETS, TURTLENECKS, JUMPSUITS, JERSEYS, WARM UP SUITS, SWIMWEAR, WIND RESISTANT JACKETS, PARKAS, SLEEP-

WEAR, NAMELY, ROBES AND PAJAMAS, GLOVES, SCARVES, APRONS, FOOTWEAR, NAMELY, BOOTS, SNEAKERS AND ATHLETIC SHOES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-0-1997; IN COMMERCE 4-0-1997.

SN 75-265,058, FILED 3-27-1997.

ELIZABETH HUGHITT, EXAMINING ATTORNEY.

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

## United States Patent and Trademark Office

Reg. No. 2,202,177
Registered Nov. 3, 1998

## TRADEMARK
### PRINCIPAL REGISTER



BUCCANEERS LIMITED PARTNERSHIP (DELAWARE LIMITED PARTNERSHIP)
ONE BUCCANEER PLACE
TAMPA, FL 33607

FOR: POSTERS, CALENDARS, TRADING CARDS, BOOKS RELATING TO FOOTBALL, MAGAZINES RELATING TO FOOTBALL, NOTEPADS, STICKERS, BUMPER STICKERS, PENS AND PENCILS, CREDIT CARDS, PAPER PENNANTS, AND GREETING CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-0-1997; IN COMMERCE 4-0-1997.

SN 75-265,061, FILED 3-27-1997.

ELIZABETH HUGHITT, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,203,280

Registered Nov. 10, 1998

## TRADEMARK
### PRINCIPAL REGISTER



BUCCANEERS LIMITED PARTNERSHIP (DELAWARE LIMITED PARTNERSHIP)
ONE BUCCANEER PLACE
TAMPA, FL 33607

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY, FLEECE TOPS AND BOTTOMS, CAPS, T-SHIRTS, SWEATSHIRTS, SHORTS, TANK TOPS, SWEATERS, PANTS, JACKETS, TURTLENECKS, JUMPSUITS, JERSEYS, WARM UP SUITS, SWIMWEAR, WIND RESISTANT JACKETS, PARKAS, SLEEP-

WEAR, NAMELY, ROBES AND PAJAMAS, GLOVES, SCARVES, APRONS, FOOTWEAR, NAMELY, BOOTS, SNEAKERS AND ATHLETIC SHOES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-0-1997; IN COMMERCE 4-0-1997.

SN 75-262,247, FILED 3-21-1997.

ELIZABETH HUGHITT, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101, and 107

**United States Patent and Trademark Office**

Reg. No. 2,203,282

Registered Nov. 10, 1998

## SERVICE MARK
## PRINCIPAL REGISTER



BUCCANEERS LIMITED PARTNERSHIP (DELAWARE LIMITED PARTNERSHIP)
ONE BUCCANEER PLACE
TAMPA, FL 33607

FOR: ENTERTAINMENT SERVICES, NAMELY, PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 4-9-1997; IN COMMERCE 4-9-1997.

SN 75-262,570, FILED 3-21-1997.

ELIZABETH HUGHITT, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101, and 107

**United States Patent and Trademark Office**

Reg. No. 2,203,286
Registered Nov. 10, 1998

## SERVICE MARK
### PRINCIPAL REGISTER



BUCCANEERS LIMITED PARTNERSHIP (DELAWARE LIMITED PARTNERSHIP)
ONE BUCCANEER PLACE
TAMPA, FL 33607

FOR: ENTERTAINMENT SERVICES, NAMELY, PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 4-9-1997; IN COMMERCE 4-9-1997.

SN 75-265,060, FILED 3-27-1997.

ELIZABETH HUGHITT, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

## United States Patent and Trademark Office

Reg. No. 2,204,474

Registered Nov. 17, 1998

## TRADEMARK
## PRINCIPAL REGISTER



BUCCANEERS LIMITED PARTNERSHIP (DELAWARE LIMITED PARTNERSHIP)
ONE BUCCANEER PLACE
TAMPA, FL 33607

FOR: POSTERS, CALENDARS, TRADING CARDS, BOOKS RELATING TO FOOTBALL, MAGAZINES RELATING TO FOOTBALL, NOTEPADS, STICKERS, BUMPER STICKERS, PENS AND PENCILS, CREDIT CARDS, PAPER PENNANTS, AND GREETING CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-0-1997; IN COMMERCE 4-0-1997.

