UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
NATIONAL FOOTBALL LEAGUE and NFL　　　　:
PROPERTIES LLC,　　　　　　　　　　　　　　　06 Civ. 9921 (LAK)
　　　　　　　　Plaintiffs,　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFFS' DISCLOSURE**
　　　　v.　　　　　　　　　　　　　　　　:　**STATEMENT PURSUANT TO**
　　　　　　　　　　　　　　　　　　　　　　　　**FED. R. CIV. P. 7.1**

COMERCIAL LT BARODA S.A. D/B/A BETUS and  :
COMMERCIAL L.T. BARODA (CANADA) LTÉE　　**ECF Case**
D/B/A BETUS,　　　　　　　　　　　　　　:
　　　　　　　　Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

　　　　This statement is submitted pursuant to Rule 7.1 of the Federal Rules of Civil Procedure in order to enable Judges of the Court to evaluate possible disqualification or recusal. The undersigned counsel of record for Plaintiffs certifies that (1) the National Football League has no parent corporation and that no publicly-held corporation owns 10% or more of its stock and (2) NFL Properties LLC is a wholly-owned subsidiary of NFL Ventures, L.P., a Delaware limited partnership, and that no publicly-held corporation owns 10% or more of its stock.

Dated:　October 18, 2006
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　DEBEVOISE & PLIMPTON LLP

　　　　　　　　　　　　　　　　　　　By:  /s/ Bruce P. Keller
　　　　　　　　　　　　　　　　　　　　　　Bruce P. Keller (BK 9300)
　　　　　　　　　　　　　　　　　　　　　　S. Zev Parnass (SP 3284)
　　　　　　　　　　　　　　　　　　　919 Third Avenue
　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　(212) 909-6000 (phone)
　　　　　　　　　　　　　　　　　　　(212) 909-6836 (fax)
　　　　　　　　　　　　　　　　　　　bpkeller@debevoise.com
　　　　　　　　　　　　　　　　　　　szparnass@debevoise.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*