SN 75-262,394, FILED 3-21-1997.

ELIZABETH HUGHITT, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

## United States Patent and Trademark Office

Reg. No. 2,290,940

Registered Nov. 9, 1999

## SERVICE MARK
### PRINCIPAL REGISTER



BUCCANEERS LIMITED PARTNERSHIP (DELAWARE LIMITED PARTNERSHIP)
ONE BUCCANEER PLACE
TAMPA, FL 33607

FOR: ENTERTAINMENT SERVICES, NAMELY, PROFESSIONAL FOOTBALL GAMES AND EXHIBITIONS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 4-9-1997; IN COMMERCE 4-9-1997.

THE DRAWING IS LINED FOR THE COLOR RED.

THE DRAWING IS A TWO-DIMENSIONAL REPRESENTATION OF A THREE DIMEN-SIONAL WHITE FOOTBALL UNIFORM JERSEY WITH VARIOUS RED NUMBERS, BEARING A DESIGN WHICH CONSISTS OF A PIRATE SHIP WITH A SKULL, FOOTBALL AND CROSSED SWORDS ON THE SAIL. THE PARTICULAR NUMBER 97 IS NOT CLAIMED AS A FEATURE OF THE MARK.

SEC. 2(F).

SER. NO. 75–461,446, FILED 4-2-1998.

ZHALEH DELANEY, EXAMINING ATTOR-NEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 2,357,954

Registered June 13, 2000

## TRADEMARK
### PRINCIPAL REGISTER



BUCCANEERS LIMITED PARTNERSHIP (DELA-
   WARE LIMITED PARTNERSHIP)
ONE BUCCANEER PLACE
TAMPA, FL 33607

   FOR: GOLF BALLS, GOLF BAGS, GOLF CLUBS,
GOLF CLUB COVERS, FOOTBALLS, IN CLASS 28
(U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-0-1997; IN COMMERCE 9-0-1997.

   SN 75-265,062, FILED 3-27-1997.

ELIZABETH HUGHITT, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 2,390,403

Registered Sep. 26, 2000

## TRADEMARK
### PRINCIPAL REGISTER



TENNESSEE FOOTBALL, L.P. (TENNESSEE LIM-
ITED PARTNERSHIP)
530 GAY STREET
KNOXVILLE, TN 37902

FOR: POSTERS, CALENDARS, TRADING CARDS, SERIES OF BOOKS RELATING TO FOOTBALL, MAGAZINES RELATING TO FOOTBALL, NEWS-LETTERS RELATING TO FOOTBALL, NOTEPADS, STICKERS, BUMPER STICKERS, PENS AND PEN-CILS, CREDIT CARDS, NOTE PADS, PAPER PEN-NANTS AND GREETING CARDS; TICKETS TO SPORTS GAMES AND EVENTS; NON-MAGNETI-CALLY CODED PREPAID PHONE CARDS, PENS, PENCILS, PENCIL CASES, RUB ON DECORATIVE TRANSFERS, NOTE PAPER, PICTORIAL PRINTS, PICTURE POSTCARDS, ART PICTURES, STA-TIONERY, ENVELOPES, STATIONERY-TYPE PORT-FOLIOS, PHOTO ALBUMS, SCRAPBOOK ALBUMS, RING BINDERS, CHECKBOOK COVERS, TISSUE PAPER, WRAPPING PAPER, PLAYING CARDS, PAPER TABLE CLOTHS, PAPER NAPKINS, PAPER PARTY HATS, PAPER PARTY INVITATIONS, PAPER GIFT CARDS; PAPER GIFT BAGS, PAPER GIFT BOXES, COLLECTIBLE CARDS; COLLECTIBLE CARD AND MEMORABILIA HOLDERS, PERIODI-CALLY ISSUED SOUVENIR PROGRAMS FOR SPORTS EVENTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 5-15-1999; IN COMMERCE 5-15-1999.

SN 75-598,812, FILED 12-3-1998.

DAVID TAYLOR, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101, and 107

**United States Patent and Trademark Office**

Reg. No. 2,392,185

Registered Oct. 3, 2000

## SERVICE MARK
### PRINCIPAL REGISTER



TENNESSEE FOOTBALL, L.P. (TENNESSEE LIM-
ITED PARTNERSHIP)
530 GAY STREET
KNOXVILLE, TN 37902

FOR: ENTERTAINMENT SERVICES IN THE NA-
TURE OF PROFESSIONAL FOOTBALL GAMES AND
EXHIBITIONS; PROVIDING SPORTS AND ENTER-
TAINMENT INFORMATION VIA A GLOBAL COM-
PUTER NETWORK OR A COMMERCIAL ON-LINE
SERVICE; ARRANGING AND CONDUCTING ATH-
LETIC COMPETITIONS; ENTERTAINMENT SERV-
ICES, NAMELY, MUSICAL AND DANCE PERFORM-
ANCES PROVIDED DURING INTERVALS AT

SPORTS EVENTS; FAN CLUB SERVICES; EDU-
CATIONAL SERVICES, NAMELY, PHYSICAL EDU-
CATION PROGRAMS; PRODUCTION OF RADIO
AND TELEVISION PROGRAMS AND LIVE SHOWS
FEATURING FOOTBALL GAMES, EXHIBITIONS,
COMPETITIONS AND MUSICAL, COMEDY AND
DANCE PERFORMANCES, IN CLASS 41 (U.S. CLS.
100, 101 AND 107).

FIRST USE 5–15–1999; IN COMMERCE 5–15–1999.

SN 75–598,809, FILED 12–3–1998.

DAVID TAYLOR, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 2,392,186

Registered Oct. 3, 2000

## TRADEMARK
### PRINCIPAL REGISTER



TENNESSEE FOOTBALL, L.P. (TENNESSEE LIM-
ITED PARTNERSHIP)
530 GAY STREET
KNOXVILLE, TN 37902

FOR: TOYS, NAMELY, PLUSH TOYS, STUFFED
ANIMALS, TOY BANKS, PLAY FIGURES, BAL-
LOONS, JIGSAW PUZZLES, BOARD GAMES RELAT-
ING TO THE SPORT OF FOOTBALL; SPORTING
GOODS, NAMELY, GOLF BALLS, GOLF BAGS,
GOLF CLUBS, GOLF CLUB COVERS, BOWLING
BALLS, BOWLING BAGS, FOOTBALLS; CHRIST-
MAS TREE ORNAMENTS, DECORATIVE
WINDSOCKS, HAND-HELD UNITS FOR PLAYING
ELECTRONIC GAMES RELATED TO FOOTBALL, IN
CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 6-30-1999; IN COMMERCE 6-30-1999.

SN 75-598,810, FILED 12-3-1998.

DAVID TAYLOR, EXAMINING ATTORNEY

Int. Cls.: **25 and 41**

Prior U.S. Cls.: **22, 39, 100, 101 and 107**

**United States Patent and Trademark Office**

Reg. No. 2,431,099

Registered Feb. 27, 2001

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



TENNESSEE FOOTBALL, L.P. (TENNESSEE LIM-
ITED PARTNERSHIP)
530 GAY STREET
KNOXVILLE, TN 37902

FOR: MEN'S, WOMEN'S AND CHILDREN'S
CLOTHING, NAMELY, JERSEYS, IN CLASS 25 (U.S.
CLS. 22 AND 39).

FIRST USE 4-13-1999; IN COMMERCE 4-13-1999.

FOR: EDUCATIONAL SERVICES IN THE NATURE
OF PROVIDING CLASSES AND SEMINARS ON THE
SUBJECT OF PHYSICAL EDUCATION AND THE
SPORT OF FOOTBALL; ENTERTAINMENT SERV-
ICES IN THE NATURE OF PROFESSIONAL FOOT-
BALL GAMES AND EXHIBITIONS; PROVIDING
SPORTS AND ENTERTAINMENT INFORMATION
VIA A GLOBAL COMPUTER NETWORK OR A
COMMERCIAL ON-LINE SERVICE, IN CLASS 41
(U.S. CLS. 100, 101 AND 107).

FIRST USE 4-13-1999; IN COMMERCE 4-13-1999.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT
TO USE "THE NUMERAL 9", APART FROM THE
MARK AS SHOWN.

THE DRAWING IS A TWO-DIMENSIONAL REP-
RESENTATION OF THE MARK, WHICH CONSISTS
OF THE DESIGN ELEMENTS AND COLOR COM-
BINATIONS APPEARING ON A THREE-DIMEN-
SIONAL FOOTBALL JERSEY. THE DRAWING IS
LINED FOR THE COLORS READ AND BLUE. THE
MARK CONSISTS OF A PATTERNED DESIGN
SCHEME INCLUDING A WHITE BODY WITH A
LIGHT BLUE SHADE RUNNING FROM THE SHOUL-
DERS ACROSS THE ARMS. THERE IS A NAVY
BLUE NUMBER OUTLINED IN WHITE ON EACH
SHOULDER ACCOMPANIED BY THE TITANS'
SWORD AND STARS DESIGN LOGO. THE SAME
NUMBER - IN NAVY BLUE WITH A LIGHT BLUE

2,431,099

OUTLINE - APPEARS ON BOTH THE FRONT AND BACK OF THE BODY OF THE JERSEY.

SEC. 2(F).

SER. NO. 75-812,494, FILED 9-30-1999.

MIDGE BUTLER, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101, and 107

**United States Patent and Trademark Office**

Reg. No. 2,439,028
Registered Mar. 27, 2001

## SERVICE MARK
### PRINCIPAL REGISTER

## TENNESSEE TITANS

TENNESSEE FOOTBALL, L.P. (TENNESSEE LIM-
ITED PARTNERSHIP)
530 GAY STREET
KNOXVILLE, TN 37902

FOR: ENTERTAINMENT SERVICES IN THE
NATURE OF PROFESSIONAL FOOTBALL GAMES
AND EXHIBITIONS; PROVIDING SPORTS AND
ENTERTAINMENT INFORMATION VIA A GLO-
BAL COMPUTER NETWORK OR A COMMERCIAL
ON-LINE SERVICE; ARRANGING AND CONDUCT-
ING ATHLETIC COMPETITIONS; ENTERTAIN-
MENT SERVICES, NAMELY, MUSICAL AND
DANCE PERFORMANCES PROVIDED DURING
INTERVALS AT SPORTS EVENTS; FAN CLUB
SERVICES; EDUCATIONAL SERVICES, NAMELY,

PHYSICAL EDUCATION PROGRAMS; PRODUC-
TION OF RADIO AND TELEVISION PROGRAMS
AND LIVE SHOWS FEATURING FOOTBALL
GAMES, EXHIBITIONS, COMPETITIONS AND MU-
SICAL, COMEDY AND DANCE PERFORMANCES,
IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 4-0-1999; IN COMMERCE 4-0-1999.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "TENNESSEE", APART FROM
THE MARK AS SHOWN.

SN 75-560,328, FILED 9-25-1998.

DAVID TAYLOR, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

## United States Patent and Trademark Office

Reg. No. 2,439,029
Registered Mar. 27, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## TENNESSEE TITANS

TENNESSEE FOOTBALL, L.P. (TENNESSEE LIM-
ITED PARTNERSHIP)
530 GAY STREET
KNOXVILLE, TN 37902

FOR: POSTERS, CALENDARS, TRADING
CARDS, BOOKS RELATING TO FOOTBALL, MA-
GAZINES ON THE SUBJECT OF FOOTBALL, NEWS-
LETTERS ON THE SUBJECT OF FOOTBALL,
STICKERS, BUMPER STICKERS, CREDIT CARDS,
NOTE PADS, PAPER PENNANTS AND GREETING
CARDS, TICKETS TO SPORTS GAMES AND
EVENTS, NON-PAPER PENNANTS AND GREET-
ING CARDS, NON-MAGNETICALLY CODED PRE-
PAID TELEPHONE CALLING CARDS, PENS,
PENCILS, PENCIL CASES, RUB-ON DECORATIVE
TRANSFERS, NOTE PAPER, PICTORIAL PRINTS,
PICTURE POSTCARDS, ART PICTURES, STATION-
ERY, ENVELOPES, STATIONERY-TYPE PORTFO-
LIOS, PHOTO ALBUMS, SCRAPBOOK ALBUMS,

RING BINDERS, CHECKBOOK COVERS, TISSUE
PAPER, WRAPPING PAPER, PLAYING CARDS,
PAPER TABLE CLOTHS, PAPER NAPKINS, PAPER
PARTY HATS, PAPER PARTY INVITATIONS, PA-
PER GIFT CARDS, PAPER GIFT BAGS, PAPER GIFT
BOXES, COLLECTIBLE CARDS, COLLECTIBLE
CARD AND MEMORABILIA HOLDERS, AND PER-
IODICALLY ISSUED SOUVENIR PROGRAMS FOR
SPORT EVENTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23,
29, 37, 38 AND 50).

FIRST USE 4-0-1999; IN COMMERCE 4-0-1999.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "TENNESSEE", APART FROM
THE MARK AS SHOWN.

SN 75-560,331, FILED 9-25-1998.

DAVID TAYLOR, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,472,018
Registered July 24, 2001

## TRADEMARK
### PRINCIPAL REGISTER



TENNESSEE FOOTBALL, L.P. (TENNESSEE LIM-
ITED PARTNERSHIP)
530 GAY STREET
KNOXVILLE, TN 37902

FOR: MEN'S, WOMEN'S AND CHILDREN'S
CLOTHING, NAMELY, FLEECE TOPS AND BOT-
TOMS, CAPS, HEADWEAR, T-SHIRTS, SWEAT-
SHIRTS, SHORTS, TANK TOPS, JEANS,
SWEATERS, PANTS, JACKETS, TURTLENECKS,
JUMPSUITS, GOLF SHIRTS, WOVEN SHIRTS, KNIT
SHIRTS, JERSEYS, WRISTBANDS, WARM UP
SUITS, SWIMWEAR, WIND RESISTANT JACKETS,
RAINCOATS, PARKAS, PONCHOS, GLOVES, TIES,

SUSPENDERS, CLOTH BIBS, SLEEPWEAR, NAME-
LY, ROBES, NIGHT SHIRTS AND PAJAMAS, MIT-
TENS, KNIT HATS AND CAPS, SCARVES, APRONS,
HEADBANDS, EAR MUFFS, UNDERWEAR; FOOT-
WEAR, NAMELY, BOOTS, SNEAKERS AND ATH-
LETIC SHOES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-15-1999; IN COMMERCE 5-15-1999.

SN 75-598,811, FILED 12-3-1998.

DAVID TAYLOR, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,493,049
Registered Sep. 25, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## TENNESSEE TITANS

TENNESSEE FOOTBALL, L.P. (TENNESSEE LIM-
ITED PARTNERSHIP)
530 GAY STREET
KNOXVILLE, TN 37902

FOR: MEN'S, WOMEN'S AND CHILDREN'S
CLOTHING, NAMELY, FLEECE TOPS AND BOT-
TOMS, CAPS, HEADWEAR, T-SHIRTS, SWEAT-
SHIRTS, SHORTS, TANK TOPS, SWEATERS,
PANTS, JACKETS, TURTLENECKS, JUMPSUITS,
GOLF SHIRTS, JERSEYS, WRISTBANDS, WARM
UP SUITS, SWIMWEAR, WIND RESISTANT JACK-
ETS, RAINCOATS, PARKAS, PONCHOS, GLOVES,
TIES, SUSPENDERS, CLOTH BIBS, SLEEPWEAR,
NAMELY, ROBES, NIGHT SHIRTS AND PAJAMAS,
GLOVES, MITTENS, KNIT HATS AND CAPS,

SCARVES, APRONS, HEADBANDS, EAR MUFFS
AND UNDERWEAR; FOOTWEAR, NAMELY,
BOOTS, SNEAKERS AND ATHLETIC SHOES, IN
CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-15-1999; IN COMMERCE 2-15-1999.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "TENNESSEE", APART FROM
THE MARK AS SHOWN.

SN 75-560,330, FILED 9-25-1998.

DAVID TAYLOR, EXAMINING ATTORNEY

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38, and 50**

**United States Patent and Trademark Office**

**Reg. No. 2,643,212**
**Registered Oct. 29, 2002**

## TRADEMARK
### PRINCIPAL REGISTER

### TENNESSEE TITANS

TENNESSEE FOOTBALL, L.P. (TENNESSEE LIM-
ITED PARTNERSHIP)
530 GAY STREET
KNOXVILLE, TN 37902

FOR: TOYS, NAMELY, PLUSH TOYS, STUFFED
ANIMALS, TOY BANKS, PLAY FIGURES, BAL-
LOONS, JIGSAW PUZZLES, BOARD GAMES RE-
LATING TO THE SPORT OF FOOTBALL;
SPORTING GOODS, NAMELY, GOLF BALLS, GOLF
BAGS, GOLF CLUBS, GOLF CLUB COVERS, BOWL-
ING BAGS, FOOTBALLS; CHRISTMAS TREE OR-
NAMENTS; WINDSOCKS DECORATIVE

PURPOSES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND
50).

FIRST USE 5-1-1999; IN COMMERCE 5-1-1999.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "TENNESSEE", APART FROM
THE MARK AS SHOWN.

SN 75-560,329, FILED 9-25-1998.

DAVID TAYLOR, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cl.: 107



**United States Patent and Trademark Office**

Reg. No. 978,824

**10 Year Renewal**

Registered Feb. 12, 1974

Renewal Term Begins Feb. 12, 1994

## SERVICE MARK
## PRINCIPAL REGISTER

## WASHINGTON REDSKINS

PRO-FOOTBALL, INC. (MARYLAND CORPORATION)
21300 REDSKIN DRIVE
ASHBURN, VA 22011

OWNER OF U.S. REG. NOS. 836,121 AND 836,122.

FOR: ENTERTAINMENT SERVICES—NAMELY, PRESENTATIONS OF PROFESSIONAL FOOTBALL CONTESTS, IN CLASS 107 (INT. CL. 41).

FIRST USE 9-19-1937; IN COMMERCE 9-19-1937.

SER. NO. 72-435,243, FILED 9-11-1972.



*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 28, 1994.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 1,085,092

Registered Feb. 7, 1978

Renewal Term Begins Feb. 7, 1998

## SERVICE MARK
## PRINCIPAL REGISTER

## REDSKINS

PRO-FOOTBALL, INC. (MARYLAND CORPORATION)
21300 REDSKIN PARK DRIVE
ASHBURN, VA 22011

OWNER OF U.S. REG. NOS. 978,824, 986,668 AND 987,127.

FOR: ENTERTAINMENT SERVICES—NAMELY, PRESENTATIONS OF PROFESSIONAL FOOTBALL CONTESTS, IN CLASS 41 (U.S. CL. 107).

FIRST USE 0-0-1932; IN COMMERCE 0-0-1932.

SER. NO. 73-107,873, FILED 11-26-1976.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 25, 1998.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 41

Prior U.S. Cl.: 107                                                      Reg. No. 1,086,644

**United States Patent and Trademark Office**          Registered Feb. 28, 1978

10 Year Renewal                                        Renewal Term Begins Feb. 28, 1998

## SERVICE MARK
## PRINCIPAL REGISTER



PRO-FOOTBALL, INC. (MARYLAND CORPORATION)
21300 REDSKIN PARK DRIVE
ASHBURN, VA 22011

OWNER OF U.S. REG. NO. 836,121.

FOR: EDUCATIONAL AND ENTER-
TAINMENT SERVICES IN THE FORM

OF PROFESSIONAL FOOTBALL
GAMES AND EXHIBITIONS, IN CLASS
41 (U.S. CL. 107).

FIRST USE 7-11-1972; IN COMMERCE
7-11-1972.

SER. NO. 73-112,331, FILED 1-13-1977.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on May 12, 1998.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 41

Prior U.S. Cl.: 107

United States Patent and Trademark Office

Reg. No. 1,228,991
Registered Mar. 1, 1983

## SERVICE MARK
### Principal Register



*Sections 8 & 15*
*Affidavit*
*filed &*
*accepted*

Pro-Football, Inc. (Maryland corporation)
Dulles International Airport, P.O. Box 17247
Washington, D.C. 20041

For: ENTERTAINMENT SERVICES IN THE
FORM OF PROFESSIONAL FOOTBALL
GAMES AND EXHIBITIONS, in CLASS 41 (U.S.
Cl. 107).

First use Aug. 4, 1979, in commerce Aug. 4, 1979.
Owner of U.S. Reg. Nos. 517,424, 1,085,645 and
others.

No claim is made to the exclusive right to use "7"

or the outline of the uniform, apart from the mark as
shown.

The drawing is lined for the colors red and gold.
The drawing is a two-dimensional representation
of the mark, which consists of the design elements
and color combinations appearing on a three-
dimensional football uniform worn by players in
applicant's games and exhibitions.

Sec. 2(f).

Ser. No. 336,705, filed Nov. 12, 1981.

PETER T. GELISSEN, Examiner

Int. Cls.: 16 and 25

Prior U.S. Cls.: 2, 37, 38, 39 and 50

**United States Patent and Trademark Office**

Reg. No. 1,861,766
Registered Nov. 8, 1994

## TRADEMARK
### PRINCIPAL REGISTER



PRO FOOTBALL, INC. (MARYLAND CORPO-
RATION)
13832 REDSKIN DRIVE
HERNDON, VA 22071

FOR: TRADING CARDS, POSTERS, MAGA-
ZINES RELATING TO FOOTBALL, POST-
CARDS, CALENDARS, WRAPPING PAPER,
PAPER GIFT BOXES, PAPER STICKERS,
PAPER NAPKINS, PAPER TOWELS, BOOKS
RELATING TO FOOTBALL, POSTERBOOKS,
NOTEPADS, PAPER HATS AND GREETING
CARDS, IN CLASS 16 (U.S. CLS. 2, 37, 38 AND
50).

FIRST USE 7-0-1972; IN COMMERCE
7-0-1972.

FOR: MEN'S, WOMEN'S AND CHILDREN'S
CLOTHING AND FOOTWEAR; NAMELY,
COACHES CAPS, WOOL HATS, PAINTERS
CAPS, BASEBALL CAPS, VISORS, HEAD-
BANDS, EAR MUFFS, KNIT FACE MASKS,

BELTS, WRISTBANDS, T-SHIRTS, TANK TOPS,
PAJAMAS, GOLF SHIRTS, SWEATERS,
SWEATSHIRTS, JACKETS, NECKTIES,
BRACES, CLOTH BIBS, JERSEYS, NIGHT
SHIRTS, COATS, ROBES, RAINCOATS,
PARKAS, PONCHOS, SNEAKERS, GLOVES,
SCARVES, SNOW SUITS, MITTENS, APRONS,
DOWN JACKETS, LEATHER JACKETS,
SHORTS, SWEATPANTS, JEANS, PANTS,
KNICKERS, SOCKS, UNDERWEAR, BATHING
SUITS AND LEG WARMERS, IN CLASS 25
(U.S. CL. 39).

FIRST USE 7-0-1972; IN COMMERCE
7-0-1972.

OWNER OF U.S. REG. NOS. 986,668, 1,086,644
AND OTHERS.

SER. NO. 74-300,712, FILED 8-3-1992.

LINDA E. BLOHM, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**Reg. No. 2,902,746**

## United States Patent and Trademark Office

Registered Nov. 16, 2004

### TRADEMARK
### PRINCIPAL REGISTER



PRO-FOOTBALL, INC. (MARYLAND CORPORATION)
21300 REDSKIN PARK DRIVE
ASHBURN, VA 22011

FOR: FOOTBALL HELMETS, TELEPHONES, CELL PHONE COVERS, CELL PHONE STRAPS, MAGNETICALLY ENCODED PREPAID TELEPHONE CALLING CARDS, MAGNETICALLY ENCODED CHARGE CARDS, DECORATIVE MAGNETS; COMPACT DISCS, PRE-RECORDED AUDIO TAPES, PRE-RECORDED VIDEOTAPES AND DVD'S FEATURING THE SPORT OF FOOTBALL, COMPUTER GAME SOFTWARE AND DISKS AND VIDEO GAME CARTRIDGES, COMPUTER MOUSE PADS, CAMERA CASES, SUNGLASSES, EYEGLASS CASES, EYEGLASS CHAINS, BINOCULARS, LIGHT SWITCH COVERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-0-1972; IN COMMERCE 7-0-1972.

OWNER OF U.S. REG. NOS. 986,668, 1,861,766 AND OTHERS.

SER. NO. 76-499,625, FILED 3-21-2003.

BARBARA GAYNOR, EXAMINING ATTORNEY